## CA02db Intake

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Thursday, July 7, 2022 12:08 PM |
| **To:** | NYSD CourtMail |
| **Subject:** | Activity in Case 1:20-cr-00330-AJN USA v. Maxwell Appeal Record Sent to USCA - Electronic File |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 7/7/2022 at 12:07 PM EDT and filed on 7/7/2022

| | |
|---|---|
| **Case Name:** | USA v. Maxwell |
| **Case Number:** | 1:20-cr-00330-AJN |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files as to Ghislaine Maxwell re: [697] Notice of Appeal were transmitted to the U.S. Court of Appeals. (nd)**

**1:20-cr-00330-AJN-1 Notice has been electronically mailed to:**

David Boies, II    dboies@bsfllp.com, NYC_Managing_Clerk@bsfllp.com

Patrick J. Smith    patrick.smith@smithvillazor.com, suzanne.kowalski@smithvillazor.com

Jeffrey S. Pagliuca    jpagliuca@hmflaw.com, nsimmons@hmflaw.com

Laura A. Menninger    lmenninger@hmflaw.com, alundberg@hmflaw.com, hrogers@hmflaw.com, nsimmons@hmflaw.com

Bobbi C Sternheim    bcsternheim@mac.com, ecf@sternheimlaw.com

Christian R. Everdell    ceverdell@cohengresser.com, autodocket@cohengresser.com

Mark Stewart Cohen    mcohen@cohengresser.com, Mark-Cohen-1234@ecf.pacerpro.com,

autodocket@cohengresser.com, managingclerksoffice@cohengresser.com

Sigrid S. McCawley    smccawley@bsfllp.com, NYC_Managing_Clerk@bsfllp.com, jarnold@bsfllp.com, sigrid-mccawley-4908@ecf.pacerpro.com

Lara Elizabeth Pomerantz    Lara.Pomerantz@usdoj.gov, CaseView.ECF@usdoj.gov, USANYS.ECF@USDOJ.GOV

Alison Gainfort Moe    alison.moe@usdoj.gov, CaseView.ECF@usdoj.gov, USANYS.ECF@USDOJ.GOV

Alex Rossmiller    alexander.rossmiller@usdoj.gov, CaseView.ECF@usdoj.gov, USANYS.ECF@USDOJ.GOV

Maurene Ryan Comey    maurene.comey@usdoj.gov, CaseView.ECF@usdoj.gov, USANYS.ECF@USDOJ.GOV

Katielynn Boyd Townsend    ktownsend@rcfp.org

Andrew Rohrbach    Andrew.Rohrbach@usdoj.gov, caseview.ecf@usdoj.gov, usanys.ecf@usdoj.gov

**1:20-cr-00330-AJN-1 Notice has been delivered by other means to:**

CLOSED,APPEAL,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CRIMINAL DOCKET FOR CASE #: 1:20–cr–00330–AJN All Defendants

Case title: USA v. Maxwell

Date Filed: 06/29/2020

Date Terminated: 06/29/2022

---

**Movant**

**Jordana H. Feldman**

represented by **Patrick J. Smith**
Smith Villazor LLP
250 West 55th Street
30th Floor
New York, NY 10019
(212) 582–4400
Fax: (347) 338–2532
Email: patrick.smith@smithvillazor.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

---

Assigned to: Judge Alison J. Nathan

Appeals court case number:
21–0058 U.S. Court of Appeals, 2nd Circ.

**Defendant (1)**

**Ghislaine Maxwell**
*TERMINATED: 06/29/2022*
*also known as*
Sealed Defendant 1
*TERMINATED: 06/29/2022*

represented by **Christian R. Everdell**
Cohen & Gresser LLP
800 Third Avenue
New York, NY 10022
212–707–7268
Fax: 212–957–4514
Email: ceverdell@cohengresser.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey S. Pagliuca**
Haddon Morgan and Foreman
150 East 10th Avenue
Denver, CO 80203
(303)–831–7364
Fax: (303)–832–2628
Email: jpagliuca@hmflaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura A. Menninger**
Haddon, Morgan and Foreman, P.C.
950 17th Street
Ste 1000
Denver, CO 80202
303–831–7364
Email: lmenninger@hmflaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Stewart Cohen**
Cohen & Gresser, LLP (NYC)
800 Third Avenue
New York, NY 10022
(212) 957–7600
Fax: (212)957–4514
Email: mcohen@cohengresser.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bobbi C Sternheim**
Bobbi C. Sternheim, Esq.
225 Broadway
Suite 715
New York, NY 10007
212–243–1100
Fax: 888–587–4737
Email: bcsternheim@mac.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:371.F CONSPIRACY TO ENTICE MINORS TO TRAVEL TO ENGAGE IN ILLEGAL SEX ACTS (1ss) | Judgment not entered on 1 & 5 as multiplicitous, Dkt. No. 657. |
| 18:371.F CONSPIRACY TO TRANSPORT MINORS WITH INTENT TO ENGAGE IN CRIMINAL SEXUAL ACTIVITY (3ss) | IMPRISONMENT: The Defendant is sentenced to a term of 240 Months. Count 3 a sentence of 60 Months. Count 4 a sentence of 120 Months. Count 6 a sentence of 240 Months. All Counts to run concurrently. SUPERVISED RELEASE: 3 Years on Counts 3 and 4. 5 Years on Count 6 to run concurrently. FINE: $750,000.00 |
| 18:2423.F COERCION OR ENTICEMENT OF MINOR FEMALE (TRANSPORTATION OF A MINOR WITH INTENT TO ENGAGE IN CRIMINAL SEXUAL ACTIVITY) (4ss) | IMPRISONMENT: The Defendant is sentenced to a term of 240 Months. Count 3 a sentence of 60 Months. Count 4 a sentence of 120 Months. Count 6 a sentence of 240 Months. All Counts to run concurrently. SUPERVISED RELEASE: 3 Years on Counts 3 and 4. 5 Years on Count 6 to run concurrently. FINE: $750,000.00 |
| 18:371.F SEX TRAFFICKING CONSPIRACY (5ss) | Judgment not entered on 1 & 5 as multiplicitous, Dkt. No. 657. |
| 18:1591.F SEX TRAFFICKING OF CHILDREN OR BY FORCE, FRAUD OR COERCION (6ss) | IMPRISONMENT: The Defendant is sentenced to a term of 240 Months. Count 3 a sentence of 60 Months. Count 4 a sentence of 120 Months. Count 6 a sentence of 240 Months. All Counts to run concurrently. SUPERVISED RELEASE: 3 Years on Counts 3 and 4. 5 Years on Count 6 to run concurrently. FINE: $750,000.00 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:371.F CONSPIRACY TO ENTICE MINORS TO TRAVEL TO ENGAGE IN ILLEGAL SEX | Dismissed |

ACTS
(1)

18:371.F CONSPIRACY TO
ENTICE MINORS TO TRAVEL
TO ENGAGE IN ILLEGAL SEX          Dismissed
ACTS
(1s)

18:2422.F COERCION OR
ENTICEMENT OFA MINOT TO
TRAVEL TO ENGAGE IN              Dismissed
ILLEGAL SEX ACTS
(2)

18:2422.F COERCION OR
ENTICEMENT OF MINOR TO
ENGAGE IN ILLEGAL SEX            Dismissed
ACTS
(2s)

18:2422.F COERCION OR
ENTICEMENT OF FEMALE
(ENTICEMENT OF A MONOR
TO TRAVEL TO ENGAGE IN           Acquitted by Jury
ILLEGAL SEX ACTS)
(2ss)

18:371.F CONSPIRACY TO
TRANSPORT MINORS WITH
INTENT TO ENGAGE IN              Dismissed
CRIMINAL SEXUAL ACTIVITY
(3)

18:371.F 18:371.F CONSPIRACY
TO TRANSPORT MINORS WITH
INTENT TO ENGAGE IN              Dismissed
CRIMINAL SEXUAL ACTIVITY
(3s)

18:2423.F COERCION OR
ENTICEMENT OF MINOR
FEMALE (TRANSPORTATION
OF A MINOR WITH INTENT TO        Dismissed
ENGAGE IN CRIMINAL
SEXUAL ACTIVITY)
(4)

18:2423.F TRANSPORTATION
OF A MINOR WITH INTENT TO
ENGAGE IN CRIMINAL               Dismissed
SEXUAL ACTIVITY
(4s)

18:1623.F FALSE
DECLARATIONS BEFORE
GRAND JURY/COURT                 Dismissed
(PERJURY)
(5−6)

18:1623.F FALSE
DECLARATIONS BEFORE
GRAND JURY/COURT                 Dismissed
(5s−6s)

18:1623.F FALSE
DECLARATIONS BEFORE
GRAND JURY/COURT                 Dismissed
(PERJURY)
(7ss−8ss)

**Highest Offense Level**
**(Terminated)**

Felony

**Complaints**                                    **Disposition**

None

---

**Interested Party**

**Reporters Committee for Freedom of**          represented by   **Katielynn Boyd Townsend**
**the Press**                                                    Reporters Committee For Freedom of The
                                                                Press
                                                                1156 15th Street NW Suite 1020
                                                                Washington, DC 20005
                                                                202−795−9300
                                                                Fax: 202−795−9310
                                                                Email: ktownsend@rcfp.org
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*
                                                                *Designation: Retained*

---

**Intervenor**

**Boies Schiller Flexner LLP**                  represented by   **David Boies , II**
*And the Victims it Represents*                                 Boies, Schiller & Flexner LLP (Armonk)
                                                                333 Main Street
                                                                Armonk, NY 10504
                                                                (914)−749−8200
                                                                Fax: (914)−749−8300
                                                                Email: dboies@bsfllp.com
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*
                                                                *Designation: Retained*

                                                                **Sigrid S. McCawley**
                                                                Boies, Schiller & Flexner LLP
                                                                401 East Las Olas Boulevard, Suite 1200
                                                                Fort Lauderdale, FL 33301
                                                                954−356−0011
                                                                Fax: 954−356−0022
                                                                Email: smccawley@bsfllp.com
                                                                *LEAD ATTORNEY*
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*
                                                                *Designation: Retained*

---

**Plaintiff**

**USA**                                         represented by   **Alex Rossmiller**
                                                                U.S. Attorney's Office, Southern District of
                                                                New York
                                                                1 St. Andrew's Plaza
                                                                New York, NY 10007
                                                                (212)−637−2415
                                                                Email: alexander.rossmiller@usdoj.gov
                                                                *LEAD ATTORNEY*
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*
                                                                *Designation: Assistant US Attorney*

**Alison Gainfort Moe**
United States Attorney's Office, SDNY
One Saint Andrew's Plaza
New York, NY 10007
(212)–637–2225
Email: alison.moe@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Maurene Ryan Comey**
United States Attorney's Office, SDNY
One Saint Andrew's Plaza
New York, NY 10007
(212)–637–2324
Email: maurene.comey@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Andrew Rohrbach**
DOJ–USAO
1 St. Andrew's Plaza
New York, NY 10007
212–637–2345
Email: Andrew.Rohrbach@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Lara Elizabeth Pomerantz**
United States Attorney's Office
One St. Andrew's Plaza
New York, NY 10007
212–637–2343
Fax: 212–637–2527
Email: Lara.Pomerantz@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/29/2020 | 1 | SEALED INDICTMENT as to Sealed Defendant 1 (1) count(s) 1, 2, 3, 4, 5–6. (jm) (Main Document 1 replaced on 7/2/2020) (jm). (Entered: 07/02/2020) |
| 07/02/2020 | 2 | Order to Unseal Indictment as to Sealed Defendant 1. (Signed by Magistrate Judge Katharine H. Parker on 7/2/20)(jm) (Entered: 07/02/2020) |
| 07/02/2020 | | INDICTMENT UNSEALED as to Ghislaine Maxwell. (jm) (Entered: 07/02/2020) |
| 07/02/2020 | | Case Designated ECF as to Ghislaine Maxwell. (jm) (Entered: 07/02/2020) |
| 07/02/2020 | | Case as to Ghislaine Maxwell ASSIGNED to Judge Alison J. Nathan. (jm) (Entered: 07/02/2020) |
| 07/02/2020 | | Attorney update in case as to Ghislaine Maxwell. Attorney Alex Rossmiller,Maurene Ryan Comey,Alison Gainfort Moe for USA added. (jm) (Entered: 07/02/2020) |
| 07/02/2020 | 4 | MOTION to detain defendant . Document filed by USA as to Ghislaine Maxwell. (Moe, Alison) (Entered: 07/02/2020) |
| 07/02/2020 | | Arrest of Ghislaine Maxwell in the United States District Court – District of New Hampshire. (jm) (Entered: 07/06/2020) |
| 07/05/2020 | 5 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, and Alex Rossmiller dated July 5, 2020 re: Request to Schedule Initial Appearance Document filed by USA. (Comey, Maurene) (Entered: 07/05/2020) |

| 07/06/2020 | 6 | Rule 5(c)(3) Documents Received as to Ghislaine Maxwell from the United States District Court – District of New Hampshire. (jm) (Entered: 07/06/2020) |
|---|---|---|
| 07/06/2020 | 7 | ORDER as to Ghislaine Maxwell. This matter has been assigned to me for all purposes. In its July 5, 2020 letter, the Government on behalf of the parties requested that the Court schedule an arraignment, initial appearance, and bail hearing in this matter in the afternoon of Friday, July 10. See Dkt. No. 5. In light of the COVID public health crisis, there are significant safety issues related to in–court proceedings. If the Defendant is willing to waive her physical presence, this proceeding will be conducted remotely. To that end, defense counsel should confer with the Defendant regarding waiving her physical presence. If the Defendant wishes to waive her physical presence for this proceeding, she and her counsel should sign the attached form in advance of the proceeding if feasible.If this proceeding is to be conducted remotely, there are protocols at the Metropolitan Detention Center that limit the times at which the Defendant could be produced so that she could appear by video. In the next week, the Defendant could be produced by video at either 9:00 a.m. on July 9, 2020 or sometime during the morning of July 14, 2020. Counsel are hereby ordered to meet and confer regarding scheduling for this initial proceeding in light of these constraints. If counsel does anticipate proceeding remotely, by 9:00 p.m. tonight, counsel should file a joint letter proposing a date and time for the proceeding consistent with this scheduling information, as well as a revised briefing schedule for the Defendant's bail application.SO ORDERED. (Signed by Judge Alison J. Nathan on 7/6/2020)(jbo) (Entered: 07/06/2020) |
| 07/06/2020 | 8 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Mark S. Cohen dated July 6, 2020 re: Scheduling (Cohen, Mark) (Entered: 07/06/2020) |
| 07/07/2020 | 9 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from Alex Rossmiller dated July 7, 2020 re: scheduling Document filed by USA. (Rossmiller, Alex) (Entered: 07/07/2020) |
| 07/07/2020 | 10 | ORDER as to Ghislaine Maxwell. An arraignment, initial conference, and bail hearing in this matter is hereby scheduled to occur as a remote video/teleconference using an internet platform on July 14, 2020 at 1 p.m. In advance of the conference, Chambers will email counsel with further information on how to access the video conference. To optimize the quality of the video feed, only the Court, the Defendant, defense counsel, and counsel for the Government will appear by video for the proceeding; all others may access the audio of the public proceeding by telephone. Due to the limited capacity of the internet platform system, only one attorney per party may participate by video. Co–counsel, members of the press, and the public may access the audio feed of the proceeding by calling a dial–in number, which the Court will provide in advance of the proceeding by subsequent order. Given the high degree of public interest in this case, a video feed of the remote proceeding will be available for viewing in the Jury Assembly Room located at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY. Due to social distancing requirements, seating will be extremely limited; when capacity is reached no additional persons will be admitted. Per the S.D.N.Y. COVID–19 Courthouse Entry Program, anyone who appears at any S.D.N.Y. courthouse must complete a questionnaire on the date of the proceeding prior to arriving at the courthouse. All visitors must also have their temperature taken when they arrive at the courthouse. Please see the instructions, attached. Completing the questionnaire ahead of time will save time and effort upon entry. Only persons who meet the entry requirements established by the questionnaire and whose temperatures are below 100.4 degrees will be allowed to enter the courthouse. Face coverings that cover the nose and mouth must be worn at all times. Anyone who fails to comply with the COVID–19 protocols that have been adopted by the Court will be required to leave the courthouse. There are no exceptions. As discussed in the Court's previous order, defense counsel shall, if possible, discuss the Waiver of Right to be Present at Criminal Proceeding with the Defendant prior to the proceeding. See Dkt. No. 7. If the Defendant consents, and is able to sign the form (either personally or, in accordance with Standing Order 20–MC–174 of March 27, 2020, by defense counsel), defense counsel shall file the executed form at least 24 hours prior to the proceeding. In the event the Defendant consents, but counsel is unable to obtain or affix the Defendant's signature on the form, the Court will conduct an inquiry at the outset of the proceeding to determine whether it is appropriate for the Court to add the Defendant's signature to the form. Pursuant to 18 U.S.C. § 3771(c)(1), the Government must make their best efforts to see that crime victims are notified of, |

|  |  | and accorded, the rights provided to them in that section. This includes [t]he right to reasonable, accurate, and timely notice of any public court proceeding... involving the crime or of any release... of the accused and "[t]he right to be reasonably heard at any public proceeding in the district court involving release." Id. § 3771(a)(2), (4). The Court will inquire with the Government as to the extent of those efforts. So that appropriate logistical arrangements can be made, the Government shall inform the Court by email within 24 hours in advance of the proceeding if any alleged victim wishes to be heard on the question of detention pending trial. Finally, the time between the Defendant's arrest and July 6, 2020 is excluded under the Speedy Trial Act due to the delay involved in transferring the Defendant from another district. See 18 U.S.C. § 3161(h)(1)(F). And the Court further excludes time under the Speedy Trial Act from today through July 14, 2020. Due to the logistical issues involved in conducting a remote proceeding, the Court finds "that the ends of justice served by [this exclusion] outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The exclusion is also supported by the need for the parties to discuss a potential protective order, which will facilitate the timely production of discovery in a manner protective of the rights of third parties. See Dkt. No. 5. SO ORDERED. (Signed by Judge Alison J. Nathan on 7/7/2020)(jbo) (Entered: 07/07/2020) |
|---|---|---|
| 07/08/2020 | 11 | MEMO ENDORSEMENT as to Ghislaine Maxwell on 9 LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from Alex Rossmiller dated July 7, 2020 re: scheduling. ENDORSEMENT: The Court hereby sets the following briefing schedule. The Defense response is due by 1:00 p.m. on July 10, 2020. The Government reply is due by 1:00 p.m. on July 13, 2020. Additionally, defense counsel is ordered to file notices of appearance on the docket by the end of the day today. SO ORDERED. (Responses due by 7/10/2020. Replies due by 7/13/2020.) (Signed by Judge Alison J. Nathan on 7/8/2020) (lnl) (Entered: 07/08/2020) |
| 07/08/2020 | 12 | NOTICE OF ATTORNEY APPEARANCE: Mark Stewart Cohen appearing for Ghislaine Maxwell. Appearance Type: Retained. (Cohen, Mark) (Entered: 07/08/2020) |
| 07/08/2020 | 13 | NOTICE OF ATTORNEY APPEARANCE: Christian R. Everdell appearing for Ghislaine Maxwell. Appearance Type: Retained. (Everdell, Christian) (Entered: 07/08/2020) |
| 07/08/2020 | 14 | NOTICE OF ATTORNEY APPEARANCE: Laura A. Menninger appearing for Ghislaine Maxwell. Appearance Type: Retained. (Menninger, Laura) (Entered: 07/08/2020) |
| 07/08/2020 | 15 | MOTION for Jeffrey S. Pagliuca to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−20605229. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Ghislaine Maxwell. (Attachments: # 1 Exhibit Declaration of Jeffrey S. Pagliuca, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order Proposed Order)(Pagliuca, Jeffrey) (Entered: 07/08/2020) |
| 07/08/2020 | 17 | (S1) SUPERSEDING INDICTMENT FILED as to Ghislaine Maxwell (1) count(s) 1s, 2s, 3s, 4s, 5s−6s. (jm) (Entered: 07/10/2020) |
| 07/09/2020 |  | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 15 MOTION for Jeffrey S. Pagliuca to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−20605229. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (aea)** (Entered: 07/09/2020) |
| 07/09/2020 | 16 | ORDER as to Ghislaine Maxwell. As discussed in its previous order, the Court will hold an arraignment, initial conference, and bail hearing in this matter remotely as a video/teleconference on July 14, 2020 at 1 pm. Members of the press and the public in the United States may access the live audio feed of the proceeding by calling 855−268−7844 and using access code 32091812# and PIN 9921299#. Those outside of the United States may access the live audio feed by calling 214−416−0400 and using the same access code and PIN. These phone lines can accommodate approximately 500 callers on a first come, first serve basis. The Court will provide counsel for both sides an additional dial−in number to be used to ensure audio access to the proceeding for non−speaking co−counsel, alleged victims, and any family members of the Defendant. The United States Attorney's Office should email Chambers with information regarding any alleged victims who are entitled, pursuant to 18 U.S.C. §3771(a)(4), to be heard at the bail hearing and who wish to be heard. The Court will |

| | | |
|---|---|---|
| | | then provide information as to the logistics for their dial–in access. As the Court described in a previous order, members of the press and public may watch and listen to the live video feed in the Jury Assembly Room, at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street. See Dkt. No. 10. However, in light of COVID–19, seating will be limited to approximately 60 seats in order to enable appropriate social distancing and ensure public safety. Counsel for the Defendant and the Government may contact Chambers by email if there is a request to accommodate alleged victims or family members of the Defendant. Members of the credentialed in–house press corps may contact the District Executive's Office about seating. Otherwise, all seating will be allocated on a first come, first serve basis and in accordance with the S.D.N.Y. COVID–19 Courthouse Entry Program and this Court's previous order of July 7, 2020. See Dkt. No. 10. If conditions change or the Court otherwise concludes that allowing for in–person viewing of the video feed at the courthouse is not consistent with public health, the Court may provide audio access by telephone only. Any photographing, recording, or rebroadcasting of federal court proceedings is prohibited by law. Violation of these prohibitions may result in fines or sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. SO ORDERED. (Signed by Judge Alison J. Nathan on 7/9/2020)(jbo) (Entered: 07/09/2020) |
| 07/10/2020 | 18 | MEMORANDUM in Opposition by Ghislaine Maxwell re 4 MOTION to detain defendant .. (Cohen, Mark) (Entered: 07/10/2020) |
| 07/10/2020 | 19 | NOTICE OF ATTORNEY APPEARANCE: Mark Stewart Cohen appearing for Ghislaine Maxwell. Appearance Type: Retained. (Cohen, Mark) (Entered: 07/10/2020) |
| 07/10/2020 | 20 | NOTICE OF ATTORNEY APPEARANCE: Christian R. Everdell appearing for Ghislaine Maxwell. Appearance Type: Retained. (Everdell, Christian) (Entered: 07/10/2020) |
| 07/10/2020 | 21 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Ghislaine Maxwell. (Everdell, Christian) (Entered: 07/10/2020) |
| 07/13/2020 | 22 | REPLY MEMORANDUM OF LAW in Support by USA as to Ghislaine Maxwell re: 4 MOTION to detain defendant . . (Moe, Alison) (Entered: 07/13/2020) |
| 07/13/2020 | | ORDER granting 15 Motion for Jeffrey Pagliuca to Appear Pro Hac Vice as to Ghislaine Maxwell (1). (Signed by Judge Alison J. Nathan on 7/13/2020) (kwi) (Entered: 07/13/2020) |
| 07/14/2020 | 23 | ORDER as to Ghislaine Maxwell. For the reasons stated on the record at today's proceeding, the Governments motion to detain the Defendant pending trial is hereby GRANTED (Signed by Judge Alison J. Nathan on 7/14/20)(jw) (Entered: 07/14/2020) |
| 07/14/2020 | | Minute Entry for proceedings held before Judge Alison J. Nathan:Arraignment as to Ghislaine Maxwell (1) Count 1s,2s,3s,4s,5s–6s held on 7/14/2020. Defendant Ghislaine Maxwell present by video conference with attorney Mark Cohen present by video conference, AUSA Alison Moe, Alex Rossmiller and Maurene Comey for the government present by video conference, Pretrial Service Officer Lea Harmon present by telephone and Court Reporter Kristine Caraannante. Defendant enters a plea of Not Guilty to the S1 indictment. Trial set for July 12, 2021. See Order. Time is excluded under the Speedy Trial Act from today until July 12, 2021. Bail is denied. Defendant is remanded. See Transcript. (jw) (Entered: 07/14/2020) |
| 07/14/2020 | | Minute Entry for proceedings held before Judge Alison J. Nathan: Plea entered by Ghislaine Maxwell (1) Count 1s,2s,3s,4s,5s–6s Not Guilty. (jw) (Entered: 07/14/2020) |
| 07/14/2020 | 24 | Waiver of Right to be Present at Criminal Proceeding as to Ghislaine Maxwell re: Arraignment, Bail Hearing, Conference. (jw) (Entered: 07/14/2020) |
| 07/15/2020 | 25 | ORDER as to Ghislaine Maxwell. Initial non–electronic discovery, generally to include search warrant applications and subpoena returns, is due by Friday, August 21, 2020. Completion of discovery, to include electronic materials, is due by Monday, November 9, 2020. Motions are due by Monday, December 21, 2020. Motion responses are due by Friday, January 22, 2021. Motion replies are due by Friday, February 5, 2021. Trial is set for Monday, July 12, 2021 ( Discovery due by |

| | | |
|---|---|---|
| | | 8/21/2020., Motions due by 12/21/2020) (Signed by Judge Alison J. Nathan on 7/15/20)(jw) (Entered: 07/15/2020) |
| 07/21/2020 | 26 | ORDER as to Ghislaine Maxwell: The Court has received a significant number of letters and messages from non−parties that purport to be related to this case. These submissions are either procedurally improper or irrelevant to the judicial function. Therefore, they will not be considered or docketed. The Court will accord the same treatment to any similar correspondence it receives in the future. SO ORDERED. (Signed by Judge Alison J. Nathan on 7/21/2020) (lnl) (Entered: 07/21/2020) |
| 07/21/2020 | 27 | LETTER MOTION addressed to Judge Alison J. Nathan from Jeffrey S. Pagliuca dated July 21, 2020 re: Local Criminal Rule 23.1 . Document filed by Ghislaine Maxwell. (Pagliuca, Jeffrey) (Entered: 07/21/2020) |
| 07/23/2020 | 28 | ORDER as to Ghislaine Maxwell: The Defense has moved for an order "prohibiting the Government, its agents and counsel for witnesses from making extrajudicial statements concerning this case." Dkt. No. 27 at 1. The Court firmly expects that counsel for all involved parties will exercise great care to ensure compliance with this Court's local rules, including Local Criminal Rule 23.1, and the rules of professional responsibility. In light of this clear expectation, the Court does not believe that further action is needed at this time to protect the Defendant's right to a fair trial by an impartial jury. Accordingly, it denies the Defendant's motion without prejudice. But the Court warns counsel and agents for the parties and counsel for potential witnesses that going forward it will not hesitate to take appropriate action in the face of violations of any relevant rules. The Court will ensure strict compliance with those rules and will ensure that the Defendant's right to a fair trial will be safeguarded. (Signed by Judge Alison J. Nathan on 7/23/2020) (ap) (Entered: 07/23/2020) |
| 07/27/2020 | 29 | LETTER MOTION addressed to Judge Alison J. Nathan from Christian R. Everdell dated July 27, 2020 re: Proposed Protective Order . Document filed by Ghislaine Maxwell. (Attachments: # 1 Exhibit A (Proposed Protective Order))(Everdell, Christian) (Entered: 07/27/2020) |
| 07/27/2020 | 30 | AFFIDAVIT of Christian R. Everdell by Ghislaine Maxwell. (Everdell, Christian) (Entered: 07/27/2020) |
| 07/27/2020 | 31 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from Alison Moe dated July 27, 2020 re: requesting until 5 p.m. tomorrow to respond to defense counsel's letter, filed July 27, 2020 Document filed by USA. (Moe, Alison) (Entered: 07/27/2020) |
| 07/27/2020 | 32 | MEMO ENDORSEMENT as to Ghislaine Maxwell on 31 LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from Alison Moe dated July 27, 2020 re: requesting until 5 p.m. tomorrow to respond to defense counsel's letter, filed July 27, 2020. ENDORSEMENT: The Government's response to the Defense's letter is due by 5 p.m. on July 28, 2020. The Defense may file a reply by 5 p.m. on July 29, 2020. Before the Government's response is filed, the parties must meet and confer by phone regarding this issue, and any response from the Government must contain an affirmation that the parties have done so. SO ORDERED. (Responses due by 7/28/2020. Replies due by 7/29/2020.) (Signed by Judge Alison J. Nathan on 7/27/2020) (lnl) (Entered: 07/27/2020) |
| 07/28/2020 | 33 | LETTER RESPONSE to Motion by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from Alex Rossmiller dated July 28, 2020 re: 29 LETTER MOTION addressed to Judge Alison J. Nathan from Christian R. Everdell dated July 27, 2020 re: Proposed Protective Order .. (Attachments: # 1 Exhibit A (proposed protective order))(Rossmiller, Alex) (Entered: 07/28/2020) |
| 07/28/2020 | 34 | AFFIDAVIT of Alex Rossmiller by USA as to Ghislaine Maxwell. (Rossmiller, Alex) (Entered: 07/28/2020) |
| 07/29/2020 | 35 | LETTER REPLY TO RESPONSE to Motion by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Christian R. Everdell dated July 29, 2020 re 29 LETTER MOTION addressed to Judge Alison J. Nathan from Christian R. Everdell dated July 27, 2020 re: Proposed Protective Order .. (Everdell, Christian) (Entered: 07/29/2020) |

| 07/30/2020 | 36 | PROTECTIVE ORDER as to Ghislaine Maxwell...regarding procedures to be followed that shall govern the handling of confidential material. SO ORDERED: (Signed by Judge Alison J. Nathan on 7/30/2020)(bw) (Entered: 07/31/2020) |
|---|---|---|
| 07/30/2020 | 37 | MEMORANDUM OPINION & ORDER as to Ghislaine Maxwell. Both parties have asked for the Court to enter a protective order. While they agree on most of the language, two areas of dispute have emerged. First, Ms. Maxwell seeks language allowing her to publicly reference alleged victims or witnesses who have spoken on the public record to the media or in public fora, or in litigation relating to Ms. Maxwell or Jeffrey Epstein. Second, Ms. Maxwell seeks language restricting potential Government witnesses and their counsel from using discovery materials for any purpose other than preparing for the criminal trial in this action. The Government has proposed contrary language on both of these issues. For the following reasons, the Court adopts the Government's proposed protective order Under Federal Rule of Criminal Procedure 16(d)(1), "[a]t any time the court may, for good cause, deny, restrict, or defer discovery or inspection, or grant other appropriate relief." The good cause standard "requires courts to balance several interests, including whether dissemination of the discovery materials inflicts hazard to others... whether the imposition of the protective order would prejudice the defendant," and "the public's interest in the information." United States v. Smith, 985 F. Supp. 2d 506, 523 (S.D.N.Y. 2013). The party seeking to restrict disclosure bears the burden of showing good cause. Cf. Gambale v. Deutsche Bank AG, 377 F.3d 133, 142 (2d Cir. 2004). First, the Court finds that the Government has met its burden of showing good cause with regard to restricting the ability of Ms. Maxwell to publicly reference alleged victims and witnesses other than those who have publicly identified themselves in this litigation. As a general matter, it is undisputed that there is a strong and specific interest in protecting the privacy of alleged victims and witnesses in this case that supports restricting the disclosure of their identities. Dkt. No. 29 at 3 (acknowledging that as a baseline the protective order should "prohibit[] Ms. Maxwell, defense counsel, and others on the defense team from disclosing or disseminating the identity of any alleged victim or potential witness referenced in the discovery materials"); see also United States v. Corley, No. 13–cr–48, 2016 U.S. Dist. LEXIS 194426, at *11 (S.D.N.Y. Jan. 15, 2016). The Defense argues this interest is significantly diminished for individuals who have spoken on the public record about Ms. Maxwell or Jeffrey Epstein, because they have voluntarily chosen to identify themselves. But not all accusations or public statements are equal. Deciding to participate in or contribute to a criminal investigation or prosecution is a far different matter than simply making a public statement "relating to" Ms. Maxwell or Jeffrey Epstein, particularly since such a statement might have occurred decades ago and have no relevance to the charges in this case. These individuals still maintain a significant privacy interest that must be safeguarded. The exception the Defense seeks is too broad and risks undermining the protections of the privacy of witnesses and alleged victims that is required by law. In contrast, the Government's proffered language would allow Ms. Maxwell to publicly reference individuals who have spoken by name on the record in this case. It also allows the Defense to "referenc[e] the identities of individuals they believe may be relevant... to Potential Defense Witnesses and their counsel during the course of the investigation and preparation of the defense case at trial." Dkt. No. 33–1, 5. This proposal adequately balances the interests at stake. And as the Government's letter notes, see Dkt. No. 33 at 4, to the extent that the Defense needs an exception to the protective order for a specific investigative purpose, they can make applications to the Court on a case–by–case basis. Second, restrictions on the ability of potential witnesses and their counsel to use discovery materials for purposes other than preparing for trial in this case are unwarranted. The request appears unprecedented despite the fact that there have been many high–profile criminal matters that had related civil litigation. The Government labors under many restrictions including Rule 6(e) of the Federal Rules of Criminal Procedure, the Privacy Act of 1974, and other policies of the Department of Justice and the U.S. Attorney's Office for the Southern District of New York, all of which the Court expects the Government to scrupulously follow. Furthermore, the Government indicates that it will likely only provide potential witnesses with materials that those witnesses already have in their possession. See Dkt. No. 33 at 6. And of course, those witnesses who do testify at trial would be subject to examination on the record as to what materials were provided or shown to them by the Government. Nothing in the Defense's papers explains how its unprecedented proposed restriction is somehow necessary to ensure a fair trial. For the foregoing reasons, the Court adopts the Government's proposed protective order, which will be |

| | | |
|---|---|---|
| | | entered on the docket. This resolves Dkt. No. 29. SO ORDERED. (Signed by Judge Alison J. Nathan on 7/30/2020)(bw) (Entered: 07/31/2020) |
| 08/10/2020 | 38 | LETTER MOTION addressed to Judge Alison J. Nathan from Christian R. Everdell dated August 10, 2020 re: Discovery Disclosure and Access . Document filed by Ghislaine Maxwell. (Everdell, Christian) (Entered: 08/10/2020) |
| 08/10/2020 | 39 | AFFIDAVIT of Christian R. Everdell by Ghislaine Maxwell. (Everdell, Christian) (Entered: 08/10/2020) |
| 08/11/2020 | 40 | MEMO ENDORSEMENT as to Ghislaine Maxwell on re: 38 LETTER MOTION addressed to Judge Alison J. Nathan from Christian R. Everdell dated August 10, 2020 re: Discovery Disclosure and Access. ENDORSEMENT: The Government is hereby ORDERED to respond to the Defendant's letter motion by Thursday, August 13, 2020. The Defendant's reply, if any, is due on or before Monday, August 17, 2020. (Responses due by 8/13/2020. Replies due by 8/17/2020) (Signed by Judge Alison J. Nathan on 8/11/2020) (ap) (Entered: 08/11/2020) |
| 08/13/2020 | 41 | LETTER RESPONSE in Opposition by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from Alex Rossmiller dated August 13, 2020 re: 38 LETTER MOTION addressed to Judge Alison J. Nathan from Christian R. Everdell dated August 10, 2020 re: Discovery Disclosure and Access .. (Rossmiller, Alex) (Entered: 08/13/2020) |
| 08/17/2020 | 42 | LETTER REPLY TO RESPONSE to Motion by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Christian R. Everdell dated August 17, 2020 re 38 LETTER MOTION addressed to Judge Alison J. Nathan from Christian R. Everdell dated August 10, 2020 re: Discovery Disclosure and Access .. (Everdell, Christian) (Entered: 08/17/2020) |
| 08/17/2020 | 43 | LETTER MOTION addressed to Judge Alison J. Nathan from Jeffrey S. Pagliuca dated August 17, 2020 re: Request for Permission to Submit Letter Motion in Excess of Three Pages . Document filed by Ghislaine Maxwell. (Pagliuca, Jeffrey) (Entered: 08/17/2020) |
| 08/18/2020 | 44 | ORDER as to Ghislaine Maxwell: On August 17, 2020, the Defendant filed a letter motion seeking a modification of this Court's Protective Order, which the Court entered on July 30, 2020. Defendant also moves to file that letter motion under seal. The Governments opposition to Defendant's letter motion is hereby due Friday, August 21 at 12 p.m. The Defendant's reply is due on Monday, August 24 at 12 p.m. The parties shall propose redactions to the letter briefing on this issue. Alternatively, the parties shall provide support and argument for why the letter motions should be sealed in their entirety. SO ORDERED. (Responses due by 8/21/2020. Replies due by 8/24/2020.) (Signed by Judge Alison J. Nathan on 8/18/2020) (lnl) (Entered: 08/18/2020) |
| 08/20/2020 | 45 | NOTICE OF ATTORNEY APPEARANCE Lara Elizabeth Pomerantz appearing for USA. (Pomerantz, Lara) (Entered: 08/20/2020) |
| 08/20/2020 | 50 | SEALED DOCUMENT placed in vault. (mhe) (Entered: 08/27/2020) |
| 08/21/2020 | 46 | LETTER RESPONSE in Opposition by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from Maurene Comey dated August 21, 2020 re: 43 LETTER MOTION addressed to Judge Alison J. Nathan from Jeffrey S. Pagliuca dated August 17, 2020 re: Request for Permission to Submit Letter Motion in Excess of Three Pages .. (Rossmiller, Alex) (Entered: 08/21/2020) |
| 08/21/2020 | 47 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from Maurene Comey dated August 21, 2020 re: Proposed redactions to letter briefing, in response to the Court's Order of August 18, 2020 Document filed by USA. (Rossmiller, Alex) (Entered: 08/21/2020) |
| 08/24/2020 | 48 | LETTER MOTION addressed to Judge Alison J. Nathan from Laura A. Menninger dated August 24, 2020 re: Request to File Under Seal: Proposed Redactions to Request to Modify Protective Order and Reply in Support Thereof . Document filed by Ghislaine Maxwell. (Menninger, Laura) (Entered: 08/24/2020) |

| | | |
|---|---|---|
| 08/25/2020 | 49 | MEMORANDUM OPINION AND ORDER: denying without prejudice 38 LETTER MOTION as to Ghislaine Maxwell (1). On August 10, 2020, the Defendant filed a letter motion related to two issues. Dkt. No. 38. First, the Defendant seeks an order directing the Government to disclose to defense counsel immediately the identities of the three alleged victims referenced in the indictment. Second, the Defendant seeks an order directing the Bureau of Prisons ("BOP") to release the Defendant into the general population and to provide her with increased access to the discovery materials. For the reasons that follow, Defendant's requests are DENIED without prejudice....[See this Memorandum Opinion And Order]... III. Conclusion: For the reasons stated above, Defendant's requests contained in Dkt. No. 38 are DENIED without prejudice. Following the close of discovery, the parties shall meet and confer on an appropriate schedule for pre–trial disclosures, including the disclosure of § 3500 material, exhibit lists, and witness lists, taking into account all relevant factors. The Government is hereby ORDERED to submit written status updates every 90 days detailing any material changes to the conditions of Ms. Maxwell's confinement, with particular emphasis on her access to legal materials and ability to communicate with defense counsel. SO ORDERED. (Signed by Judge Alison J. Nathan on 8/25/2020) (bw) (Entered: 08/25/2020) |
| 09/02/2020 | 51 | MEMORANDUMOPINION AND ORDER as to Ghislaine Maxwell: On August 17, 2020, Defendant Ghislaine Maxwell filed a sealed letter motion seeking an Order modifying the protective order in this case. Specifically, she sought a Court order allowing her to file under seal in certain civil cases ("Civil Cases") materials ("Documents") that she received in discovery from the Government in this case. She also sought permission to reference, but not file, other discovery material that the Government produced in this case. For the reasons that follow, Defendant's requests are DENIED. SO ORDERED. (Signed by Judge Alison J. Nathan on 9/2/2020)(See MEMORANDUM OPINION AND ORDER as set forth) (lnl) (Entered: 09/02/2020) |
| 09/02/2020 | 52 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan, from Jeffrey S. Pagliuca dated 8/17/2020 re: Defense counsel writes with redacted request to modify protective order. (ap) (Entered: 09/02/2020) |
| 09/04/2020 | 55 | NOTICE OF APPEAL by Ghislaine Maxwell from 51 Memorandum & Opinion. Filing fee $ 505.00, receipt number 465401266036. (tp) (Entered: 09/09/2020) |
| 09/08/2020 | 53 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan dated 8/24/2020 re: Proposed Redactions to Request to Modify Protective Order. (jbo) (Entered: 09/08/2020) |
| 09/08/2020 | 54 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan dated 8/24/2020 re: Reply in Support of Request to Modify Protective Order. (jbo) (Entered: 09/08/2020) |
| 09/09/2020 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet as to Ghislaine Maxwell to US Court of Appeals re: 55 Notice of Appeal. (tp) (Entered: 09/09/2020) |
| 09/09/2020 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files as to Ghislaine Maxwell re: 55 Notice of Appeal were transmitted to the U.S. Court of Appeals. (tp) (Entered: 09/09/2020) |
| 09/10/2020 | 56 | SEALED DOCUMENT placed in vault. (dn) (Entered: 09/11/2020) |
| 09/10/2020 | 57 | SEALED DOCUMENT placed in vault. (dn) (Entered: 09/11/2020) |
| 09/24/2020 | 58 | SEALED DOCUMENT placed in vault. (mhe) (Entered: 09/24/2020) |
| 10/05/2020 | 59 | NOTICE OF ATTORNEY APPEARANCE: Bobbi C Sternheim appearing for Ghislaine Maxwell. Appearance Type: Retained. (Sternheim, Bobbi) (Entered: 10/05/2020) |
| 10/06/2020 | 60 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, and Lara Pomerantz dated October 6, 2020 re: Request to Delay Disclosure Document filed by USA. (Comey, Maurene) (Entered: 10/06/2020) |
| 10/06/2020 | 61 | AFFIDAVIT of Maurene Comey by USA as to Ghislaine Maxwell. (Comey, Maurene) (Entered: 10/06/2020) |

| 10/07/2020 | 62 | MEMO ENDORSEMENT as to Ghislaine Maxwell on re: 60 Accordingly, the Government respectfully requests that the Court approve the Government's request to delay disclosure of these Materials...ENDORSEMENT...The Defendant shall file any opposition to the Government's request by October 14, 2020. The Government's reply, if any, is due by October 20, 2020. SO ORDERED. (Government Replies due by 10/20/2020., Defendant Responses due by 10/14/2020) (Signed by Judge Alison J. Nathan on 10/7/20)(jw) (Entered: 10/07/2020) |
|---|---|---|
| 10/07/2020 | 63 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, and Lara Pomerantz dated October 7, 2020 re: Review of Investigative Files from Other Offices and Agencies Document filed by USA. (Comey, Maurene) (Entered: 10/07/2020) |
| 10/14/2020 | 64 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Christian R. Everdell dated October 14, 2020 re: Response to 60 LETTER addressed to Judge Alison J. Nathan from USA dated October 6, 2020 re: Request to Delay Disclosure. (Everdell, Christian) (Entered: 10/14/2020) |
| 10/20/2020 | 65 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, and Lara Pomerantz dated October 20, 2020 re: Reply Letter in Further Support of Request to Delay Disclosure Document filed by USA. (Comey, Maurene) (Entered: 10/20/2020) |
| 10/23/2020 | 66 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Jeffrey S. Pagliuca dated October 23, 2020 re: Response to the Governments October 7, 2020 letter (Pagliuca, Jeffrey) (Entered: 10/23/2020) |
| 10/30/2020 | 67 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, and Lara Pomerantz dated October 30, 2020 re: Reply to Defense's October 23, 2020 Letter Document filed by USA. (Comey, Maurene) (Entered: 10/30/2020) |
| 11/05/2020 | 68 | ORDER as to Ghislaine Maxwell: This Order is entered, pursuant to Federal Rule of Criminal Procedure 5(f) and the Due Process Protections Act, Pub. L. No 116182, 134 Stat. 894 (Oct. 21, 2020), to confirm the Government's disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and to summarize the possible consequences of violating those obligations. (Signed by Judge Alison J. Nathan on 11/5/2020) (See ORDER set forth) (ap) (Entered: 11/05/2020) |
| 11/06/2020 | 69 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, and Lara Pomerantz dated November 6, 2020 re: Request to Extend Discovery Deadline for Portion of Electronic Discovery Document filed by USA. (Comey, Maurene) (Entered: 11/06/2020) |
| 11/06/2020 | 70 | AFFIDAVIT of Maurene Comey by USA as to Ghislaine Maxwell. (Comey, Maurene) (Entered: 11/06/2020) |
| 11/09/2020 | 71 | MANDATE of USCA (Certified Copy) as to Ghislaine Maxwell re: 55 Notice of Appeal. USCA Case Number 20–3061–cr. UPON DUE CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the motion to consolidate is DENIED and the appeal is DISMISSED for want of jurisdiction.. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 11/09/2020. (nd) (Entered: 11/09/2020) |
| 11/09/2020 | 72 | MEMO ENDORSEMENT as to Ghislaine Maxwell on 69 LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, and Lara Pomerantz dated November 6, 2020 re: Request to Extend Discovery Deadline for Portion of Electronic Discovery. ENDORSEMENT: The Court hereby extends the deadline for the Government's production of electronic discovery from November 9, 2020 to November 23, 2020. The Court also grants the parties' request for an extension of the motions deadlines as follows: the Defendant's motions are due by January 11, 2021, the Government's responses are due by February 12, 2021, and any replies are due by February 19, 2021. SO ORDERED. (Discovery due by 11/23/2020. Motions due by 1/11/2021. Responses due by 2/12/2021. Replies due by 2/19/2021.) (Signed by Judge Alison J. Nathan on 11/9/2020) (lnl) (Entered: 11/10/2020) |

| | | |
|---|---|---|
| 11/18/2020 | 73 | MEMO ENDORSEMENT as to Ghislaine Maxwell on re: 60 Letter filed by USA as to Ghislaine Maxwell re: The Government respectfully requests that the Court approve the Government's request to delay disclosure of these Materials...ENDORSEMENT...There is no dispute that the materials referenced in the Government's letter will be turned over to the defense. The Government has indicated that it will do so. The only dispute, then, relates to the timing of such disclosure. See Dkt. Nos. 64, 65. Because the Government has articulated plausible reasons for some delay of disclosure, see Dkt. No. 65 at 4, the Court grants the Government's request to delay disclosure. However, the Governments proposal to delay disclosure until 8 weeks in advance of trial is insufficient. In order to ensure that the defense can adequately prepare for trial, the Government shall produce the referenced materials, which are not voluminous, to the defense by March 12, 2021. Disclosure of the materials will of course be subject to the protective order entered by the Court, see Dkt. No. 36. (Government Responses due by 3/12/2021) (Signed by Judge Alison J. Nathan on 11/18/20)(jw) (Entered: 11/18/2020) |
| 11/23/2020 | 74 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, and Lara Pomerantz dated November 23, 2020 re: Update Regarding Conditions of Confinement Document filed by USA. (Comey, Maurene) (Entered: 11/23/2020) |
| 11/24/2020 | 75 | LETTER addressed to Judge Alison J. Nathan from Bobbi C. Sternheim dated 11/24/2020 re: Response to 90–day MDC conditions report (Sternheim, Bobbi) (Entered: 11/24/2020) |
| 11/24/2020 | 76 | MEMO ENDORSEMENT as to Ghislaine Maxwell on re: 75 LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Bobbi C. Sternheim dated 11/24/2020 re: Response to 90–day MDC conditions report. ENDORSEMENT: The parties are hereby ORDERED to meet and confer regarding Defendant's request that Warden Heriberto Tellez directly address Defendant's concerns regarding the conditions of her detention. The parties shall jointly submit a status update within one week of this Order. (Signed by Judge Alison J. Nathan on 11/24/2020) (ap) (Entered: 11/24/2020) |
| 12/01/2020 | 77 | ORDER as to Ghislaine Maxwell. On November 25, 2020, the Defendant filed a letter request under seal. On November 30, 2020, she filed a second letter request in which she proposed redactions on both letters. The Government is hereby ORDERED to respond to the Defendant's November 25, 2020 letter request and to the request for proposed redactions by no later than December 2, 2020. The letters shall be temporarily sealed while the Court resolves the redaction request. SO ORDERED. (Signed by Judge Alison J. Nathan on 12/1/2020)(bw) (Entered: 12/01/2020) |
| 12/01/2020 | 78 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, and Lara Pomerantz dated December 1, 2020 re: Joint Letter regarding Conditions of Confinement Document filed by USA. (Pomerantz, Lara) (Entered: 12/01/2020) |
| 12/02/2020 | 79 | MEMO ENDORSEMENT as to Ghislaine Maxwell on re: 78 LETTER by USA addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, and Lara Pomerantz dated December 1, 2020 re: Joint Letter regarding Conditions of Confinement. ENDORSEMENT: MDC legal counsel shall submit their letter to the Court by December 4, 2020. Upon review of that letter, the Court will determine whether any additional information is required, either orally or in writing. SO ORDERED. (Signed by Judge Alison J. Nathan on 12/2/2020)(bw) (Entered: 12/02/2020) |
| 12/02/2020 | 80 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, and Lara Pomerantz dated December 2, 2020 re: Defense Requests for Sealing Document filed by USA. (Comey, Maurene) (Entered: 12/02/2020) |
| 12/03/2020 | 81 | ORDER as to Ghislaine Maxwell. On November 25, 2020, counsel for Defendant Ghislaine Maxwell filed a letter request seeking an in camera conference for the presentation of a renewed motion for release on bail and a request to seal the November 25, 2020 letter in its entirety. The Court required justification for the sealing request. On November 30, 2020, the defense counsel filed a second letter no longer fully pressing the unsupported request to file the letter entirely under seal and |

| | | |
|---|---|---|
| | | instead proposing redactions to both the November 25th and November 30th letters. The Government has indicated that it does not oppose the redactions. Dkt. No. 80. After due consideration, the Court will adopt the Defendant's proposed redactions, which are consented to by the Government. The Court's decision is guided by the three−part test articulated by the Second Circuit in Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006). Under this test, the Court must: (i) determine whether the documents in question are "judicial documents;" (ii) assess the weight of the common law presumption of access to the materials; and (iii) balance competing considerations against the presumption of access. Id. at 11920. "Such countervailing factors include but are not limited to 'the danger of impairing law enforcement or judicial efficiency' and 'the privacy interests of those resisting disclosure.'" Id. at 120 (quoting United States v. Amodeo, 71 F.3d 1044, 1050 (2d Cir. 1995) ("Amodeo II")). The proposed redactions satisfy this test. First, the Court finds that the Defendant's letter motions are "relevant to the performance of the judicial function and useful in the judicial process," thereby qualifying as a "judicial document" for purposes of the first element of the Lugosch test. United States v. Amodeo ("Amodeo I"), 44 F.3d 141, 145 (2d Cir. 1995). And while the Court assumes that the common law presumption of access attaches, in balancing competing considerations against the presumption of access, the Court finds that the arguments the Defendant has put forthincluding, most notably, the privacy interests of the individuals referenced in the lettersfavor her proposed and tailored redactions. The Defendant is hereby ORDERED to docket the redacted versions of the two letters by December 4, 2020. For the reasons outlined in the Government's letter dated December 2, 2020, Dkt. No. 80, the Court DENIES the Defendant's request for an in camera review. In order to protect the privacy interests referenced in the Defendant's November 25, 2020 letter, the Court will permit the Defendant to make her submission in writing and to propose narrowly tailored redactions. The parties are hereby ORDERED to meet and confer and to jointly prepare a briefing schedule for the Defendant's forthcoming renewed motion for release on bail. SO ORDERED. (Signed by Judge Alison J. Nathan on 12/3/2020)(bw) (Entered: 12/03/2020) |
| 12/03/2020 | 82 | SEALED DOCUMENT placed in vault. (jus) (Entered: 12/03/2020) |
| 12/03/2020 | 83 | SEALED DOCUMENT placed in vault. (jus) (Entered: 12/03/2020) |
| 12/03/2020 | 84 | SEALED DOCUMENT placed in vault. (jus) (Entered: 12/03/2020) |
| 12/04/2020 | 85 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Christian R. Everdell dated December 4, 2020 re: Briefing Schedule (Everdell, Christian) (Entered: 12/04/2020) |
| 12/04/2020 | 86 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Christian R. Everdell dated 11/25/2020 re: Sealing (Everdell, Christian) (Entered: 12/04/2020) |
| 12/04/2020 | 87 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Christian R. Everdell dated 11/30/2020 re: Sealing (Everdell, Christian) (Entered: 12/04/2020) |
| 12/07/2020 | 88 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Sophia Papapetru and John Wallace dated 12/4/20 re: This letter is written in response to your order dated December 2, 2020, concerning Ghislaine Maxwell, Reg. 02879−509., an inmate currently confined at the Metropolitan Detention center in Brooklyn, New York. You expressed various concerns regarding Ms. Maxwells confinement and well−being. (jw) (Entered: 12/07/2020) |
| 12/07/2020 | 89 | ORDER as to Ghislaine Maxwell re: 85 Letter filed by Ghislaine Maxwell. The Court is in receipt of the Defendant's December 4, 2020 letter, Dkt. No. 85, and hereby sets the following schedule: The Defendants submission is due December 8, 2020; The Government's response is due December 16, 2020; The Defendant's reply is due December 18, 2020. After reviewing these submissions, the Court will determine whether a hearing on the renewed bail motion is necessary. The Court grants the Defendants request that the Government shall file its submission under seal with proposed redactions. Any objections to proposed redactions are due within 24 hours after any brief has been filed. Finally, the Defendant is granted leave to file a motion not to exceed 40 pages. The Governments response shall also be limited to 40 pages. The Defendant's reply shall not exceed 10 pages ( Defendant submission due by 12/8/2020., Defendant Replies due by 12/18/2020., Government Responses due by 12/16/2020) (Signed by Judge Alison J. Nathan on 12/7/20)(jw) (Entered: 12/07/2020) |

| | | |
|---|---|---|
| 12/07/2020 | 90 | ENDORSED LETTER as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from Mark S. Cohen and Christian R. Everdell dated 11/25/20 re: On behalf of my client, Ghislaine Maxwell, we plan to file a Renewed Motion for Release on Bail (the "Motion") and respectfully request an in camera conference, with all counsel present, to address the appropriate procedures for the filing and consideration of the Motion. For the reasons explained below, we intend to request, pursuant to Fed. R. Crim. P. 49.l(d), that the Court permit the filing of portions of the Motion and certain supporting materials under seal and require that any responsive materials be filed under seal....ENDORSEMENT: The Court sees no basis for the sealing of this letter. On or before December 2, 2020, Defendant shall justify why this letter should be sealed (or redacted). Alternatively, the Defendant may file the letter on the public docket by that date. The Court will take no action on the request pending resolution of the initial sealing question. The Defendant's letter and this memorandum endorsement will be temporarily sealed pending resolution of the sealing request. (Signed by Judge Alison J. Nathan on 11/25/20)(jw) (Entered: 12/07/2020) |
| 12/07/2020 | 91 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Bobbi C. Sternheim dated 12/07/2020 re: Response to MDC Report to Court re: conditions (Sternheim, Bobbi) (Entered: 12/07/2020) |
| 12/08/2020 | 92 | ORDER as to Ghislaine Maxwell: On December 4, 2020, the Court received a letter from MDC legal counsel responding to the concerns that the Defendant raised in her November 24, 2020 letter. See Dkt. Nos. 75, 88; see also Dkt. No. 78. The Defendant responded to the MDC legal counsel's letter on December 7, 2020, reiterating her request that the Court summon Warden Heriberto Tellez to personally respond to questions from the Court regarding the Defendant's conditions of confinement. See Dkt. No. 91. Having carefully reviewed the parties' submissions, along with the MDC legal counsel's December 4, 2020 letter, the Court DENIES the Defendant's request to summon the Warden to personally appear and respond to questions. This resolves Dkt. No. 75. Notwithstanding this, as originally provided in Dkt. No. 89, the Government shall continue to submit written status updates detailing any material changes to the conditions of Ms. Maxwell's confinement, with particular emphasis on her access to legal materials, including legal mail and email, and her ability to communicate with defense counsel. The updates shall also include information on the frequency of searches of the Defendant. The Court hereby ORDERS the Government to submit these written updates every 60 days. Furthermore, the Government shall take all necessary steps to ensure that the Defendant continues to receive adequate access to her legal materials and her ability to communicate with defense counsel. (Signed by Judge Alison J. Nathan on 12/8/2020) (ap) (Entered: 12/08/2020) |
| 12/10/2020 | 93 | TRANSCRIPT of Proceedings as to Ghislaine Maxwell re: Conference held on 7/14/2020 before Judge Alison J. Nathan. Court Reporter/Transcriber: Kristen Carannate, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/31/2020. Redacted Transcript Deadline set for 1/11/2021. Release of Transcript Restriction set for 3/10/2021. (McGuirk, Kelly) (Entered: 12/10/2020) |
| 12/10/2020 | 94 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ghislaine Maxwell. Notice is hereby given that an official transcript of a Conference proceeding held on 7/14/2020 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 12/10/2020) |
| 12/14/2020 | 95 | ORDER as to Ghislaine Maxwell: On December 8, 2020, Defendant Ghislaine Maxwell filed her renewed application for bail under seal with proposed redactions, in accordance with this Court's December 7, 2020 Order, see Dkt. No. 89. The Government did not file any opposition to the Defendant's proposed redactions. After due consideration, the Court will adopt the Defendant's proposed redactions. The Court's decision to adopt those redactions is guided by the three–part test articulated by the Second Circuit in Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006). Under this test, the Court must: (i) determine whether the documents in question are "judicial documents;" (ii) assess the weight of the common law presumption of access to the materials; and (iii) balance competing considerations |

| | | |
|---|---|---|
| | | against the presumption of access. Id. at 11920. "Such countervailing factors include but are not limited to the danger of impairing law enforcement or judicial efficiency' and 'the privacy interests of those resisting disclosure.'" Id. at 120 (quoting United States v. Amodeo, 71 F.3d 1044, 1048 (2d Cir.1995) ("Amodeo II")). The proposed redactions satisfy this test. The Court finds that Defendant's letter motions are "relevant to the performance of the judicial function and useful in the judicial process,' thereby qualifying as a "judicial document" for purposes of the first element of the Lugosch test. United States v. Amodeo ("Amodeo I"), 44 F.3d 141, 145 (2d Cir. 1995). And the Court also finds that the common law presumption of access attaches. Id. at 146; see also Nixon v. Warner Commc'ns, Inc., 435 U.S. 589, 602 (1978). Nevertheless, in balancing competing considerations against the presumption of access, the Court finds that the redactions are narrowly tailored to properly guard the privacy interests of the individuals referenced in the Defendant's submission and in the corresponding exhibits The Defendant is hereby ORDERED to docket the redacted documents and corresponding exhibits. (Signed by Judge Alison J. Nathan on 12/14/2020) (ap) (Entered: 12/14/2020) |
| 12/14/2020 | 96 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Christian R. Everdell dated December 8, 2020 re: Cover Letter for Renewed Bail Application (Everdell, Christian) (Entered: 12/14/2020) |
| 12/14/2020 | 97 | MEMORANDUM OF LAW in Support by Ghislaine Maxwell *re: Renewed Motion for Bail*. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X)(Everdell, Christian) (Entered: 12/14/2020) |
| 12/17/2020 | 98 | NOTICE OF ATTORNEY APPEARANCE Andrew Rohrbach appearing for USA. (Rohrbach, Andrew) (Entered: 12/17/2020) |
| 12/18/2020 | 99 | ORDER as to Ghislaine Maxwell: On December 16, 2020, the Government filed its opposition to Defendant Ghislaine Maxwell's renewed application for bail. In accordance with this Court's December 7, 2020 Order, see Dkt. No. 89, the Government filed its materials under seal and proposed narrowly tailored redactions on those materials. The Defendant did not file any opposition to the Government's proposed redactions. The Court will adopt the Government's proposed redactions after applying the three–part test articulated by the Second Circuit in Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006). Under this test, the Court must: (i) determine whether the documents in question are "judicial documents;" (ii) assess the weight of the common law presumption access to the materials; and (iii) balance competing considerations against the presumption of access. Id. at 11920. "Such countervailing factors include but are not limited to 'the danger of impairing law enforcement or judicial efficiency' and 'the privacy interests of those resisting disclosure.'" Id. at 120 (quoting United States v. Amodeo ("Amodeo II"), 71 F.3d 1044, 1050 (2d Cir. 1995)). The proposed redactions satisfy this test. The Court finds that the Governments submissions are "relevant to the performance of the judicial function and useful in the judicial process," thereby qualifying as a "judicial document" for purposes of the first element of the Lugosch test. United States v. Amodeo ("Amodeo I"), 44 F.3d 141, 145 (2d Cir. 1995). And the Court also finds that the common law presumption of access attaches. Id. at 146; see also Nixon v. Warner Commc'ns, Inc., 435 U.S. 589, 602 (1978). Nevertheless, the proposed redactions are narrowly tailored to serve substantial interests, including, most importantly, third parties' personal privacy interests. See Under Seal v. Under Seal, 273 F. Supp. 3d 460 467 (S.D.N.Y.2017). The Government is hereby ORDERED to docket the redacted documents and corresponding exhibits by no later than December 18, 2 (Signed by Judge Alison J. Nathan on 12/18/2020) (ap) (Entered: 12/18/2020) |
| 12/18/2020 | 100 | MEMORANDUM OF LAW in Opposition by USA as to Ghislaine Maxwell *Renewed Bail Motion*. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Comey, Maurene) (Entered: 12/18/2020) |
| 12/23/2020 | 101 | ORDER as to Ghislaine Maxwell: On December 18, 2020, the Defendant filed her reply to the Government's opposition to her renewed application for bail. In accordance with this Court's December 7, 2020 Order, see Dkt. No. 89, she filed these |

| | | |
|---|---|---|
| | | materials under seal and proposed narrowly tailored redactions on those materials. The Government did not file any opposition to the Defendant's proposed redactions. The Court will adopt the Defendant's proposed redactions after applying the three–part test articulated by the Second Circuit in Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006). Under this test, the Court must: (i) determine whether the documents in question are "judicial documents;" (ii) assess the weight of the common law presumption of access to the materials; and (iii) balance competing considerations against the presumption of access. Id. at 11920. "Such countervailing factors include but are not limited to 'the danger of impairing law enforcement or judicial efficiency' and 'the privacy interests of those resisting disclosure.'" Id. at 120 (quoting United States v. Amodeo ("Amodeo II"), 71 F.3d 1044, 1050 (2d Cir. 1995)). The proposed redactions satisfy this test. The Court finds that the Defendant's submissions are "relevant to the performance of the judicial function and useful in the judicial process," thereby qualifying as a "judicial document" for purposes of the first element of the Lugosch test. United States v. Amodeo ("Amodeo I"), 44 F.3d 141, 145 (2d Cir. 1995). And the Court also finds that the common law presumption of access attaches. Id. at 146; see also Nixon v. Warner Commc'ns, Inc., 435 U.S. 589, 602 (1978). As with the redactions to her renewed motion for bail, the proposed redactions here are narrowly tailored to serve substantial interests, including, most importantly, third parties personal privacy interests. See Under Seal v. Under Seal, 273 F. Supp. 3d 460, 467 (S.D.N.Y. 2017). See also Dkt. No. 95. The Defendant is hereby ORDERED to docket the redacted documents and corresponding exhibits by no later than December 23, 2020. SO ORDERED. (Signed by Judge Alison J. Nathan on 12/23/2020) (lnl) (Entered: 12/23/2020) |
| 12/23/2020 | 102 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Christian R. Everdell dated December 18, 2020 re: Cover Letter for Reply Memorandum for Renewed Bail Application (Everdell, Christian) (Entered: 12/23/2020) |
| 12/23/2020 | 103 | REPLY MEMORANDUM OF LAW in Support by Ghislaine Maxwell *re: Renewed Motion for Bail*. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Everdell, Christian) (Entered: 12/23/2020) |
| 12/28/2020 | 104 | ORDER as to Ghislaine Maxwell. On December 8, 2020, Defendant Ghislaine Maxwell filed a renewed motion for releaseon bail. Dkt No. 97. In an Opinion and Order concurrently filed under temporary seal, the Court DENIES the Defendant's motion. In light of the fact that the Opinion includes potentially confidential information that should not be filed on the public docket, the Court will permit the parties 48 hours to propose any redactions to the Courts Opinion and Order and to justify those redactions by reference tothe Second Circuits decision in Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110(2d Cir. 2006). After determining which, if any, portions of the Opinion and Order should be redacted, the Court will file the Opinion and Order on the public docket. As a result, the Court concludes that the Government has met its burden of persuasion that the Defendant poses a flight risk and that pretrial detention continues to be warranted. On or before December 30, 2020, the parties are ORDERED to submit a joint letter indicating whether they propose any redactions and the justification for any such proposal. This resolves Dkt No. 97. (Signed by Judge Alison J. Nathan on 12/28/20)(jw) (Entered: 12/28/2020) |
| 12/30/2020 | 105 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, and Lara Pomerantz dated December 30, 2020 re: Joint Letter re December 28, 2020 Opinion and Order Document filed by USA. (Comey, Maurene) (Entered: 12/30/2020) |
| 12/30/2020 | 106 | OPINION AND ORDER as to Ghislaine Maxwell. Defendant Ghislaine Maxwell has been indicted by a grand jury on charges of conspiracy to entice minors to travel to engage in illegal sex acts, in violation of 18 U.S.C. § 371; enticing a minor to travel to engage in illegal sex acts, in violation of 18 U.S.C. §§ 2422 and 2; conspiracy to transport minors to participate in illegal sex acts, in violation of 18 U.S.C. § 371; transporting minors to participate in illegal sex acts, in violation of 18 U.S.C. §§ 2423 and 2; and two charges of perjury, in violation of 18 U.S.C. § 1623. The Court held a lengthy bail hearing on July 14, 2020. After extensive briefing and argument at the hearing, the Court concluded that the Defendant was a clear risk of flight and that no conditions or combination of conditions would ensure her appearance. Defendant Ghislaine Maxwells renewed motion for release on bail, Dkt. No. 97, is DENIED. (Signed by Judge Alison J. Nathan on 12/28/20)(jw) (Entered: 12/30/2020) |

| | | |
|---|---|---|
| 12/31/2020 | 107 | LETTER MOTION addressed to Judge Alison J. Nathan from Christian R. Everdell dated December 31, 2020 re: Extension of Time . Document filed by Ghislaine Maxwell. (Everdell, Christian) (Entered: 12/31/2020) |
| 01/05/2021 | 108 | MEMO ENDORSEMENT as to Ghislaine Maxwell (1) on 107 LETTER MOTION addressed to Judge Alison J. Nathan from Christian R. Everdell dated December 31, 2020 re: Extension of Time. ENDORSEMENT: SO ORDERED. (Signed by Judge Alison J. Nathan on 1/5/2021) (ap) (Entered: 01/05/2021) |
| 01/05/2021 | | Set/Reset Deadlines as to Ghislaine Maxwell: Motions due by 1/25/2021. Responses due by 2/26/2021. Replies due by 3/5/2021. (ap) (Entered: 01/05/2021) |
| 01/08/2021 | 109 | LETTER MOTION addressed to Judge Alison J. Nathan from Christian R. Everdell dated January 8, 2021 re: Extension of Time to File Notice of Appeal . Document filed by Ghislaine Maxwell. (Everdell, Christian) (Entered: 01/08/2021) |
| 01/11/2021 | 110 | SEALED DOCUMENT placed in vault. (jus) (Entered: 01/11/2021) |
| 01/11/2021 | 111 | SEALED DOCUMENT placed in vault. (jus) (Entered: 01/11/2021) |
| 01/11/2021 | 112 | MEMO ENDORSEMENT as to Ghislaine Maxwell (1) denying 109 LETTER MOTION addressed to Judge Alison J. Nathan from Christian R. Everdell dated January 8, 2021 re: Extension of Time to File Notice of Appeal. ENDORSEMENT: The request is denied. Good cause for an extension of time to file a notice of appeal has not been provided. SO ORDERED. (Signed by Judge Alison J. Nathan on 1/11/2021) (lnl) (Entered: 01/11/2021) |
| 01/11/2021 | 113 | NOTICE OF APPEAL by Ghislaine Maxwell from 104 Order. (nd) (Entered: 01/12/2021) |
| 01/11/2021 | | Appeal Remark as to re: 113 Notice of Appeal by Ghislaine Maxwell. $505.00 Appeal filing fee due. (nd) (Entered: 01/12/2021) |
| 01/12/2021 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet as to Ghislaine Maxwell to US Court of Appeals re: 113 Notice of Appeal. (nd) (Entered: 01/12/2021) |
| 01/12/2021 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files as to Ghislaine Maxwell re: 113 Notice of Appeal were transmitted to the U.S. Court of Appeals. (nd) (Entered: 01/12/2021) |
| 01/13/2021 | 114 | INTERNET CITATION NOTE as to Ghislaine Maxwell: Material from decision with Internet citation re: 106 Memorandum & Opinion. (sjo) (Entered: 01/13/2021) |
| 01/14/2021 | 115 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Christian R. Everdell dated January 14, 2021 re: Laptop Access (Everdell, Christian) (Entered: 01/14/2021) |
| 01/15/2021 | 116 | MEMO ENDORSEMENT as to Ghislaine Maxwell on 115 LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Christian R. Everdell dated January 14, 2021 re: Laptop Access. ENDORSEMENT: The unobjected–to request is GRANTED. The Bureau of Prisons is ORDERED to give the Defendant access to the laptop computer on weekends and holidays during the hours that she is permitted to review discovery. SO ORDERED. (Signed by Judge Alison J. Nathan on 1/15/2021) (lnl) (Entered: 01/15/2021) |
| 01/15/2021 | | USCA Case Number 21–0058 from the U.S. Court of Appeals, 2nd Circ. as to Ghislaine Maxwell, assigned to 113 Notice of Appeal filed by Ghislaine Maxwell. (nd) (Entered: 01/15/2021) |
| 01/15/2021 | | USCA Appeal Fees received $ 505.00, receipt number 465401271727 as to Ghislaine Maxwell on 01/15/2021 re: 113 Notice of Appeal filed by Ghislaine Maxwell. (nd) (Entered: 01/15/2021) |
| 01/25/2021 | 117 | ORDER as to Ghislaine Maxwell: On January 25, 2021, the Court received by email the attached letter from the Bureau of Prisons ("BOP"). In the letter, the BOP requests that the Court vacate its January 15, 2021 Order, Dkt. No. 116, which directed the BOP to give the Defendant access to her Government provided laptop computer on weekends and holidays during the hours that she is permitted to review discovery. The Defendant and the Government may respond to the BOP's letter within one week of |

| | | this Order. (Signed by Judge Alison J. Nathan on 1/25/2021) (ap) (Entered: 01/25/2021) |
|---|---|---|
| 01/25/2021 | 118 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Mark S. Cohen dated January 25, 2021 re: Pretrial Motions (Cohen, Mark) (Entered: 01/25/2021) |
| 01/25/2021 | 119 | MOTION for Separate Trial on Counts Ghislaine Maxwell (1) Count 5s–6s,5–6 . Document filed by Ghislaine Maxwell. (Pagliuca, Jeffrey) (Entered: 01/25/2021) |
| 01/25/2021 | 120 | MEMORANDUM in Support by Ghislaine Maxwell re 119 MOTION for Separate Trial on Counts Ghislaine Maxwell (1) Count 5s–6s,5–6 .. (Pagliuca, Jeffrey) (Entered: 01/25/2021) |
| 01/25/2021 | 121 | MOTION to Dismiss *Either Count One Or Count Three of the Superseding Indictment as Multiplicitous*. Document filed by Ghislaine Maxwell. (Pagliuca, Jeffrey) (Entered: 01/25/2021) |
| 01/25/2021 | 122 | MEMORANDUM in Support by Ghislaine Maxwell re 121 MOTION to Dismiss *Either Count One Or Count Three of the Superseding Indictment as Multiplicitous*.. (Pagliuca, Jeffrey) (Entered: 01/25/2021) |
| 01/25/2021 | 123 | MOTION to Dismiss *Counts One through Four of the Superseding Indictment for Lack of Specificity*. Document filed by Ghislaine Maxwell. (Pagliuca, Jeffrey) (Entered: 01/25/2021) |
| 01/25/2021 | 124 | MEMORANDUM in Support by Ghislaine Maxwell re 123 MOTION to Dismiss *Counts One through Four of the Superseding Indictment for Lack of Specificity*.. (Pagliuca, Jeffrey) (Entered: 01/25/2021) |
| 01/25/2021 | 125 | MOTION to Dismiss *the Superseding Indictment as it was Obtained in Violation of the Sixth Amendment*. Document filed by Ghislaine Maxwell. (Cohen, Mark) (Entered: 01/25/2021) |
| 01/25/2021 | 126 | MEMORANDUM in Support by Ghislaine Maxwell re 125 MOTION to Dismiss *the Superseding Indictment as it was Obtained in Violation of the Sixth Amendment*.. (Cohen, Mark) (Entered: 01/25/2021) |
| 01/26/2021 | 127 | ORDER as to Ghislaine Maxwell: On January 25, 2021, the Defendant filed twelve pre–trial motions. Because there is a request to redact sensitive or confidential information, several of the motions have been filed under temporary seal. The Government may respond to the Defendant's proposed redactions within two days of this Order. (Signed by Judge Alison J. Nathan on 1/26/2021) (ap) (Entered: 01/26/2021) |
| 01/28/2021 | 128 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated January 28, 2021 re: Defendant's Proposed Redactions to Pre–Trial Motions Document filed by USA. (Pomerantz, Lara) (Entered: 01/28/2021) |
| 02/01/2021 | 129 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, and Lara Pomerantz dated February 1, 2021 re: MDC Laptop Access Document filed by USA. (Comey, Maurene) (Entered: 02/01/2021) |
| 02/01/2021 | 130 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Bobbi C. Sternheim dated 02/02/2021 re: Opposition to MDC letter (Sternheim, Bobbi) (Entered: 02/01/2021) |
| 02/02/2021 | 131 | MEMO ENDORSEMENT as to Ghislaine Maxwell on Letter addressed to Judge Alison J. Nathan from Sophia Papapetru ( Staff Attorney, MDC Brooklyn, Federal Bureau of Prisons) dated January 25, 2021. ENDORSEMENT: Having considered the request submitted by the Bureau of Prisons ("BOP") that the Court vacate its January 15, 2021 Order, Dkt. No. 117, as well as the Government's and the Defendant's responses, Dkt. Nos. 129, 130, the Court hereby DENIES the BOP's request to vacate the Order. SO ORDERED. (Signed by Judge Alison J. Nathan on 2/2/2021)(bw) (Entered: 02/02/2021) |

| | | |
|---|---|---|
| 02/04/2021 | 132 | ORDER as to Ghislaine Maxwell: The Defendant is hereby ORDERED to docket the redacted documents and corresponding exhibits by no later than February 5, 2021. With respect to Motion 3, the Defendant is ORDERED to docket the version that includes the Government's proposed redactions in addition to her own. SO ORDERED. (Signed by Judge Alison J. Nathan on 2/4/2021)(See ORDER as set forth) (lnl) (Entered: 02/04/2021) |
| 02/04/2021 | 133 | MOTION to Suppress *Under the Due Process Clause All Evidence Obtained from the Governments Subpoena to REDACTED and to Dismiss Counts Five and Six*. Document filed by Ghislaine Maxwell. (Pagliuca, Jeffrey) (Entered: 02/04/2021) |
| 02/04/2021 | 134 | MEMORANDUM in Support by Ghislaine Maxwell re 133 MOTION to Suppress *Under the Due Process Clause All Evidence Obtained from the Governments Subpoena to REDACTED and to Dismiss Counts Five and Six*.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Pagliuca, Jeffrey) (Entered: 02/04/2021) |
| 02/04/2021 | 135 | MOTION to Dismiss *Counts Five and Six of the Superseding Indictment Because the Alleged Misstatements are Not Perjurious as a Matter of Law*. Document filed by Ghislaine Maxwell. (Pagliuca, Jeffrey) (Entered: 02/04/2021) |
| 02/04/2021 | 136 | MEMORANDUM in Support by Ghislaine Maxwell re 135 MOTION to Dismiss *Counts Five and Six of the Superseding Indictment Because the Alleged Misstatements are Not Perjurious as a Matter of Law*.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)(Pagliuca, Jeffrey) (Entered: 02/04/2021) |
| 02/04/2021 | 137 | MOTION to Dismiss *Counts One Through Six of the Superseding Indictment for Pre−Indictment Delay*. Document filed by Ghislaine Maxwell. (Pagliuca, Jeffrey) (Entered: 02/04/2021) |
| 02/04/2021 | 138 | MEMORANDUM in Support by Ghislaine Maxwell re 137 MOTION to Dismiss *Counts One Through Six of the Superseding Indictment for Pre−Indictment Delay*.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Pagliuca, Jeffrey) (Entered: 02/04/2021) |
| 02/04/2021 | 139 | MOTION to Suppress *Under the Fourth Amendment, Martindell, and the Fifth Amendment All Evidence Obtained from the Governments Subpoena to REDACTED and to Dismiss Counts Five And Six*. Document filed by Ghislaine Maxwell. (Pagliuca, Jeffrey) (Entered: 02/04/2021) |
| 02/04/2021 | 140 | MEMORANDUM in Support by Ghislaine Maxwell re 139 MOTION to Suppress *Under the Fourth Amendment, Martindell, and the Fifth Amendment All Evidence Obtained from the Governments Subpoena to REDACTED and to Dismiss Counts Five And Six*.. (Pagliuca, Jeffrey) (Entered: 02/04/2021) |
| 02/04/2021 | 141 | MOTION to Dismiss *the Superseding Indictment for Breach of Non−Prosecution Agreement*. Document filed by Ghislaine Maxwell. (Cohen, Mark) (Entered: 02/04/2021) |
| 02/04/2021 | 142 | MEMORANDUM in Support by Ghislaine Maxwell re 141 MOTION to Dismiss *the Superseding Indictment for Breach of Non−Prosecution Agreement*.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C (Sealed), # 4 Exhibit D (Sealed), # 5 Exhibit E (Sealed), # 6 Exhibit F (Sealed), # 7 Exhibit G (Sealed), # 8 Exhibit H (Sealed))(Cohen, Mark) (Entered: 02/04/2021) |
| 02/04/2021 | 143 | MOTION to Dismiss *Counts One Through Four of the Superseding Indictment as Time−Barred*. Document filed by Ghislaine Maxwell. (Cohen, Mark) (Entered: 02/04/2021) |
| 02/04/2021 | 144 | MEMORANDUM in Support by Ghislaine Maxwell re 143 MOTION to Dismiss *Counts One Through Four of the Superseding Indictment as Time−Barred*.. (Cohen, Mark) (Entered: 02/04/2021) |
| 02/04/2021 | 145 | MOTION to Strike *Surplusage from Superseding Indictment*. Document filed by Ghislaine Maxwell. (Cohen, Mark) (Entered: 02/04/2021) |

| 02/04/2021 | 146 | MEMORANDUM in Support by Ghislaine Maxwell re 145 MOTION to Strike *Surplusage from Superseding Indictment*.. (Cohen, Mark) (Entered: 02/04/2021) |
| 02/04/2021 | 147 | MOTION for Bill of Particulars *and Pretrial Disclosures*. Document filed by Ghislaine Maxwell. (Cohen, Mark) (Entered: 02/04/2021) |
| 02/04/2021 | 148 | MEMORANDUM in Support by Ghislaine Maxwell re 147 MOTION for Bill of Particulars *and Pretrial Disclosures*.. (Attachments: # 1 Exhibit A, # 2 Exhibit B (Sealed), # 3 Exhibit C (Sealed), # 4 Exhibit D (Sealed), # 5 Exhibit E)(Cohen, Mark) (Entered: 02/04/2021) |
| 02/04/2021 | 149 | AFFIDAVIT of Bobbi C. Sternheim in Support as to Ghislaine Maxwell re 147 MOTION for Bill of Particulars *and Pretrial Disclosures*.. (Cohen, Mark) (Entered: 02/04/2021) |
| 02/05/2021 | 150 | SEALED DOCUMENT placed in vault. (jri) (Entered: 02/05/2021) |
| 02/05/2021 | 151 | SEALED DOCUMENT placed in vault. (jri) (Entered: 02/05/2021) |
| 02/05/2021 | 152 | SEALED DOCUMENT placed in vault. (jri) (Entered: 02/05/2021) |
| 02/05/2021 | 153 | SEALED DOCUMENT placed in vault. (jri) (Entered: 02/05/2021) |
| 02/05/2021 | 154 | SEALED DOCUMENT placed in vault. (jri) (Entered: 02/05/2021) |
| 02/05/2021 | 155 | SEALED DOCUMENT placed in vault. (jri) (Entered: 02/05/2021) |
| 02/05/2021 | 156 | SEALED DOCUMENT placed in vault. (jri) (Entered: 02/05/2021) |
| 02/05/2021 | 157 | SEALED DOCUMENT placed in vault. (jri) (Entered: 02/05/2021) |
| 02/05/2021 | 158 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, and Lara Pomerantz dated February 5, 2021 re: MDC Conditions Update Document filed by USA. (Comey, Maurene) (Entered: 02/05/2021) |
| 02/16/2021 | 159 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Bobbi C. Sternheim dated 02/16/2021 re: Conditions of Pretrial Confinement (Sternheim, Bobbi) (Entered: 02/16/2021) |
| 02/23/2021 | 160 | THIRD MOTION for Bond . Document filed by Ghislaine Maxwell. (Sternheim, Bobbi) (Entered: 02/23/2021) |
| 02/24/2021 | 161 | ORDER as to Ghislaine Maxwell: On February 23, 2021, Defendant Ghislaine Maxwell filed a third motion for release on bail. Dkt. No. 160. The Government's response is due March 9, 2021, and the Defendants reply is due March 16, 2021. SO ORDERED. (Responses due by 3/9/2021. Replies due by 3/16/2021.) (Signed by Judge Alison J. Nathan on 2/24/2021) (lnl) (Entered: 02/24/2021) |
| 02/26/2021 | 162 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated February 26, 2021 re: Cover Letter for Government Opposition to Defense Pretrial Motions Document filed by USA. (Comey, Maurene) (Entered: 02/26/2021) |
| 03/01/2021 | 163 | LETTER MOTION addressed to Judge Alison J. Nathan from Christian R. Everdell dated March 1, 2021 re: Extension of Time to File Reply to Government Opposition to Defense Pretrial Motions . Document filed by Ghislaine Maxwell. (Everdell, Christian) (Entered: 03/01/2021) |
| 03/01/2021 | 164 | MEMO ENDORSEMENT 163 LETTER MOTION To request a 10–day extension of time until Monday, March 15, 2021 to file our reply re: 163 LETTER MOTION addressed to Judge Alison J. Nathan from Christian R. Everdell dated March 1, 2021 re: Extension of Time to File Briefing Schedule...ENDORSEMENT...The Defendant's request is GRANTED. Her reply to the Government's Omnibus Memorandum in Opposition to the Defendants Pretrial Motions is now due on March 15, 2021. SO ORDERED. (Signed by Judge Alison J. Nathan on 3/1/21) (jw) (Entered: 03/01/2021) |
| 03/01/2021 | | Set/Reset Deadlines/Hearings as to Ghislaine Maxwell: Defendant Replies due by 3/15/2021 (jw) (Entered: 03/01/2021) |

| 03/09/2021 | 165 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, and Lara Pomerantz dated March 9, 2021 re: Opposition to Third Bail Motion Document filed by USA. (Attachments: # 1 Exhibit A)(Pomerantz, Lara) (Entered: 03/09/2021) |
|---|---|---|
| 03/15/2021 | 166 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Christian R. Everdell dated March 15, 2021 re: Pretrial Motion Replies (Everdell, Christian) (Entered: 03/15/2021) |
| 03/16/2021 | 167 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Bobbi C. Sternheim dated 03/16/2021 re: Letter regarding Reply to Bail Motion (Sternheim, Bobbi) (Entered: 03/16/2021) |
| 03/18/2021 | 168 | ORDER as to Ghislaine Maxwell. On February 26, 2021, the Government filed its omnibus memorandum of law opposing Defendants' twelve pretrial motions. It filed the brief, along with the corresponding exhibits, under temporary seal pending the Court's resolution of its request to redact sensitive or confidential information. See Dkt. No. 162. On March 9, 2021, the Defendant objected to certain of the redactions that the Government had proposed, and she proposed additional redactions. Having considered the parties' respective positions, the Court will grant the Government's requests for redactions and sealing, as well as the Defendant's additional redaction requests, with the exceptions discussed below. Finally, the Court denies the Governments request to file Exhibit 11 entirely under seal. While portions of that transcript have been redacted, other portions are part of the public record. See Giuffre v. Maxwell, Case No. 15–cv–7433, Dkt. No. 1212–1. In light of this, the Court sees no basis to file the transcript entirely under seal rather than by redacting the relevant portions. In light of the above, the Government is hereby ORDERED to either docket on ECF their brief and the corresponding exhibits, consistent with this Order, or to file a letter with the Court justifying more tailored redaction and sealing requests regarding pages 1128 and 187188 and Exhibits 8 and 9 by no later than March 22, 2021. The parties are further ORDERED to meet, confer, and jointly propose redactions to the Defendant's cover letter objecting to the Government's proposed redactions by March 22, 2021. Finally, the parties are ORDERED to meet, confer, and propose redactions to Exhibit 11 of the Government's submission by March 22, 2021 (Signed by Judge Alison J. Nathan on 3/18/21)(jw) (Entered: 03/18/2021) |
| 03/22/2021 | 169 | ORDER as to Ghislaine Maxwell: Defendant Ghislaine Maxwell's third motion for release on bail, Dkt. No. 160, is DENIED. The parties are ORDERED to meet and confer and propose and justify any redactions to the Defendant's reply brief by March 24, 2021. If they conclude that redactions are unnecessary, the Defendant is ORDERED to docket the unredacted version of the brief by March 24, 2021. (Signed by Judge Alison J. Nathan on 3/22/2021) (See ORDER set forth) (ap) Modified on 3/23/2021 (ap). (Entered: 03/22/2021) |
| 03/22/2021 | 170 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated March 22, 2021 re: Redactions to Government Opposition to Defense Pretrial Motions Document filed by USA. (Pomerantz, Lara) (Entered: 03/22/2021) |
| 03/23/2021 | 171 | REPLY MEMORANDUM OF LAW in Support as to Ghislaine Maxwell re: 160 THIRD MOTION for Bond . . (Sternheim, Bobbi) (Entered: 03/23/2021) |
| 03/24/2021 | 172 | ORDER as to Ghislaine Maxwell. On March 5, 2021, Defendant Ghislaine Maxwell submitted to the Court an application for an order authorizing a subpoena pursuant to Rule 17(c)(3) of the Federal Rules of Criminal Procedure. The proposed subpoena was directed at a law firm that represents alleged victims of the Defendant. As is standard for Rule 17(c) subpoenas, the application was made ex parte and under seal on the ground that it reveals defense strategy....[*** See this Order ***]... Rule 17(c)(3) provides that "[a]fter [an indictment] is filed, a subpoena requiring the production of personal or confidential information about a victim may be served on a third party only by court order," but "before entering the order and unless there are exceptional circumstances, the court must require giving notice to the victim so that the victim can move to quash or modify the subpoena or otherwise object." Fed. R. Crim. P. 17(c)(3). Consistent with the Rule, on March 12, 2021, in a sealed ex parte Order, the Court required defense counsel to provide notice to alleged victims whose personal or confidential information may be disclosed by the proposed subpoena. The Court also gave the alleged victims an opportunity to object to or request modifications of the |

| | | |
|---|---|---|
| | | subpoena as required by Rule 17(c)(3). On March 19, 2021, the Court received a letter from the law firm indicating that it can provide notice to alleged victims whose personal or confidential information may be elicited by the subpoena. The law firm shall provide notice to any such alleged victims it represents. In that letter, the law firm also interposed substantial objections on behalf of the law firm and the alleged victims it represents. Those objections are functionally the equivalent of a motion to quash, even though the subpoena has not yet issued. So that the Court can receive adversarial briefing on the proposed subpoena comparable to a motion to quash, the law firm shall enter an appearance and file its objections on the public docket. See United States v. Ray, No. 20−CR−110 (LJL), 2020 WL 6939677, at *10 (S.D.N.Y. Nov. 25, 2020) ("[I]f the Court determines that the subpoena calls for personal or confidential information about a victim, it requires the requesting party have given notice to the victim before it permits the service of the subpoena. If the victim objects, the Court will then determine whether to modify or quash the subpoena, including on grounds that Nixon was not satisfied."). In advance of noticing an appearance and filing, the law firm shall meet and confer with defense counsel to see if any issues can be narrowed before formal briefing. Moreover, prior to filing, the law firm shall confer with defense counsel as to any proposed, necessary, and tailored redactions to the objections. The law firm's objections with any proposed redactions shall be filed on or before March 26, 2021. Any redactions must be justified consistent with Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006). Within one week of the filing of objections, defense counsel may respond to the subpoena objections. The law firm may reply within three days of the Defendant's response.(See Citation 1 on this Order). Counsel shall confer regarding any proposed redactions for all briefing. SO ORDERED. (Signed by Judge Alison J. Nathan on 3/24/2021)(bw) (Entered: 03/24/2021) |
| 03/24/2021 | 173 | NOTICE OF APPEAL by Ghislaine Maxwell from 169 Order, Terminate Motions. (tp) (Additional attachment(s) added on 4/1/2021: # 1 Appeal Fee) (tp). (Entered: 03/24/2021) |
| 03/24/2021 | | Appeal Remark as to Ghislaine Maxwell re: 173 Notice of Appeal. $505.00 Appeal Fee Due. (tp) (Entered: 03/24/2021) |
| 03/24/2021 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet as to Ghislaine Maxwell to US Court of Appeals re: 173 Notice of Appeal. (tp) (Entered: 03/24/2021) |
| 03/24/2021 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files as to Ghislaine Maxwell re: 173 Notice of Appeal were transmitted to the U.S. Court of Appeals. (tp) (Entered: 03/24/2021) |
| 03/24/2021 | 174 | SEALED DOCUMENT placed in vault. (dn) (Entered: 03/24/2021) |
| 03/24/2021 | 175 | SEALED DOCUMENT placed in vault. (dn) (Entered: 03/24/2021) |
| 03/24/2021 | 176 | SEALED DOCUMENT placed in vault. (dn) (Entered: 03/24/2021) |
| 03/24/2021 | 177 | SEALED DOCUMENT placed in vault. (dn) (Entered: 03/24/2021) |
| 03/24/2021 | 178 | SEALED DOCUMENT placed in vault. (dn) (Entered: 03/24/2021) |
| 03/24/2021 | 179 | SEALED DOCUMENT placed in vault. (dn) (Entered: 03/24/2021) |
| 03/26/2021 | 180 | NOTICE of Appearance of David Boies for Boies Schiller Flexner LLP and the Victims it Represents as to Ghislaine Maxwell (Boies, David) (Entered: 03/26/2021) |
| 03/26/2021 | 181 | NOTICE of Appearance of Sigrid S. McCawley for Boies Schiller Flexner LLP and the Victims it Represents as to Ghislaine Maxwell (McCawley, Sigrid) (Entered: 03/26/2021) |
| 03/26/2021 | 182 | MOTION for Sigrid S. McCawley to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−24312691. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Boies Schiller Flexner LLP as to Ghislaine Maxwell. (Attachments: # 1 Declaration of Sigrid S. McCawley, # 2 Florida Certificate of Good Standing, # 3 District of Columbia Certificate of Good Standing, # 4 Text of Proposed Order)(McCawley, Sigrid) (Entered: 03/26/2021) |

| | | |
|---|---|---|
| 03/26/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 182 MOTION for Sigrid S. McCawley to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-24312691. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 03/26/2021) |
| 03/26/2021 | 183 | LETTER by Boies Schiller Flexner LLP as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from Sigrid S. McCawley dated March 22, 2021 re: Objection to Defendant Ghislaine Maxwell's motion for an order authorizing a Rule 17(c) subpoena. Document filed by Boies Schiller Flexner LLP. (McCawley, Sigrid) (Entered: 03/26/2021) |
| 03/26/2021 | 184 | LETTER by Boies Schiller Flexner LLP as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from Sigrid S. McCawley dated March 26, 2021 re: Proposed redactions to March 22, 2021 Letter (ECF No. 183) Document filed by Boies Schiller Flexner LLP. (McCawley, Sigrid) (Entered: 03/26/2021) |
| 03/26/2021 | 185 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated March 26, 2021 re: Recent decision in United States v. Schulte, 17 Cr. 548 (PAC) Document filed by USA. (Attachments: # 1 Exhibit 1)(Comey, Maurene) (Entered: 03/26/2021) |
| 03/26/2021 | 186 | ORDER as to Ghislaine Maxwell: The Court sees no reason to maintain the redactions on Boies Schiller Flexner LLP's March 26, 2021 letter. Dkt. No. 183. Unless the Government indicates an objection to removing those redactions by March 29, 2021, BSF shall file the unredacted version on the docket on March 30, 2021. SO ORDERED. (Signed by Judge Alison J. Nathan on 3/26/2021) (lnl) (Entered: 03/26/2021) |
| 03/29/2021 | 187 | (S2) SUPERSEDING INDICTMENT FILED as to Ghislaine Maxwell (1) count(s) 1ss, 2ss, 3ss, 4ss, 5ss, 6ss, 7ss−8ss. (jm) (Entered: 03/29/2021) |
| 03/29/2021 | 188 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated March 29, 2021 re: S2 Superseding Indictment Document filed by USA. (Comey, Maurene) (Entered: 03/29/2021) |
| 03/29/2021 | 189 | ORDER as to Ghislaine Maxwell. The Court is in receipt of the Government's letter responding to its March 18, 2021 order regarding redactions to its omnibus memorandum of law in opposition to the Defendants twelve pretrial motions. Dkt. No. 170. the Court ORDERS that the information contained on pages 129134 of the Governments brief be unredacted. With respect to the proposed redactions to pages 118119 and Exhibit 11, the Court now understands that the parties seek redactions on the basis that the material has been maintained under seal in Giuffre v. Maxwell, Case No 15−cv−7433 (S.D.N.Y.). By April 1, 2021, the parties must meet and confer and either submit to the Court justification for those redactionsbeyond that it has been ordered redacted in the civil matteror, in the alternative, notify the Court that the parties are no longer seeking those redactions. If the parties disagree, they shall indicate their separate views in the joint letter. (Signed by Judge Alison J. Nathan on 3/29/21)(jw) (Entered: 03/29/2021) |
| 03/29/2021 | 190 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, and Lara Pomerantz dated March 29, 2021 re: Clarification re October 7, 2020 Letter Document filed by USA. (Comey, Maurene) (Entered: 03/29/2021) |
| 03/29/2021 | | USCA Appeal Fees received $ 505.00, receipt number 465401276762 as to Ghislaine Maxwell on 3/25/2021 re: 173 Notice of Appeal – Final Judgment filed by Ghislaine Maxwell. (tp) (Entered: 04/01/2021) |
| 03/30/2021 | 191 | LETTER by Boies Schiller Flexner LLP as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from Sigrid S. McCawley dated March 22,2021 re: Unredacted Objection to Defendant Ghislaine Maxwell's motion for an order authorizing a Rule 17(c) subpoena. Document filed by Boies Schiller Flexner LLP. (McCawley, Sigrid) (Entered: 03/30/2021) |

| | | |
|---|---|---|
| 03/31/2021 | 192 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Bobbi C. Sternheim dated 03/31/2021 re: Filing of Second Superseding Indictment (Sternheim, Bobbi) (Entered: 03/31/2021) |
| 04/02/2021 | | ORDER granting 182 Motion for Sigrid S. McCawley to Appear Pro Hac Vice as to Ghislaine Maxwell (1). (Signed by Judge Alison J. Nathan on 4/2/2021) (kwi) (Entered: 04/02/2021) |
| 04/02/2021 | 193 | ORDER as to Ghislaine Maxwell. An arraignment on the S2 Superseding Indictment and a status conference is hereby tentatively scheduled for April 16, 2021. As requested by the Defendant, the proceeding will take place in person. The Court is making logistical arrangements and will provide more information when it is available. The Government is ORDERED to respond to the issues raised in the Defendants March 31, 2021 letter, Dkt. No. 192, by April 9, 2021(Government Responses due by 4/9/2021) (Signed by Judge Alison J. Nathan on 4/2/21)(jw) (Entered: 04/02/2021) |
| 04/05/2021 | 194 | LETTER MOTION addressed to Judge Alison J. Nathan from Laura A. Menninger dated April 5, 2021 re: Unopposed Request for One–Week Continuance of Arraignment . Document filed by Ghislaine Maxwell. (Menninger, Laura) (Entered: 04/05/2021) |
| 04/05/2021 | 195 | LETTER MOTION addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated April 5, 2021 re: Notice of Rule 17(c) subpoenas . Document filed by USA as to Ghislaine Maxwell. (Rohrbach, Andrew) (Entered: 04/05/2021) |
| 04/06/2021 | 196 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, and Lara Pomerantz dated April 6, 2021 re: MDC Conditions Update Document filed by USA. (Comey, Maurene) (Entered: 04/06/2021) |
| 04/07/2021 | 197 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Bobbi C. Sternheim dated 04/07/2021 re: Response to Government MDC Update (Sternheim, Bobbi) (Entered: 04/07/2021) |
| 04/08/2021 | 198 | ORDER as to Ghislaine Maxwell: The Defendant's request to adjourn the arraignment on the S2 Superseding Indictment is GRANTED. Dkt. No. 194. The arraignment is RE–SCHEDULED to occur on April 23, 2021 at 2:30 p.m. It will take place at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 24B, New York, NY 10007. It is ORDERED that the parties ensure that all participants comply with the Southern District of New Yorks COVID–19–related orders that govern entry into and behavior within SDNY courthouses. These materials may be found at: https://www.nysd.uscourts.gov/covid–19–coronavirus. Court staff are working on the logistical arrangements related to public access (including a public dial–in number), and as soon as that information is available it will be provided in a public order. SO ORDERED. (Arraignment set for 4/23/2021 at 02:30 PM in Courtroom 24B, 500 Pearl Street, New York, NY 10007 before Judge Alison J. Nathan) (Signed by Judge Alison J. Nathan on 4/8/2021) (lnl) (Entered: 04/08/2021) |
| 04/09/2021 | 199 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated April 9, 2021 re: Response to Defense March 31, 2021 Letter Document filed by USA. (Comey, Maurene) (Entered: 04/09/2021) |
| 04/14/2021 | 200 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Bobbi C. Sternheim dated 04/13/2021 re: Proposed Order to Marshal (Sternheim, Bobbi) (Entered: 04/14/2021) |
| 04/14/2021 | 201 | MEMO ENDORSEMENT as to Ghislaine Maxwell on re: 200 LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Bobbi C. Sternheim dated 04/13/2021 re: Proposed Order to Marshal. ENDORSEMENT: After conferring with the District Executive and the United States Marshal for the Southern District of New York, the Court denies the request. The U.S. Marshall has a generally applicable policy that prohibits inmates being held in the Courthouse cellblocks from possessing any materials or items. The circumstances do not warrant an exception to that policy. SO ORDERED. (Signed by Judge Alison J. Nathan on 4/14/2021)(bw) (Entered: 04/14/2021) |

| 04/15/2021 | 202 | MOTION to Continue *Trial Date*. Document filed by Ghislaine Maxwell. (Sternheim, Bobbi) (Entered: 04/15/2021) |
|---|---|---|
| 04/16/2021 | 203 | ORDER as to Ghislaine Maxwell: The Court is in receipt of the parties' joint letter responding to the Court's March 29, 2021 Order. The parties agree that the redactions to pages 118 and 119 are no longer necessary. The Defendant continues to press for the redactions on pages 129134. However, for the reasons stated in the Court's March 29, 2021 Order, the information is already part of the public record in this case and accordingly the proposed redactions are unnecessary and overbroad. Dkt. No. 189; see also United States v. Nejad, No. 18–CR–224 (AJN), 2021 WL 681427, at *11 (S.D.N.Y. Feb. 22, 2021). For the reasons stated in the Court's March 18, 2021 and March 29, 2021 Orders, the Court approves the limited redactions to Exhibit 11 to the Government's brief, except for the language quoted in the Indictment, which is already part of the public record. The Government is therefore ORDERED to docket its omnibus memorandum of law, along with the corresponding exhibits, by 3:00 p.m. today, consistent with the Court's orders regarding redactions. The parties are further ORDERED to docket their April 1, 2021 joint letter; if either side believes that portions of that letter should be redacted, they shall propose redactions by April 19, 2021. (Signed by Judge Alison J. Nathan on 4/16/2021) (ap) (Entered: 04/16/2021) |
| 04/16/2021 | 204 | MEMORANDUM in Opposition by USA as to Ghislaine Maxwell re 139 MOTION to Suppress *Under the Fourth Amendment, Martindell, and the Fifth Amendment All Evidence Obtained from the Governments Subpoena to REDACTED and to Dismiss Counts Five And Six*., 123 MOTION to Dismiss *Counts One through Four of the Superseding Indictment for Lack of Specificity*., 135 MOTION to Dismiss *Counts Five and Six of the Superseding Indictment Because the Alleged Misstatements are Not Perjurious as a Matter of Law*., 121 MOTION to Dismiss *Either Count One Or Count Three of the Superseding Indictment as Multiplicitous*., 125 MOTION to Dismiss *the Superseding Indictment as it was Obtained in Violation of the Sixth Amendment*., 147 MOTION for Bill of Particulars *and Pretrial Disclosures*., 119 MOTION for Separate Trial on Counts Ghislaine Maxwell (1) Count 5s–6s,5–6 ., 133 MOTION to Suppress *Under the Due Process Clause All Evidence Obtained from the Governments Subpoena to REDACTED and to Dismiss Counts Five and Six*., 145 MOTION to Strike *Surplusage from Superseding Indictment*., 143 MOTION to Dismiss *Counts One Through Four of the Superseding Indictment as Time–Barred*., 137 MOTION to Dismiss *Counts One Through Six of the Superseding Indictment for Pre–Indictment Delay*., 141 MOTION to Dismiss *the Superseding Indictment for Breach of Non–Prosecution Agreement*.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12)(Pomerantz, Lara) (Entered: 04/16/2021) |
| 04/16/2021 | 205 | ORDER as to Ghislaine Maxwell: On March 15, 2021, the Defendant filed under seal her reply briefs to the Government memorandum of law opposing Defendants' twelve pre–trial motions. She filed the briefs, along with the corresponding exhibits, temporarily under seal in order to permit the Government and the Court to review certain proposed redactions. Of the twelve reply briefs, Reply Briefs 2, 4, 7, 8, 9, 11, and 12 did not contain any redaction or sealing requests. Reply Briefs 1, 3, 5, 6, and 10 contain limited proposed redactions. Reply Briefs 3, 6, and 10 also contain exhibits that the Defendant proposes be filed under seal. As set forth in the Defendant's cover letter, the premise of the proposed redactions is that the materials were produced in discovery and subject to the protective order that has been entered in this case. The mere existence of a confidentiality agreement or a protective order covering judicial documents is insufficient to overcome the presumption of access. See Aioi Nissay Dowa Ins. Co. v. Prosight Specialty Mgmt. Co., Inc., 12–cv–3274 (JPO), 2012 WL 3583176, at *6 (S.D.N.Y. Aug. 21, 2012). And the Court did not receive specific requests or justifications to redact or seal any of the materials. The Defendant is ORDERED to docket Reply Briefs 2, 4, 7, 8, 9, 11, and 12 on ECF today, as she did not propose any redactions to these and the Government has not voiced any opposition to these being filed without redactions. If either side is seeking these or any other redactions to the remaining reply briefs, they must file a letter indicating the redactions they request and providing specific justifications for the sealing requests or redactions, in line with the principles set forth in Lugosch. By April 20, 2021, the parties shall confer and submit a letter informing the Court whether any redactions are being sought. If no redactions are being sought, the Defendant is ORDERED to docket the |

| | | |
|---|---|---|
| | | remaining reply briefs on ECF by April 20, 2021. (Signed by Judge Alison J. Nathan on 4/16/2021) (ap) (Entered: 04/16/2021) |
| 04/16/2021 | 206 | REPLY MEMORANDUM OF LAW in Support as to Ghislaine Maxwell re: 143 MOTION to Dismiss *Counts One Through Four of the Superseding Indictment as Time−Barred.* . (Everdell, Christian) (Entered: 04/16/2021) |
| 04/16/2021 | 207 | OPINION & ORDER as to Ghislaine Maxwell. In June 2020, a grand jury returned a six−count indictment charging Ghislaine Maxwell with facilitating the late financier Jeffrey Epstein's sexual abuse of minor victims from around 1994 to 1997. The Government filed a first (S1) superseding indictment shortly thereafter, which contained only small, ministerial corrections. The S1 superseding indictment included two counts of enticement or transportation of minors to engage in illegal sex acts in violation of the Mann Act and two counts of conspiracy to commit those offenses. It also included two counts of perjury in connection with Maxwell's testimony in a civil deposition. Trial is set to begin on July 12, 2021. Maxwell filed twelve pretrial motions seeking to dismiss portions of the S1 superseding indictment, suppress evidence, and compel discovery. After the parties fully briefed those motions, a grand jury returned a second (S2) superseding indictment adding a sex trafficking count and another related conspiracy count. This Opinion resolves all of Maxwell's currently pending pretrial motions other than those seeking to suppress evidence, which the Court will resolve in due course. The motions, and this Opinion, deal exclusively with the S1 superseding indictment and do not resolve any issues related to the newly added sex trafficking charges. For the reasons that follow, the Court denies Maxwell's motions to dismiss the S1 superseding indictment in whole or in part. It grants her motion to sever the perjury charges for a separate trial. It denies her motion to further expedite discovery. The Court provides a brief summary of its conclusions here and its reasoning on the pages that follow:...[*** See this Opinion & Order ***]... Conclusion: The Court DENIES Maxwell's motions to dismiss the indictment as barred by Epstein's non−prosecution agreement (Dkt. No. 141), to dismiss the Mann Act counts as barred by the statute of limitations (Dkt. No. 143), to dismiss the indictment for pre−indictment delay (Dkt. No. 137), to dismiss the Mann Act counts for lack of specificity (Dkt. No. 123), to dismiss the perjury counts as legally untenable (Dkt. No. 135), to strike surplusage (Dkt. No. 145), to dismiss count one or count three as multiplicitous (Dkt. No. 121), and to expedite pretrial disclosures (Dkt. No. 147). The Court GRANTS Maxwell's motion to sever the perjury counts for a separate trial (Dkt. No. 119). The Court ORDERS the Government to confirm within one week whether it considers any evidence related to negotiation of the non−prosecution agreement to constitute Brady or Rule 16 material and, if so, to confirm that it has or will disclose such evidence. The Court further ORDERS the parties to negotiate a final schedule for all pretrial disclosures that remain outstanding, including: Brady, Giglio, and Jenks Act materials, including co−conspirator statements; non−testifying witness statements; testifying witness statements; the identity of victims alleged in the indictment; 404(b) material; and the Government's witness list. The Court also requires the parties to negotiate a schedule for any additional or supplemental motions briefing in light of the S2 indictment. The Court ORDERS a joint proposal to be submitted by April 21, 2021. If agreement is not reached, the parties shall submit their respective proposals. The Court further ORDERS Maxwell to show cause by April 21, 2021 why her motion to dismiss the S1 superseding indictment under the Sixth Amendment (Dkt. No. 125) should not be denied as moot. SO ORDERED. (Signed by Judge Alison J. Nathan on 4/16/2021)(bw) (Entered: 04/16/2021) |
| 04/16/2021 | 208 | REPLY MEMORANDUM OF LAW in Support as to Ghislaine Maxwell re: 135 MOTION to Dismiss *Counts Five and Six of the Superseding Indictment Because the Alleged Misstatements are Not Perjurious as a Matter of Law.* . (Attachments: # 1 Exhibit L, # 2 Exhibit M, # 3 Exhibit N)(Everdell, Christian) (Entered: 04/16/2021) |
| 04/16/2021 | 209 | REPLY MEMORANDUM OF LAW in Support as to Ghislaine Maxwell re: 137 MOTION to Dismiss *Counts One Through Six of the Superseding Indictment for Pre−Indictment Delay.* . (Everdell, Christian) (Entered: 04/16/2021) |
| 04/16/2021 | | Set/Reset Deadlines/Hearings as to Ghislaine Maxwell: Brief (Joint proposal by parties) due by 4/21/2021. Show Cause Response (by Defendant) due by 4/21/2021. [*** NOTE: Refer to Opinion & Order, doc.#207. ***] (bw) (Entered: 04/16/2021) |

| 04/16/2021 | 210 | REPLY MEMORANDUM OF LAW in Support as to Ghislaine Maxwell re: 121 MOTION to Dismiss *Either Count One Or Count Three of the Superseding Indictment as Multiplicitous*. . (Everdell, Christian) (Entered: 04/16/2021) |
|---|---|---|
| 04/16/2021 | 211 | REPLY MEMORANDUM OF LAW in Support as to Ghislaine Maxwell re: 125 MOTION to Dismiss *the Superseding Indictment as it was Obtained in Violation of the Sixth Amendment*. . (Everdell, Christian) (Entered: 04/16/2021) |
| 04/16/2021 | 212 | REPLY MEMORANDUM OF LAW in Support as to Ghislaine Maxwell re: 139 MOTION to Suppress *Under the Fourth Amendment, Martindell, and the Fifth Amendment All Evidence Obtained from the Governments Subpoena to REDACTED and to Dismiss Counts Five And Six*. . (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Everdell, Christian) (Entered: 04/16/2021) |
| 04/16/2021 | 213 | REPLY MEMORANDUM OF LAW in Support as to Ghislaine Maxwell re: 123 MOTION to Dismiss *Counts One through Four of the Superseding Indictment for Lack of Specificity*. . (Everdell, Christian) (Entered: 04/16/2021) |
| 04/19/2021 | 214 | ORDER as to Ghislaine Maxwell: An arraignment on the S2 Superseding Indictment is scheduled to take place on April 23, 2021 at 2:30 p.m. The proceeding will take place in Courtroom 24B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY. Given significant public interest, a video feed of the proceeding will be available for viewing in the Jury Assembly Room and Courtroom 9C at the Daniel Patrick Moynihan Courthouse. The use of any electronic devices during the proceeding in either the Courtroom or the overflow rooms is strictly prohibited. SO ORDERED. (Arraignment set for 4/23/2021 at 02:30 PM in Courtroom 24B, 500 Pearl Street, New York, NY 10007 before Judge Alison J. Nathan) (Signed by Judge Alison J. Nathan on 4/19/2021) (lnl) (Entered: 04/19/2021) |
| 04/19/2021 | 215 | ORDER as to Ghislaine Maxwell: IT IS ORDERED that any redaction requests for documents not already filed on the public docket must be made by April 21, 2021. Alternatively, the parties may file the unredacted versions by that date. SO ORDERED. (Signed by Judge Alison J. Nathan on 4/19/2021) (lnl) (Entered: 04/19/2021) |
| 04/19/2021 | 216 | ORDER as to Ghislaine Maxwell: In its April 16, 2021 Opinion, the Court denied the Defendant's motions to dismiss the S1 superseding indictment in whole or in part and granted the Defendant' s motion to sever the perjury counts for a separate trial. Dkt. No. 207. The Court will try the non−perjury counts first. As the Court noted in its Opinion, it has not yet resolved the Defendant's two motions to suppress evidence. See Dkt. Nos. 133, 139. The Defendant contends in those motions that the Government obtained by subpoena documents covered by a protective order in violation of her rights against unreasonable searches and seizures, against self−incrimination, and to due process of law. The motions seek, at minimum, an evidentiary hearing to determine whether the Government knowingly misrepresented facts to procure an order modifying the protective order. The Court requires information from the Government for scheduling purposes. The Government is ORDERED to inform the Court by letter docketed on ECF no later than April 20, 2021, whether it intends to use any of the documents subject to the pending motions to suppress in the trial of the non−perjury counts in this case. If the Government does not intend to use any of the documents subject to the pending motions to suppress in the trial of the non−perjury counts, the Court will defer consideration of those motions until it has scheduled the trial of the perjury counts. SO ORDERED. (Signed by Judge Alison J. Nathan on 4/19/2021) (lnl) (Entered: 04/19/2021) |
| 04/19/2021 | 217 | JOINT LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Laura A. Menninger dated April 1, 2021 re: Joint Letter Concerning Redactions to Omnibus Response & Exhibit 11 (Menninger, Laura) (Entered: 04/19/2021) |
| 04/19/2021 | 218 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Jeffrey S. Pagliuca dated April 15, 2021 re: Response to Government's April 5, 2021 Letter re: Ms. Maxwell's Rule 17 Subpoena (Pagliuca, Jeffrey) (Entered: 04/19/2021) |
| 04/19/2021 | 219 | LETTER MOTION addressed to Judge Alison J. Nathan from AUSAs Alison Moe, Maurene Comey, Lara Pomerantz, and Andrew Rohrbach dated April 19, 2021 re: request for extension of time to respond to the Court's April 19, 2021 Order . Document filed by USA as to Ghislaine Maxwell. (Moe, Alison) (Entered: |

| | | |
|---|---|---|
| | | 04/19/2021) |
| 04/20/2021 | 220 | MEMO ENDORSEMENT as to Ghislaine Maxwell (1) granting in part and denying in part 219 LETTER MOTION addressed to Judge Alison J. Nathan from AUSAs Alison Moe, Maurene Comey, Lara Pomerantz, and Andrew Rohrbach dated April 19, 2021 re: request for extension of time to respond to the Court's April 19, 2021 Order. ENDORSEMENT: The Government's request is granted in part and denied in part. It shall respond to Dkt. No. 216 by no later than 5:00 p.m. on April 21, 2021. (Signed by Judge Alison J. Nathan on 4/20/2021) (ap) (Entered: 04/20/2021) |
| 04/20/2021 | 221 | ORDER as to Ghislaine Maxwell: the Court hereby ORDERS counsel for the Defendant to file written answers to the following specific questions by 12:00 p.m. on Thursday, April 22, 2021: 1. Does defense counsel continue to seek an adjournment of the July 12th start date for trial on the non−perjury counts? 2. If the answer to question 1 is yes, what is the specific request being made as to length of adjournment? In particular, is the request for a 90−day adjournment? An adjournment until January 2022? Or something else? The Court requires a specific request be made and justified or it will not be considered. If Maxwell continues to seek an adjournment, the Government may submit any response by 5:00 pm on April 22, 2021. The Court will consider the submissions and resolve expeditiously. As noted, however, unless and until an adjournment is specifically requested and granted, the parties shall assume that the Court will request a jury selection date as close to July 12th as possible and shall plan accordingly. SO ORDERED. (Signed by Judge Alison J. Nathan on 4/20/2021) (See ORDER as set forth) (lnl) (Entered: 04/20/2021) |
| 04/20/2021 | 222 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated April 20, 2021 re: Redactions to Defense Reply Briefs and Exhibits Document filed by USA. (Pomerantz, Lara) (Entered: 04/20/2021) |
| 04/20/2021 | 223 | REPLY MEMORANDUM OF LAW in Support as to Ghislaine Maxwell re: 141 MOTION to Dismiss *the Superseding Indictment for Breach of Non−Prosecution Agreement*. . (Attachments: # 1 Exhibit A − Sealed)(Everdell, Christian) (Entered: 04/20/2021) |
| 04/20/2021 | 224 | REPLY MEMORANDUM OF LAW in Support as to Ghislaine Maxwell re: 119 MOTION for Separate Trial on Counts Ghislaine Maxwell (1) Count 5s−6s,5−6 . . (Everdell, Christian) (Entered: 04/20/2021) |
| 04/21/2021 | 225 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Christian R. Everdell dated April 21, 2021 re: Grand Jury Motion (Everdell, Christian) (Entered: 04/21/2021) |
| 04/21/2021 | 226 | ORDER as to Ghislaine Maxwell. The Court is in receipt of the Defendant's and Boies Schiller Flexner LLPs April 19, 2021 joint letter responding to the Courts April 19, 2021 Order, Dkt. No. 215. The letter proposes limited redactions on the basis that some of the information is covered by the terms of the protective order in this case. In light of this, by April 22, 2021, the Defendant and BSF are hereby ORDERED to confer with the Government regarding whether the Government requests redaction of any information contained in the Defendant's response to BSF's objections to the Defendant's proposed Rule 17(c) subpoena, BSFs reply, and the April 19, 2021 joint letter addressing the redactions to these documents. The Government may submit any redaction requests by April 23, 2021; in doing so, the Government shall justify any proposed redactions by reference to the test articulated in Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006). The Defendant, BSF, and the Government are further ORDERED to notify the Court whether any party seeks redactions to the April 19, 2021 joint letter. If not, the Defendant shall file the letter on the public docket by April 23, 2021 (Signed by Judge Alison J. Nathan on 4/21/21)(jw) (Entered: 04/21/2021) |
| 04/21/2021 | 227 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from Alison Moe, Maurene Comey, Lara Pomerantz, and Andrew Rohrbach dated April 21, 2021 re: in response to the Court's April 19, 2021 Order Document filed by USA. (Moe, Alison) (Entered: 04/21/2021) |
| 04/21/2021 | 228 | MEMO ENDORSEMENT as to Ghislaine Maxwell re: 225 Letter Grand Jury Motion... ENDORSEMENT: The motion to dismiss the SI superseding indictment on |

| | | the grounds that it was returned by a grand jury sitting at the White Plains courthouse (Dkt. No. 125) is DENIED as moot. SO ORDERED. (Signed by Judge Alison J. Nathan on 4/21/21)(jbo) (Entered: 04/21/2021) |
|---|---|---|
| 04/21/2021 | 229 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated April 21, 2021 re: Proposed Pretrial Schedule Document filed by USA. (Comey, Maurene) (Entered: 04/21/2021) |
| 04/21/2021 | 230 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Christian R. Everdell dated April 21, 2021 re: Proposed Pretrial Schedule (Everdell, Christian) (Entered: 04/21/2021) |
| 04/21/2021 | 231 | ORDER as to Ghislaine Maxwell: The Court will schedule a trial date for the severed perjury counts after trial of the non–perjury counts is completed. Given that and in light of the representations in the Government's April 21, 2021 letter, see Dkt. No. 227, the Court intends to defer resolution of the pending motions to suppress (including resolution of the request for an evidentiary hearing) until after the trial on the non–perjury counts. If either side objects, counsel shall state the basis for any objection by letter on or before by 5pm on Thursday, April 22, 2021. SO ORDERED. (Signed by Judge Alison J. Nathan on 4/21/2021) (lnl) (Entered: 04/22/2021) |
| 04/22/2021 | 232 | MEMO ENDORSEMENT as to Ghislaine Maxwell on 222 LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated April 20, 2021 re: Redactions to Defense Reply Briefs and Exhibits. ENDORSEMENT: The Court grants the Government's proposed redaction and sealing requests. This conclusion is guided by the three–part test articulated by the Second Circuit in Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006). Under this test, the Court must: (i) determine whether the documents in question are "judicial documents;" (ii) assess the weight of the common law presumption of access to the materials; and (iii) balance competing considerations against the presumption of access. Id. at 11920. The Court concludes that these are judicial documents and that the First Amendment and common law presumptions of access attach. In balancing competing considerations against the presumption of access, however, the Court finds that the specific arguments the Government has put forward in this letter, including the need to protect the privacy interests of third parties and alleged victims, favor the narrowly tailored redactions. See United States v. Amodeo, 71 F.3d 1044, 1050 (2d Cir. 1995). The Government's letter does not discuss Exhibit L of Reply Brief 6. By April 23, 2021, the parties shall either propose redactions to Exhibit L of Reply Brief 6, which was originally filed under seal, or they shall indicate to the Court that they seek no redactions and file it on ECF. SO ORDERED. (Signed by Judge Alison J. Nathan on 4/22/2021) (lnl) (Entered: 04/22/2021) |
| 04/22/2021 | 233 | LETTER by Boies Schiller Flexner LLP as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from Sigrid McCawley dated 04–22–2021 re: Request to Bring Electronic Devices Document filed by Boies Schiller Flexner LLP. (Attachments: # 1 Exhibit Electronic Device Form)(McCawley, Sigrid) (Entered: 04/22/2021) |
| 04/22/2021 | 234 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Jeffrey S. Pagliuca dated April 22, 2021 re: Response to Dkt. No. 227, Governments April 21, 2021 Letter re Ms. Maxwells Motions to Suppress (Pagliuca, Jeffrey) (Entered: 04/22/2021) |
| 04/22/2021 | 235 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated April 22, 2021 re: Response to Defense Request for Adjournment Document filed by USA. (Comey, Maurene) (Entered: 04/22/2021) |
| 04/22/2021 | 236 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated April 22, 2021 re: Response to the Court's April 22, 2021 Order Document filed by USA. (Pomerantz, Lara) (Entered: 04/22/2021) |
| 04/22/2021 | 237 | MEMO ENDORSEMENT as to Ghislaine Maxwell on 233 LETTER by Boies Schiller Flexner LLP as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from Sigrid McCawley dated 04–22–2021 re: Request to Bring Electronic Devices Document. |

| | | |
|---|---|---|
| | | ENDORSEMENT: Because remote access is available for tomorrow and because no electronic devices may be used in the courtroom or overflow rooms, Dkt. No. 214, to the extent the request is for tomorrow's arraignment, that request is denied. Counsel may renew their application in advance of future proceedings. SO ORDERED. (Signed by Judge Alison J. Nathan on 4/22/2021) (lnl) (Entered: 04/23/2021) |
| 04/23/2021 | 238 | SEALED DOCUMENT placed in vault. (jus) (Entered: 04/23/2021) |
| 04/23/2021 | 239 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from Alison Moe, Maurene Comey, Lara Pomerantz, and Andrew Rohrbach dated April 23, 2021 re: in response to the Court's April 16, 2021 Order. Document filed by USA. (Moe, Alison) (Entered: 04/23/2021) |
| 04/23/2021 | 240 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated April 23, 2021 re: Proposed Redactions Document filed by USA. (Comey, Maurene) (Entered: 04/23/2021) |
| 04/23/2021 | 241 | MEMO ENDORSEMENT as to Ghislaine Maxwell on 240 LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated April 23, 2021 re: Proposed Redactions. ENDORSEMENT: The Court grants the Government's redaction requests. Its conclusion is guided by the three–part test articulated by the Second Circuit in Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006). Under this test, the Court must: (i) determine whether the documents in question are "judicial documents;" (ii) assess the weight of the common law presumption of access to the materials; and (iii) balance competing considerations against the presumption of access. Id. at 11920. The Court concludes that these are judicial documents and that the First Amendment and common law presumptions of access attach. But in balancing competing considerations against the presumption of access, the Court finds that the specific arguments the Government has put forward in this letter, including the need to protect the privacy interests of third parties referenced in the documents, favor the narrowly tailored redactions. See United States v. Amodeo, 71 F.3d 1044, 1050 (2d Cir. 1995). The Defendant and Boies Schiller are hereby ORDERED to docket the respective documents with the Government's proposed redactions by April 23, 2021. SO ORDERED. (Signed by Judge Alison J. Nathan on 4/23/2021) (lnl) (Entered: 04/23/2021) |
| 04/23/2021 | 242 | ORDER as to Ghislaine Maxwell: On April 22, 2021, Defendant Ghislaine Maxwell filed her response to the Court's April 21, 2021 Order, Dkt. No. 221, under temporary seal with proposed redactions. The proposed redactions are GRANTED. The Court's conclusion is guided by the three–part test articulated by the Second Circuit in Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006). Under this test, the Court must: (i) determine whether the documents in question are "judicial documents;" (ii) assess the weight of the common law presumption of access to the materials; and (iii) balance competing considerations against the presumption of access. Id. at 11920. The Court concludes that these are judicial documents and that the First Amendment and common law presumptions of access attach. In balancing competing considerations against the presumption of access, however, the Court finds that the proposed redactions are narrowly tailored to protect the privacy interests of defense lawyers' clients in other matters and to allow defense counsel to comply with their professional obligations under the rules of professional conduct. The Defendant is ORDERED to docket the redacted version of her letter by April 23, 2021. The Defendant is further ORDERED to docket the basis for the redaction request, originally sent by email, on ECF by April 23, 2021. SO ORDERED. (Signed by Judge Alison J. Nathan on 4/23/2021) (lnl) (Entered: 04/23/2021) |
| 04/23/2021 | 243 | MEMO ENDORSEMENT as to Ghislaine Maxwell on 234 LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Jeffrey S. Pagliuca dated April 22, 2021 re: Response to Dkt. No. 227, Governments April 21, 2021 Letter re Ms. Maxwell's Motions to Suppress. ENDORSEMENT: The Court agrees with the position set forth in this letter that, unless the Government agrees to forgo any use of the documents subject to the motions to suppress at trial on the non–perjury counts, the Court must resolve those motions prior to that trial. The Court will resolve the motions in due course. SO ORDERED. (Signed by Judge Alison J. Nathan on 4/23/2021) (lnl) (Entered: 04/23/2021) |

| | | |
|---|---|---|
| 04/23/2021 | 244 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Jeffrey S. Pagliuca dated April 2, 2021 re: Response to Letter Motion to Quash Rule 17 Subpoena to Boies Schiller Flexner LLP (Pagliuca, Jeffrey) (Entered: 04/23/2021) |
| 04/23/2021 | 245 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Laura A. Menninger dated April 19, 2021 re: Redactions to Pleadings Re: Rule 17 Subpoenas (Menninger, Laura) (Entered: 04/23/2021) |
| 04/23/2021 | 246 | LETTER MOTION addressed to Judge Alison J. Nathan from Laura A. Menninger dated April 22, 2021 re: 221 Order,,,, re: Request for Adjournment of 120 or 180 Days for Trial on the Non−Perjury Counts . Document filed by Ghislaine Maxwell. (Menninger, Laura) (Entered: 04/23/2021) |
| 04/23/2021 | 247 | LETTER by Boies Schiller Flexner LLP as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from Sigrid S. McCawley dated April 5, 2021 re: Reply in Support of Objections to Rule 17 Subpoena Document filed by Boies Schiller Flexner LLP. (McCawley, Sigrid) (Entered: 04/23/2021) |
| 04/23/2021 | | Minute Entry for proceedings held before Judge Alison J. Nathan: Arraignment as to Ghislaine Maxwell (1) Count 1ss,2ss,3ss,4ss,5ss,6ss,7ss−8ss held on 4/23/2021. Defendant Ghislaine Maxwell present with attorney Bobbi Sternheim, Jeff Pagliuca, Christian Everdell and Laura Menninger. AUSA Maurene Comey, Alison Moe, and Lara Pomerantz for the government. Defendant is arraigned on Superseding Indictment 2. Defendant enters a plea of Not Guilty to the S2 indictment. Defendant remains remanded. See Transcript. (Court Reporter Rebecca Forman) (ap) (Entered: 04/27/2021) |
| 04/23/2021 | | Minute Entry for proceedings held before Judge Alison J. Nathan: **Plea entered by Ghislaine Maxwell (1) Count 1ss,2ss,3ss,4ss,5ss,6ss,7ss−8ss Not Guilty.** (ap) (Entered: 04/27/2021) |
| 04/26/2021 | 248 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Bobbi C. Sternheim dated 04/26/21 re: Confiscation of Legal Documents (Sternheim, Bobbi) (Entered: 04/26/2021) |
| 04/26/2021 | 250 | ORDER as to Ghislaine Maxwell. The Court is in receipt of the parties' proposed schedules for pretrial disclosures and pretrial motions practice. Dkt. Nos. 229, 230. Having considered the parties respective positions, the Court hereby sets the schedule below, which it deems reasonable and fair: the Court hereby sets the following schedule: Government expert witness disclosure are due April 23, 2021 (agreement of the parties); Supplemental Pretrial Motions that pertain only to the new charges raised in the S2 indictment (agreement of the parties): Defense supplemental motions are due May 7, 2021; Governments response is due May 21, 2021; Defense replies are due May 28, 2021; Disclosure of the alleged victims referenced in the S2 Indictment: May 17, 2021 (agreement of the parties); The Court will address a process and schedule for the parties' proposals regarding a jury questionnaire by separate order. Finally, the parties are ORDERED to meet and confer on the Government's proposal that the Defendant submit witness statements pursuant to Federal Rule of Criminal Procedure 26.2 at least four weeks in advance of trial. The parties are further ORDERED to submit a joint letter laying out their respective positions and proposals within one week of this Order (Defense supplemental Motions due by 5/7/2021., Defense Replies due by 5/28/2021., Government's Responses due by 5/21/2021). (Signed by Judge Alison J. Nathan on 4/26/21)(jw) (Entered: 04/27/2021) |
| 04/27/2021 | 249 | MEMO ENDORSEMENT as to Ghislaine Maxwell on re: 248 Letter filed by Ghislaine Maxwell to report an incident stemming from an attorney−client conference with Ghislaine Maxwell: Guards on Ms. Maxwell's security detail wrongfully seized and reviewed her confidential legal documents...ENDORSEMENT...MDC legal counsel is hereby ORDERED to show cause by April 28, 2021 why an order directing the MDC to provide the information requested in this letter to the Defendant's counsel ought not issue. MDC legal counsel shall either docket it on ECF or email the letter to the Court so that the Court can docket it on ECF. Chambers will email a copy of this Order directly to legal counsel for the MDC (Signed by Judge Alison J. Nathan on 4/27/21)(jw) (Entered: 04/27/2021) |
| 04/27/2021 | 251 | SEALED DOCUMENT placed in vault. (jus) (Entered: 04/27/2021) |

| | | |
|---|---|---|
| 04/27/2021 | 252 | ORDER re: 195 LETTER MOTION addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated April 5, 2021 re: Notice of Rule 17(c) subpoenas. The Defendant's motion for an order authorizing the subpoena pursuant to Rule 17(c)(3) is DENIED. The Government is ORDERED to respond to Requests 9 through 11 of the proposed subpoena within one week of this Order. (Signed by Judge Alison J. Nathan on 4/27/21) (jw) (Entered: 04/27/2021) |
| 04/28/2021 | 253 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Bobbi C. Sternheim dated 04/28/2021 re: Reply to MDC letter re: order to show cause re: confiscation of legal documents (Sternheim, Bobbi) (Entered: 04/28/2021) |
| 04/29/2021 | 254 | LETTER addressed to Judge Alison J. Nathan from Sophia Papapetru dated 4/28/21 re: I am writing in response to your April 26, 2021, Order seeking information regarding an alleged incident involving Ghislaine Maxwell, Register No. 02879–509, at the Metropolitan Detention Center in Brooklyn, New York (MDC Brooklyn) as relayed by her counsel in an April 26, 2021, letter. We respectfully request Your Honor deny defense counsel's proposed order. Please let us know if the Court requires any additional information, which we will be happy to provide (jw) (Entered: 04/29/2021) |
| 04/29/2021 | 255 | ORDER as to Ghislaine Maxwell. On April 26, 2021, defense counsel advised the Court of an incident that took place on April 24, 2021 in which Defendant Ghislaine Maxwell's legal materials were seized by staff at the Metropolitan Detention Center. Dkt. No. 248. The Court ordered legal counsel for the MDC to show cause why the requested order should not issue. Dkt. No. 249. The MDC filed its response with the Court. Dkt No. 254. In reply, Maxwell made additional requests. Dkt. No. 253. Defense counsels requests are GRANTED in part and DENIED in part. IT IS ORDERED that by April 30, 2021, legal counsel to the MDC must provide the following information: If known, an inventory of the items seized from Ms. Maxwell in the incident that occurred on April 24, 2021 shall be provided by email to defense counsel only; and A representation to this Court, to be filed on ECF, indicating: Whether any of the materials seized from Ms. Maxwell were duplicated in any fashion and what investigation was undertaken in order to determine this information; Whether Ms. Maxwell is permitted to bring confidential legal materials to in–person meetings with defense counsel without those materials being seized; What steps have been or will be taken to ensure the confidentiality of Ms. Maxwell's lawyer–client communications (Signed by Judge Alison J. Nathan on 4/29/21)(jw) (Entered: 04/29/2021) |
| 04/29/2021 | 256 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Bobbi C. Sternheim dated 04/29/2021 re: Sleep Deprivation in MDC (Sternheim, Bobbi) (Entered: 04/29/2021) |
| 04/29/2021 | 257 | MEMO ENDORSEMENT as to Ghislaine Maxwell on re: 256 During oral argument of Ghislaine Maxwells bail appeal before the Circuit, Ms. Maxwell's appellate counsel expressed concern that she was improperly deprived of sleep while detained in the MDC, an issue that has been raised in filings before this Court. we ask the Court to address Ms. Maxwell's sleeping conditions by directing the MDC to cease 15–minute light surveillance of Ms. Maxwell or justify the need for the disruptive flashlight surveillance..ENDORSEMENT...By May 5, 2021, the Government is ORDERED to confer with MDC legal counsel and provide the Court responses to the following questions: Is Ms. Maxwell being subjected to flashlight surveillance every 15 minutes at night? Or any other atypical flashlight surveillance? If so, what is the basis for doing so? 3. And if so, can she be provided with appropriate eye covering? The Government is further ORDERED to share its response with defense counsel before filing it on ECF so that defense counsel can indicate whether they believe any private medical information needs to be redacted before public filing (Signed by Judge Alison J. Nathan on 4/29/21)(jw) (Entered: 04/29/2021) |
| 04/29/2021 | 258 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Bobbi C. Sternheim dated 04/29/2021 re: Reply to MDC letter re: confiscation of legal documents (Sternheim, Bobbi) (Entered: 04/29/2021) |
| 04/30/2021 | 259 | LETTER addressed to Judge Alison J. Nathan from Sophia Papapetru dated 4/29/21 re: This letter is written in response to your April 28, 2021, Order seeking the following information regarding an alleged incident involving Ghislaine Maxwell, |

| | | Register No. 02879–509, at the Metropolitan Detention Center in Brooklyn, New York (MDC Brooklyn) on April 24, 2021 (jw) (Entered: 04/30/2021) |
|---|---|---|
| 04/30/2021 | 260 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Christian R. Everdell dated April 30, 2021 re: Hard Drives (Everdell, Christian) (Entered: 04/30/2021) |
| 05/03/2021 | 261 | TRANSCRIPT of Proceedings as to Ghislaine Maxwell re: Conference held on 4/23/21 before Judge Alison J. Nathan. Court Reporter/Transcriber: Rebecca Forman, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/24/2021. Redacted Transcript Deadline set for 6/3/2021. Release of Transcript Restriction set for 8/2/2021. (McGuirk, Kelly) (Entered: 05/03/2021) |
| 05/03/2021 | 262 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ghislaine Maxwell. Notice is hereby given that an official transcript of a Conference proceeding held on 4/23/21 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 05/03/2021) |
| 05/03/2021 | 263 | MEMO ENDORSEMENT as to Ghislaine Maxwell re: 260 Letter on Hard Drives... ENDORSEMENT: Counsel for the MDC may submit any objection to the Defendant's request by May 4, 2021. SO ORDERED. (Signed by Judge Alison J. Nathan on 5/3/21)(jbo) (Entered: 05/03/2021) |
| 05/03/2021 | 264 | ORDER as to Ghislaine Maxwell. On April 21, 2021, the Court's Chambers received a letter from counsel for a non–party requesting assurances as to privacy protections for his client in any filings or proceedings in this case. The letter requests anonymity on behalf of the client as an alleged victim of a sexual crime. After receiving the letter, the Court forwarded it to the parties and required the Government to respond to counsel, which it has done. The Court will take no further action based on the April 21, 2021 letter but will file it under seal to protect the privacy interests of the non–party asserting that interest. The Government is requested to forward this order to counsel for the non–party. SO ORDERED. (Signed by Judge Alison J. Nathan on 5/3/21)(jbo) (Entered: 05/03/2021) |
| 05/03/2021 | 265 | ORDER as to Ghislaine Maxwell: The Court has received an exchange of letters that pertain to an incident that took place on April 24, 2021. Dkt. Nos. 248, 253, 254, 258, 259. Legal counsel for MDC, where Ms. Maxwell is detained pretrial, alleges that her lawyers violated Bureau of Prisons rules by providing Ms. Maxwell materials at an in–person attorney–client visit. Dkt. Nos. 254, 259. Ms. Maxwells lawyers categorically deny the allegations and threaten separate legal action against MDC staff based on the incident and the accusation. Dkt. Nos. 253, 258. The Court intimates no views as to whether some other action or process is appropriate or proper in light of either sides allegations. This Courts obligation in this case, and any other, is to ensure that the defendant is given an opportunity to meet with her lawyers, engage in confidential attorney–client communications, and prepare for trial. Mindful of that obligation, the Court declines to take further action at this time. After receiving the defenses first letter motion, the Court ordered MDC legal counsel to show cause why the Court should not grant the requested relief. Dkt. No. 249. The Court then granted in part defense counsels original request and ordered MDC legal counsel to respond to certain questions about the April 24, 2021 incident and the procedures in place to ensure the confidentiality of Ms. Maxwells lawyer–client communications. Dkt. No. 255. Defense counsels current application is that this Court order MDC to turn over copies of video tapes of the in–person attorney–client visit. Dkt. No. 258. Those video tapes must be preserved in light of defense counsels preservation letter. Dkt. No. 248, Ex. C. If Ms. Maxwell or defense counsel are entitled to view or receive copies of those materials as a matter of law, they should be provided. To the extent defense counsel is seeking entitlement to those materials from this Court, that application is denied. The Court has ensured and will continue to ensure that Ms. Maxwell has the opportunity to meet meaningfully and confidentially with her lawyers in light of all relevant circumstances and consistent with the treatment of all other detained inmates in BOP custody. The isolated incident that took place on April 24, 2021, and the |

|  |  | serious allegations leveled by MDC legal counsel and defense counsel in no way undermine the Courts conclusion that Ms. Maxwell and her lawyers are fully able to prepare for trial. The Court is confident that all parties recognize the importance of this going forward and in advance of the upcoming trial. In furtherance of this, counsel for the Government are ORDERED to confer with legal counsel for MDC to ensure that Ms. Maxwell continues to have access to confidential attorney–client communications as she prepares for trial. If any additional incidents arise, defense counsel shall promptly confer with counsel for the Government regarding those incidents and seek to resolve any such issues swiftly, responsibly, reasonably, and amicably. If that fails, the parties may write to the Court jointly indicating their views, identifying and justifying any specific application being made. (Signed by Judge Alison J. Nathan on 5/3/2021) (ap) (Entered: 05/03/2021) |
|---|---|---|
| 05/03/2021 | 266 | ORDER as to Ghislaine Maxwell: The Court concludes that the interests of justice justify granting a short continuance. The Court deems an adjournment until fall 2021 to be reasonable. Such an adjournment would plainly give the defense team sufficient time to prepare for trial in light of the additional charges contained in the S2 indictment while also ensuring that the trial proceeds without undue delay. No additional delay is necessary or in the interests of justice. The parties are hereby ORDERED to meet and confer and by May 10, 2021, they shall jointly propose a trial start date for the Court to request of the Clerk's Office (as is required by COVID protocols). The Court urges counsel to agree to the earliest possible date this fall and to seek adjustments to other schedules in order to facilitate an early fall trial start date. The parties shall also discuss and propose any adjustments necessary to the pre–trial schedule in place. Dkt. No. 250. The Government may move in the letter for any requested exclusion of time under the Speedy Trial Act. (Signed by Judge Alison J. Nathan on 5/3/2021) (See ORDER set forth) (ap) (Entered: 05/03/2021) |
| 05/03/2021 | 267 | JOINT LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Jeffrey S. Pagliuca dated May 3, 2021 re: defense witness disclosures, Dkt. No. 250 (Pagliuca, Jeffrey) (Entered: 05/03/2021) |
| 05/04/2021 | 268 | ORDER as to Ghislaine Maxwell: On April 30, 2021, defense counsel requested that the Court issue an order directing the MDC to accept two hard drives from defense counsel that contain the non–Highly Confidential discovery in this case for Ms. Maxwell's use. Dkt. No. 260. On May 4, 2021, the Court received the attached email from MDC legal counsel indicating that MDC does not oppose the defense's request and that MDC staff will coordinate with defense counsel so that Ms. Maxwell can receive the hard drives. In light of this, defense counsel's April 30, 2021 request appears moot. Defense counsel shall raise any further issues regarding their request within two weeks of this order. (Signed by Judge Alison J. Nathan on 5/4/2021) (ap) (Entered: 05/04/2021) |
| 05/04/2021 | 269 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated May 4, 2021 re: Subpoena Requests 9 Through 11 Document filed by USA. (Rohrbach, Andrew) (Entered: 05/04/2021) |
| 05/05/2021 | 270 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, and Lara Pomerantz dated May 5, 2021 re: Use of Flighlights at MDC Document filed by USA. (Pomerantz, Lara) (Entered: 05/05/2021) |
| 05/06/2021 |  | ***DELETED DOCUMENT. Deleted document number 271 LETTER, as to Ghislaine Maxwell. The document was incorrectly filed in this case, as per Supervisor. (ap) (Entered: 05/06/2021) |
| 05/06/2021 | 271 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated May 6, 2021 re: Subpoena Request 11 Document filed by USA. (Rohrbach, Andrew) (Entered: 05/06/2021) |
| 05/07/2021 | 272 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Bobbi C. Sternheim dated 5/7/2021 re: MDC flashlight security checks (Sternheim, Bobbi) (Entered: 05/07/2021) |

| 05/07/2021 | 273 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Christian R. Everdell dated May 7, 2021 re: Cover Letter for Omnibus Memorandum in Support of the Defendant's Supplemental Pretrial Motions Relating to the S2 Superseding Indictment (Everdell, Christian) (Entered: 05/07/2021) |
|---|---|---|
| 05/10/2021 | 274 | MEMO ENDORSEMENT as to Ghislaine Maxwell on 273 LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Christian R. Everdell dated May 7, 2021 re: Cover Letter for Omnibus Memorandum in Support of the Defendant's Supplemental Pretrial Motions Relating to the S2 Superseding Indictment. ENDORSEMENT: The Government is hereby ORDERED to propose and justify any redactions by May 12, 2021. SO ORDERED. (Signed by Judge Alison J. Nathan on 5/10/2021) (lnl) (Entered: 05/10/2021) |
| 05/10/2021 | 275 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated May 10, 2021 re: Proposed Trial Date Document filed by USA. (Pomerantz, Lara) (Entered: 05/10/2021) |
| 05/11/2021 | 276 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Bobbi C. Sternheim dated 05/10/2021 re: Request for November 8th trial start date (Sternheim, Bobbi) (Entered: 05/11/2021) |
| 05/11/2021 | 277 | ORDER as to Ghislaine Maxwell: The Court has considered the parties' proposals regarding the commencement of trial. Dkt. Nos. 275, 276. For the reasons stated in the Government's letter, the Court will request November 29, 2021 from the Clerk's Office as the trial start datethat is the date (pending approval from the Clerk's Office consistent with the SDNY COVID protocols) that opening statements will be made to the jury. However, the Court will also request from the Clerk's Office that jury selection occur during the week of November 15. Counsel shall plan accordingly. The Court grants the Government's motion to exclude time until November 29, 2021. The Court finds that the ends of justice served by granting an exclusion from speedy trial computations for the period from today's date through November 29, 2021, outweigh the interests of the public and the Defendant in a speedy trial, because this time is necessary to permit the defense to continue to review discovery and other materials in light of the superseding indictment; to permit the parties to prepare and file motions in limine; to permit the parties to make and review additional pretrial disclosures; and to allow adequate time for the parties to prepare for trial. Time is therefore excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until November 29, 2021. In order to ensure that there is no delay in the commencement of trial, the Court will adjust the current pre–trial schedule. So that the Court can resolve motions in limine in advance of the November 29th trial commencement date, any such motions shall be fully briefed no later than four weeks in advance of the anticipated trial commencement date of November 29. The parties shall meet and confer to propose adjustments to other pre–trial disclosures accordingly. The parties are hereby ORDERED to meet and confer for at least 30 minutes by phone regarding the overall pretrial disclosure schedule and submit a joint letter by May 14, 2021. The Court will accept only a joint letter with a joint proposal or with each sides views briefly stated. The letter must attest to the meet and confer. Any separately filed letters will be struck. SO ORDERED. (Time excluded from 5/11/2021 until 11/29/2021) (Signed by Judge Alison J. Nathan on 5/11/2021) (lnl) (Entered: 05/11/2021) |
| 05/12/2021 | 278 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated May 12, 2021 re: Proposed Redactions to Defendant's Supplemental Pre–Trial Motions Document filed by USA. (Pomerantz, Lara) (Entered: 05/12/2021) |
| 05/13/2021 | 279 | ORDER as to Ghislaine Maxwell: On May 12, 2021, the Defendant submitted a response to the Government's May 4 and May 6 letters. See Dkt. Nos. 269, 271. She submitted it under temporary seal, though she noted that she is willing to file the response and its corresponding exhibits on the public docket. The Government is hereby ORDERED to notify the Court by May 14, 2021 whether it requests that any part of the Defendants submission be redacted or filed under seal; any such request must be justified by reference to the test articulated in Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006). SO ORDERED. (Signed by Judge Alison J. Nathan on 5/13/20201) (lnl) (Entered: 05/13/2021) |

| | | |
|---|---|---|
| 05/14/2021 | 280 | JOINT LETTER MOTION addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated May 14, 2021 re: 277 Order to Continue – Interest of Justice, Terminate Motions, Set Deadlines/Hearings,.,.,.,.,.,.,.,.,.,.,.,.,.,., re: Extension of time . Document filed by USA as to Ghislaine Maxwell. (Rohrbach, Andrew) (Entered: 05/14/2021) |
| 05/14/2021 | 281 | MEMO ENDORSEMENT as to Ghislaine Maxwell (1) on 280 JOINT LETTER MOTION addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated May 14, 2021. ENDORSEMENT: The request for an extension of time until May 21, 2021 to respond to the Court's May 11, 2021 Order is GRANTED. SO ORDERED. (Signed by Judge Alison J. Nathan on 5/14/2021) (lnl) (Entered: 05/14/2021) |
| 05/14/2021 | 282 | ORDER as to Ghislaine Maxwell: On April 29, 2021, counsel for Ghislaine Maxwell wrote to the Court requesting that the Court address her sleeping conditions, with particular emphasis on counsel's representation, unsupported by affidavit or other factual showing, that guards are shining a flashlight in Maxwell's eyes every 15 minutes at night. Dkt. No. 256. Defense counsel claims that the flashlight surveillance in Maxwell's eyes is disrupting her sleep, which in turn is impacting her ability to prepare for and withstand trial. The Court sought more information by ordering the Government to confer with legal counsel for the Bureau of Prisons and to respond to certain questions. Dkt. No. 257. In response, the Government states that MDC staff conduct flashlight checks of all inmates as a matter of course. Dkt. No. 270. As reported by the Government, inmates housed with cell mates in the Special Housing Unit are checked with flashlights every 30 minutes. Inmates housed with others in the general population are checked multiple times per night at regular intervals. The Government further reports that to conduct the checks, flashlights are pointed at the ceiling of the cell to confirm that the inmate is present, breathing, and not in distress. As the Government explains, there are a number of neutral reasons why BOP's flashlight checks of Maxwell are relatively more frequent than those of other inmates, including that Maxwell is housed alone, the nature of the charges, and the potential stress for inmates that can arise in high–profile cases. The MDC has determined that these factors necessitate more frequent safety and security checks. The Government also indicates that the prohibition on eye masks is a generally applicable policy, but that Maxwell, like other inmates, may use other noncontraband items to cover her eyes. To the extent that Maxwell's April 29, 2021 letter asks the Court to override BOP's determination as to the frequency of appropriate safety and security check procedures, that request is denied as factually unsubstantiated and legally unsupported. Certainly nothing in the record plausibly establishes that current protocols interfere with Maxwell's ability to prepare for her trial and communicate with her lawyers. Defense counsel's May 7, 2021 letter, Dkt. No. 272, describes generalized grievances but makes no additional specific and supported application for relief. Nevertheless, the Court urges the MDC to consider whether sleep disruption for pretrial detainees can be reduced. The Court also admonishes the MDC and the Government to continue to ensure that Maxwell is subjected to only those security protocols that BOP determines are necessary for her safety and security, based upon neutral and applicable factors, and consistent with the treatment of similarly situated pre–trial detainees. The Government shall provide a copy of this Order to the Warden and General Counsel for the MDC. SO ORDERED. (Signed by Judge Alison J. Nathan on 5/14/2021) (lnl) (Entered: 05/14/2021) |
| 05/14/2021 | 283 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated May 14, 2021 re: Proposed Redactions to Defendant's Letter re BSF Subpoena Document filed by USA. (Rohrbach, Andrew) (Entered: 05/14/2021) |
| 05/17/2021 | 284 | MEMO ENDORSEMENT as to Ghislaine Maxwell re: 278 Letter Proposed Redactions to Defendant's Supplemental Pre–Trial Motions... ENDORSEMENT: The Court grants in part the Government's redaction and sealing requests. Its conclusion is guided by the three–part test articulated by the Second Circuit in Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006). The Court concludes that these are judicial documents and that the First Amendment and common law presumptions of access attach. Id. at 11920. In balancing competing considerations against the presumption of access, the Court finds that the arguments the Government has put forward in this letter, including the need to protect the privacy interests of third parties and alleged victims, favor the narrowly tailored redactions. See United States v. |

| | | |
|---|---|---|
| | | Amodeo, 71 F.3d 1044, 1050 (2d Cir. 1995). Similarly, the Court concludes that the Government has shown that Exhibits E, F, G, H, and I should be filed under seal. With respect to Exhibit C, however, the Court concludes that narrowly tailored redactions are sufficient to advance the privacy interests the Government has identified. Accordingly, the Government is ORDERED to confer with defense counsel and submit proposed redactions to Exhibit C by May 20, 2021. SO ORDERED. (Signed by Judge Alison J. Nathan on 5/17/21)(jbo) (Entered: 05/17/2021) |
| 05/20/2021 | 285 | REPLY MEMORANDUM OF LAW in Support as to Ghislaine Maxwell re: 139 MOTION to Suppress *Under the Fourth Amendment, Martindell, and the Fifth Amendment All Evidence Obtained from the Governments Subpoena to REDACTED and to Dismiss Counts Five And Six.* . (Attachments: # 1 Exhibit J, # 2 Exhibit K, # 3 Exhibit L, # 4 Exhibit M, # 5 Exhibit N, # 6 Exhibit O, # 7 Exhibit P, # 8 Exhibit Q)(Everdell, Christian) (Entered: 05/20/2021) |
| 05/20/2021 | 286 | REPLY MEMORANDUM OF LAW in Support as to Ghislaine Maxwell re: 145 MOTION to Strike *Surplusage from Superseding Indictment*. . (Everdell, Christian) (Entered: 05/20/2021) |
| 05/20/2021 | 287 | REPLY MEMORANDUM OF LAW in Support as to Ghislaine Maxwell re: 147 MOTION for Bill of Particulars *and Pretrial Disclosures.* . (Attachments: # 1 Exhibit A (Filed under seal))(Everdell, Christian) (Entered: 05/20/2021) |
| 05/20/2021 | 288 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated May 20, 2021 re: Proposed Redactions to Exhibit C to Defendant's Supplemental Pre–Trial Motions Document filed by USA. (Pomerantz, Lara) (Entered: 05/20/2021) |
| 05/21/2021 | 289 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Jeffrey S. Pagliuca dated May 21, 2021 re: Reply to Government Letter dated May 14 Regarding Proposed Redactions to Ms. Maxwells May 12, 2021 Letter (DE 283) (Pagliuca, Jeffrey) (Entered: 05/21/2021) |
| 05/21/2021 | 290 | MEMO ENDORSEMENT as to Ghislaine Maxwell on re: 288 The Government respectfully submits this letter in response to the Courts Order dated May 17, 2021, which directed the Government to confer with defense counsel and submit proposed redactions to Exhibit C to the defendant's memorandum in support of her supplemental pretrial motions. (Dkt. No. 284). The Government seeks redactions that are narrowly tailored to protect the privacy interests of victims and third parties referenced in the document...ENDORSEMENT...The Government's proposed redactions are permitted for the reasons provided. By May 25, 2021, the Defendant is ORDERED to file her supplemental pretrial motions and supporting papers on the docket in accordance with Dkt. No. 284 and this order (Supplemental Pretrial Motions due by 5/25/2021.). (Signed by Judge Alison J. Nathan on 5/21/21)(jw) (Entered: 05/21/2021) |
| 05/21/2021 | 291 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from All Counsel dated May 21, 2021 re: Joint Letter re Scheduling Document filed by USA. (Comey, Maurene) (Entered: 05/21/2021) |
| 05/25/2021 | 292 | MOTION to Dismiss *and to Obtain the Relief Specified in her Supplemental Pre–Trial Motions Relating to the S2 Superseding Indictment*. Document filed by Ghislaine Maxwell. (Everdell, Christian) (Entered: 05/25/2021) |
| 05/25/2021 | 293 | MEMORANDUM in Support by Ghislaine Maxwell re 292 MOTION to Dismiss *and to Obtain the Relief Specified in her Supplemental Pre–Trial Motions Relating to the S2 Superseding Indictment.. (OMNIBUS MEMORANDUM OF GHISLAINE MAXWELL IN SUPPORT OF HER SUPPLEMENTAL PRETRIAL MOTIONS RELATING TO THE S2 SUPERSEDING INDICTMENT)* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C (Redacted), # 4 Exhibit D, # 5 Exhibit E (Filed Under Seal), # 6 Exhibit F (Filed Under Seal), # 7 Exhibit G (Filed Under Seal), # 8 Exhibit H (Filed Under Seal), # 9 Exhibit I (Filed Under Seal))(Everdell, Christian) (Entered: 05/25/2021) |
| 05/25/2021 | 294 | AFFIDAVIT of Christian Everdell in Support as to Ghislaine Maxwell re 292 MOTION to Dismiss *and to Obtain the Relief Specified in her Supplemental Pre–Trial Motions Relating to the S2 Superseding Indictment.. (AFFIDAVIT OF CERTIFICATION PURSUANT TO LOCAL CRIMINAL RULE 16.1)* (Everdell, |

| | | Christian) (Entered: 05/25/2021) |
|---|---|---|
| 05/25/2021 | 295 | MEMORANDUM in Opposition by USA as to Ghislaine Maxwell re 292 MOTION to Dismiss *and to Obtain the Relief Specified in her Supplemental Pre−Trial Motions Relating to the S2 Superseding Indictment.*. (Rohrbach, Andrew) (Entered: 05/25/2021) |
| 05/28/2021 | 296 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Christian R. Everdell dated May 28, 2021 re: Cover Letter for Omnibus Reply Memorandum in Support of the Defendant's Supplemental Pretrial Motions Relating to the S2 Superseding Indictment. (Everdell, Christian) (Entered: 05/28/2021) |
| 06/02/2021 | 297 | ORDER as to Ghislaine Maxwell: Having considered the parties' respective proposals, Dkt. No. 291, the Court hereby sets the following disclosure schedule: September 13, 2021: Disclosure of alleged victims' identities (Government's proposal) October 11, 2021: Government's disclosure of Jencks Act and Giglio material, Rule 404(b) evidence and notice, co−conspirator statements, and Government witness list (Government's proposal) October 11, 2021: Government's disclosure of its proposed exhibit list (Defendant's proposal) October 18, 2021: Simultaneous filing of motions in limine (agreement of the parties) October 25, 2021: Simultaneous filing of proposed jury questionnaire and voir dire (agreement of the parties) November 1, 2021: Defense expert disclosures (Defendant's proposal) November 1, 2021: Responses to motions in limine (agreement of the parties) November 8, 2021: Simultaneous filing of requests to charge and verdict sheet (agreement of the parties) – November 8, 2021: Defense disclosures pursuant to Rules 16(b)(1)(A) and 16(b)(1)(B) materials (The Government proposed November 1, 2021; the Defendant proposed the close of the Government's case−in−chief) Close of the Government's case−in−chief: Defense witness list and 26.2 statements (Defendant's proposal) These dates establish a baseline for when the parties must disclose certain materials. Each of the parties has a continuing obligation to update all disclosures if they become aware of additional responsive materials. In addition, and as requested by the parties, the parties may bring issues to the Court's attention that arise after the deadline for motions in limine if the issues could not have been raised within the deadline set for in limine motions. (Motions due by 10/18/2021. Responses due by 11/1/2021) (Signed by Judge Alison J. Nathan on 6/2/2021) (ap) (Entered: 06/02/2021) |
| 06/04/2021 | 298 | ORDER as to Ghislaine Maxwell: The Defendant's motion for an order authorizing the subpoena pursuant to Rule 17(c)(3) is DENIED. (Signed by Judge Alison J. Nathan on 6/4/2021) (See ORDER set forth) (ap) (Entered: 06/04/2021) |
| 06/07/2021 | 299 | MANDATE of USCA (Certified Copy) as to Ghislaine Maxwell re: 173 Notice of Appeal, 113 Notice of Appeal. USCA Case Number 21−58; 21−770. Defendant−Appellant Ghislaine Maxwell appeals from orders of the District Court entered December 28, 2020 and March 22, 2021, which denied her renewed requests for bail pending trial. See Dkts. 1, 20. Upon due consideration, it is hereby ORDERED that the District Courts orders are AFFIRMED and that Appellants motion for bail, or in the alternative, temporary pretrial release pursuant to 18 U.S.C. § 3142(i), Dkt. 39, is DENIED. During oral argument, counsel for Appellant expressed concern that Appellant was improperly being deprived of sleep while incarcerated. To the extent Appellant seeks relief specific to her sleeping conditions, such request should be addressed to the District Court... Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 6/7/2021. (nd) (Entered: 06/08/2021) |
| 06/08/2021 | | Transmission of USCA Mandate to the District Judge re: 299 USCA Mandate. (nd) (Entered: 06/08/2021) |
| 06/15/2021 | 300 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Bobbi C. Sternheim dated 6/15/2021 re: Response to MDC Conditions Update (Sternheim, Bobbi) (Entered: 06/15/2021) |
| 06/15/2021 | 301 | ORDER as to Ghislaine Maxwell: On June 7, 2021, the Government submitted an update on the Defendants conditions of confinement. It submitted it under temporary seal to permit the Defendant to propose redactions. On June 15, 2021, the Defendant proposed narrowly tailored redactions, which the Court adopts after applying the three−part test articulated by the Second Circuit in Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006). The Government is ORDERED to publicly docket the redacted version of its June 7, 2021 letter by June 17, 2021. (Signed by |

| | | |
|---|---|---|
| | | Judge Alison J. Nathan on 6/16/2021) (ap) (Entered: 06/16/2021) |
| 06/16/2021 | 302 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated June 7, 2021 re: MDC Conditions Update Document filed by USA. (Pomerantz, Lara) (Entered: 06/16/2021) |
| 06/25/2021 | 303 | ORDER as to Ghislaine Maxwell. Maxwell's motions to suppress evidence (Dkt. Nos. 133, 139) are DENIED. The Court sets out its reasoning in an opinion concurrently filed under temporary seal to allow Maxwell and the Government the opportunity to propose redactions. The parties may file under seal any proposed redactions to the opinion within three days. The Court further ORDERS that the April 9, 2019 memorandum decision and order on the Government's application to modify the protective order in Giuffre v. Maxwell, No. 15−cv−7433, as well as the transcripts of the March 26, 2019 and April 9, 2019 ex parte hearings on that application shall be unsealed. These documents were previously filed under seal as Exhibits D, E, F, and G to the memorandum of law in support of Maxwell's first motion to suppress (Dkt. No. 134). Within one week, the parties shall confer and file under seal any proposed redactions to the memorandum decision, order, and transcripts. Any proposed redactions shall be narrowly tailored and shall be supported with reference to the Second Circuit's opinion in Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006). The parties proposed redactions should not include any information that has already been made public. SO ORDERED (Signed by Judge Alison J. Nathan on 6/25/21)(jbo) (Entered: 06/25/2021) |
| 06/25/2021 | 304 | ORDER as to Ghislaine Maxwell. The Court grants the Defendant's request that going forward the Government shall only file updates if there are any material changes to Ms. Maxwell's conditions of confinement. See Dkt. No. 300 at 1. In the absence of any other specific or supported application for relief from the Defendant, the Court will take no further action at this time. SO ORDERED. (Signed by Judge Alison J. Nathan on 6/25/2021)(bw) (Entered: 06/25/2021) |
| 06/25/2021 | 307 | OPINION & ORDER as to Ghislaine Maxwell. Maxwell moves to suppress evidence obtained through a grand jury subpoena to a law firm involved in earlier civil litigation against her. She contends that because the documents sought by the subpoena were previously subject to a protective order, the Government obtained them in violation of her rights against compelled self−incrimination, against unreasonable searches and seizures, and to due process of law. For the foregoing reasons, the Court finds that the Government did not violate Maxwell's constitutional rights when it obtained evidence covered by a protective order in her earlier civil case. It further finds that Maxwell is not entitled to suppression of any evidence or to an evidentiary hearing. The Court thus DENIES Maxwell's motions to suppress (Dkt. Nos. 133, 139) (Signed by Judge Alison J. Nathan on 6/25/21)(jw) (Entered: 07/01/2021) |
| 06/30/2021 | 305 | ORDER as to Ghislaine Maxwell: Pursuant to the Court's order of June 25, 2021 (Dkt. No. 303), any proposed redactions to the Court's opinion on Maxwell's motions to suppress evidence must be filed no later than today, June 30, 2021. Any proposed redactions to the other documents ordered unsealed in that order must be filed no later than July 2, 2021. The parties shall file a joint letter by each of these dates informing the Court if no redactions are sought. SO ORDERED. (Signed by Judge Alison J. Nathan on 6/30/2021) (lnl) (Entered: 06/30/2021) |
| 06/30/2021 | 306 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated June 30, 2021 re: Joint Letter re June 25, 2021 Opinion and Order and Defense Exhibits Document filed by USA. (Pomerantz, Lara) (Entered: 06/30/2021) |
| 07/01/2021 | 308 | ORDER as to Ghislaine Maxwell. No party has proposed redactions to the Court's opinion on Maxwell's motions to suppress evidence or the documents ordered unsealed in the Courts June 25, 2021 Order (Dkt. No. 303). Thus, the Court lifts the temporary seal on its June 25, 2021 opinion on Maxwells motions to suppress. It also unseals the April 9, 2019 memorandum decision and order on the Governments application to modify the protective order in Giuffre v. Maxwell, No. 15−cv−7433, as well as the transcripts of the March 26, 2019 and April 9, 2019 ex parte hearings on that application, originally filed under seal as Exhibits D, E, F, and G to the memorandum of law in support of Maxwell's first motion to suppress (Dkt. No. 134). Maxwell shall |

| | | |
|---|---|---|
| | | file those exhibits on the public docket without redaction by July 2, 2021 (Signed by Judge Alison J. Nathan on 7/1/21)(jw) (Entered: 07/01/2021) |
| 07/01/2021 | 309 | LETTER MOTION addressed to Judge Alison J. Nathan from Alison Moe, Maurene Comey, and Lara Pomerantz dated July 1, 2021 re: Local Rule 23.1 . Document filed by USA as to Ghislaine Maxwell. (Moe, Alison) (Entered: 07/01/2021) |
| 07/02/2021 | 310 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Christian R. Everdell dated July 2, 2021 re: Cosby Opinion (Attachments: # 1 Exhibit A)(Everdell, Christian) (Entered: 07/02/2021) |
| 07/02/2021 | 311 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Christian R. Everdell dated July 2, 2021 re: Cover Letter Attaching Unsealed Exhibits for the Memorandum in Support of the Defendant's Motion Under the Due Process Clause to Suppress all Evidence Obtained from the Government's Subpoena to Boies Schiller and to Dismiss Counts Five and Six (Dkt. No. 134) (Attachments: # 1 Exhibit D, # 2 Exhibit E, # 3 Exhibit F, # 4 Exhibit G)(Everdell, Christian) (Entered: 07/02/2021) |
| 07/02/2021 | 312 | ORDER as to Ghislaine Maxwell re: Defense counsel, including David Markus, are ORDERED to respond to the Governments July 1, 2021 letter motion, Dkt. No. 309, by July 9, 2021 (Defense Counsel Responses due by 7/9/2021) (Signed by Judge Alison J. Nathan on 7/2/21)(jw) (Entered: 07/02/2021) |
| 07/09/2021 | 313 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Bobbi C. Sternheim dated 07/09/2021 re: Counsel of Record reply to Court Order Dkt 312 (Sternheim, Bobbi) (Entered: 07/09/2021) |
| 07/12/2021 | 314 | LETTER addressed to Judge Alison J. Nathan from David Oscar Markus dated 7/9/21 re: The Governments request should be denied because (1) undersigned counsel does not currently represent Ms. Maxwell, and (2) the Op–Ed did not violate the local rules. (jw) (Entered: 07/12/2021) |
| 07/30/2021 | 315 | ORDER as to Ghislaine Maxwell. The Government has moved for an order requiring David Markus to comply with Local Criminal Rule 23.1 following an op–ed that he authored opining on the merits of this pending case. Dkt. No. 309. Mr. Markus is therefore ORDERED to comply with Local Criminal Rule 23.1. The Government does not ask the Court to discipline Mr. Markus based on his op–ed and the Court declines to consider whether it violated Rule 23.1 given the potential lack of clarity with respect to whether Mr. Markus was bound by the rule. The Court emphasizes that the rule provides illustrative examples of statements that "presumptively involve a substantial likelihood that their public dissemination will interfere with a fair trial or otherwise prejudice the due administration of justice within the meaning of the rule." S.D.N.Y. Local Criminal Rule 23(d). Going forward, Mr. Markus and all lawyers associated with the pending case are now clearly on notice that their conduct falls under the purview of Local Criminal Rule 23.1. Indeed, the above concerns do not apply only to Mr. Markus. This Court has previously noted that counsel[,] agents for the parties and counsel for potential witnesses must take care to protect the Defendant's right to a fair trial by an impartial jury. Dkt. No. 28. This Court is cognizant that criminal matters heading toward trial are especially sensitive to extrajudicial statements. All those associated with this case must act to ensure the case is tried solely in court or else they risk being deemed responsible for any trial delay or for undermining the integrity of the upcoming trial. See S.D.N.Y. Local Criminal Rule 23.1(h). In addition to the impact it could have on this matter, failure to comply could also result in attorney discipline. Id. Rule 23.1(i). (Signed by Judge Alison J. Nathan on 7/30/21)(jw) Modified on 7/30/2021 (jw). (Entered: 07/30/2021) |
| 07/30/2021 | | NOTICE OF MAILING as to Ghislaine Maxwell: Copy of Order dated 7/30/21 (dkt.315) was emailed to Mr. Markus on Friday, September 30. (jbo) (Entered: 08/03/2021) |
| 08/05/2021 | 316 | INTERNET CITATION NOTE as to Ghislaine Maxwell: Material from decision with Internet citation re: 315 Order. (sjo) (Entered: 08/05/2021) |
| 08/13/2021 | 317 | OPINION & ORDER as to Ghislaine Maxwell. For the reasons above and in this Courts April 16, 2021 Opinion & Order, the Court DENIES Maxwell's motion to obtain relief specified in her supplemental pre–trial motions relating to the S2 indictment. This resolves Dkt. No. 292. (Signed by Judge Alison J. Nathan on |

| | | |
|---|---|---|
| | | 8/13/2021) (See ORDER set forth) (ap) (Entered: 08/13/2021) |
| 08/13/2021 | 318 | ORDER as to Ghislaine Maxwell: On March 19, 2021, Defendant Ghislaine Maxwell submitted a sealed and ex parte motion for an order authorizing four subpoenas pursuant to Rule 17(c)(3) of the Federal Rules of Criminal Procedure. By sealed order dated March 22, 2021, the Court provided an opportunity for recipients of the subpoenas to respond to the requests by March 30, 2021, but it received no responses. In an Opinion and Order temporarily filed under seal, the Court DENIES Maxwell's motion without prejudice. It does so after concluding that none of the proposed subpoenas conform to the factors first set out in United States v. Nixon, 418 U.S. 683, 69870 (1974). The Court will send the temporarily sealed Opinion and Order to defense counsel. By August 18, 2021, Maxwell is ORDERED to inform the Court whether she seeks sealing or limited redactions of the Court's opinion and of her original motion papers, justifying any such request by reference to the three−part test articulated by the Second Circuit in Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006). In addition, by that date Maxwell shall inform the Court whether she seeks full sealing or redactions of the original motion, again justifying any such request by reference to the Lugosch test. (Signed by Judge Alison J. Nathan on 8/13/2021) (ap) (Entered: 08/13/2021) |
| 08/13/2021 | 334 | OPINION & ORDER as to Ghislaine Maxwell. Maxwell's motion is, at this time, DENIED without prejudice. She may renew any Rule 17(c) applications upon a proper showing that each of the requested materials satisfies the Nixon test, as described above and in the Court's April 27, 2021 and June 2, 2021 Orders. The Court will file this Opinion & Order under temporary seal to allow consideration of any sealing or redaction requests. (Signed by Judge Alison J. Nathan on 8/13/2021) (See ORDER set forth) (ap) (Entered: 09/03/2021) |
| 08/18/2021 | 319 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Bobbi C. Sternheim dated 08/18/2021 re: Disruption of MDC attorney−client video teleconferences (Sternheim, Bobbi) (Entered: 08/18/2021) |
| 08/18/2021 | 320 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated August 18, 2021 re: Identification of co−conspirators Document filed by USA. (Rohrbach, Andrew) (Entered: 08/18/2021) |
| 08/19/2021 | 321 | ENDORSED LETTER as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from Bobbi C. Sternheim, dated 8/18/2021, re: Counsel writes: I write to update the Court regarding MDC ongoing interference with attorney−client communication between Ghislaine Maxwell and her counsel. ENDORSEMENT: The Government is hereby ORDERED to confer with BOP and MDC Legal and file a response to Defendant's letter on or before August 23, 2021. SO ORDERED. (Signed by Judge Alison J. Nathan on 8/19/2021) (lnl) (Entered: 08/19/2021) |
| 08/19/2021 | 322 | MEMO ENDORSEMENT as to Ghislaine Maxwell on 320 LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated August 18, 2021 re: Identification of co−conspirators. ENDORSEMENT: The parties are hereby ORDERED to meet and confer in an effort to reach an agreement on the disclosure issues raised in this letter. If the parties reach an agreement, they shall inform the Court by August 26, 2021. If the parties do not reach agreement, the Defendant may file a response to the arguments made here by the Government on or before August 30, 2021. Any response letter shall confirm that the meet and confer occurred. SO ORDERED. (Signed by Judge Alison J. Nathan on 8/19/2021) (lnl) (Entered: 08/19/2021) |
| 08/19/2021 | 323 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Christian R. Everdell dated August 19, 2021 re: Redactions to Motion for 17(c) Subpoenas. (Everdell, Christian) (Entered: 08/19/2021) |
| 08/20/2021 | 324 | LETTER MOTION addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated August 20, 2021 re: Limited unsealing . Document filed by USA as to Ghislaine Maxwell. (Rohrbach, Andrew) (Entered: 08/20/2021) |

| 08/23/2021 | 325 | ORDER re: 324 LETTER MOTION addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated August 20, 2021 re: Limited unsealing. Defense counsel is ORDERED to provide this Order and the temporarily sealed Opinion and Order to the intended recipients of the subpoenas. By August 25, 2021, defense counsel is ORDERED to confirm service of this Order and the temporarily sealed Opinion and Order. The Court GRANTS the Governments request for a limited unsealing of the Court's August 13 Opinion and Order and the underlying motion papers. Dkt. No. 324. The Court will send the temporarily sealed Opinion and Order and motion papers to the Government. This resolves Dkt. No. 324. (Signed by Judge Alison J. Nathan on 8/23/21) (jw) (Entered: 08/23/2021) |
|---|---|---|
| 08/23/2021 | | Transmission to Sealed Records Clerk: as to Ghislaine Maxwell. Transmitted re: 325 Order on Letter Motion to the Sealed Records Clerk for the sealing or unsealing of document or case. (jw) (Entered: 08/23/2021) |
| 08/23/2021 | 326 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated August 23, 2021 re: Response to Defense August 18, 2021 Letter Document filed by USA. (Comey, Maurene) (Entered: 08/23/2021) |
| 08/24/2021 | 327 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Bobbi C. Sternheim dated 08/24/2021 (Sternheim, Bobbi) (Entered: 08/24/2021) |
| 08/25/2021 | 328 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Christian R. Everdell dated August 25, 2021 re: Service of Order. (Everdell, Christian) (Entered: 08/25/2021) |
| 08/25/2021 | 329 | ORDER as to Ghislaine Maxwell. Defendant submitted a letter on August 18 informing the Court about disruptions of attorney–client video teleconferences. Dkt. No. 319. After conferring with MDC Legal, the Government responded on August 23. Dkt. No. 326. According to the Government and MDC Legal, the Defendant's difficulties in communicating with her counsel via video teleconference have been resolved, and the Government's letter sufficiently addresses her other requests. The Court finds MDC Legal's assurance that Defendant's communications have not been interfered with, recorded, or listened to sufficient. No further application for relief was made in Defendant's August 24 reply. Dkt. No. 327. The Court remains confident that Ms. Maxwell is fully able to communicate with her defense counsel and to prepare for trial. If Defendant experiences further issues in communicating with her counsel, she should promptly notify the Court after conferring in good faith with the Government and MDC Legal. (Signed by Judge Alison J. Nathan on 8/25/21)(jw) (Entered: 08/25/2021) |
| 08/27/2021 | 330 | ORDER as to Ghislaine Maxwell. The Clerk's Office has now confirmed that a jury trial in this case has been scheduled to commence on November 29, 2021. This is a firm trial date. When the information is available, the Court will provide courtroom location and public access information by separate order. In light of the firm dates discussed above, it is hereby ORDERED that the parties appear for a telephone conference to discuss jury selection matters on October 21, 2021 at 12:00 P.M. Dial–in information for the parties and for public access will be provided when it is available by separate order. In light of the jury selection dates provided by the Clerks Office, the Court amends theschedule that it set on June 2, 2021 as follows. The parties shall meet and confer and submit a joint proposed juror questionnaire and joint proposed voir dire by October 11, 2021. The parties shall file a joint proposed charge and verdict sheet, with any differing proposals supported by authority or other justification, by October 27, 2021. Any motions in limine must be simultaneously filed by October 18, 2021, and any responses to motions in limine are due by October 25, 2021. Otherwise, the parties shall continue to follow the schedule that the Court set on June 2, 2021. Dkt. No. 297. IT IS FURTHER ORDERED that the parties appear for an in–person pretrial conference on November 1, 2021 at 11:00 A.M. (Pretrial Conference set for 11/1/2021 at 11:00 AM before Judge Alison J. Nathan., Telephone Conference set for 10/21/2021 at 12:00 PM before Judge Alison J. Nathan.). (Signed by Judge Alison J. Nathan on 8/27/21)(jw) (Entered: 08/27/2021) |
| 08/30/2021 | 331 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Jeffrey S. Pagliuca dated August 30, 2021 re: Response to Government Letter dated August 18, 2021, Dkt. 320 (Pagliuca, Jeffrey) (Entered: 08/30/2021) |

| 09/01/2021 | 332 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated September 1, 2021 re: Proposed Redactions Document filed by USA. (Comey, Maurene) (Entered: 09/01/2021) |
|---|---|---|
| 09/03/2021 | 333 | MEMO ENDORSEMENT as to Ghislaine Maxwell on re: 332 LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated September 1, 2021 re: Proposed Redactions. ENDORSEMENT: The Court has reviewed the proposed redactions and finds that they are narrowly tailored and necessary to protect the privacy and identities of third parties not identified on the record in this case. The intended recipients of the subpoenas did not file proposed redactions by September 1, 2021, per this Court's August 23 Order. Dkt. No. 325. The Court accordingly ORDERS Defendant to file the redacted Motion and Exhibits 1, 3, and 4, and unredacted Exhibit 2, by September 7, 2021. The Court hereby unseals the August 13 Opinion, and the Court will file the Opinion on the public docket. (Signed by Judge Alison J. Nathan on 9/2/2021) (ap) (Entered: 09/03/2021) |
| 09/03/2021 | 335 | ORDER as to Ghislaine Maxwell: The Court ORDERS that at the same time that the Government discloses Jencks Act material, the Government shall also disclose to the defense the identities of any unnamed co–conspirators who allegedly participated in the conspiracies charged in the S2 indictment to whom the Government will refer at trial. The Government is FURTHER ORDERED to disclose all co–conspirator statements it intends to offer at trial no later than October 11, as consistent with this Court's scheduling order. Dkt. No. 297 at 1. (Signed by Judge Alison J. Nathan on 9/3/2021) (See ORDER set forth) (ap) (Entered: 09/03/2021) |
| 09/07/2021 | 336 | MOTION for Discovery *(Ex Parte and In Camera for an Order Authorizing a Subpoena Pursuant to Fed. R. Crim. P. 17(c)(3))*. Document filed by Ghislaine Maxwell. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Everdell, Christian) (Entered: 09/07/2021) |
| 10/05/2021 | 337 | ORDER as to Ghislaine Maxwell. The Court is currently in the process of planning logistics for trial in this matter and requires the parties' best and current estimate of length of trial. The Court plans to have the jury sit 5 days a week from 9am until 5pm. Given that jury selection will be complete by November 19 and opening statements will occur on November 29, the Court requests that the parties provide their best estimate as to when the jury is likely to begin deliberations. This will allow the Court to assess the likelihood that trial may continue after the Christmas holiday and therefore whether the jury may be required to sit some days during the week between Christmas and New Year's Day. Accordingly, on or before October 12, 2021, the parties are ORDERED to confer and submit a joint letter with their best and current estimate as to when the jury is likely to begin deliberations. SO ORDERED. (Signed by Judge Alison J. Nathan on 10/5/2021)(bw) (Entered: 10/05/2021) |
| 10/12/2021 | 338 | MEMO ENDORSEMENT as to Ghislaine Maxwell re: Motion to Intervene....ENDORSEMENT...The motion to intervene is DENIED. SO ORDERED. (Signed by Judge Alison J. Nathan on 10/12/21)(jw) (Entered: 10/12/2021) |
| 10/12/2021 | 339 | LETTER MOTION addressed to Judge Alison J. Nathan from AUSAs Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated October 11, 2021 re: Sealing of Joint Proposed Juror Questionnaire and Voir Dire . Document filed by USA as to Ghislaine Maxwell. (Pomerantz, Lara) (Entered: 10/12/2021) |
| 10/12/2021 | 340 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated October 12, 2021 re: Trial length Document filed by USA. (Rohrbach, Andrew) (Entered: 10/12/2021) |
| 10/13/2021 | 341 | MOTION Individual Sequestered Voir Dire and Limited Attorney–Conducted Voir Dire re 339 LETTER MOTION addressed to Judge Alison J. Nathan from AUSAs Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated October 11, 2021 re: Sealing of Joint Proposed Juror Questionnaire and Voir Dire . . Document filed by Ghislaine Maxwell. (Sternheim, Bobbi) (Entered: 10/13/2021) |
| 10/13/2021 | 342 | MEMORANDUM in Support by Ghislaine Maxwell re 341 MOTION Individual Sequestered Voir Dire and Limited Attorney–Conducted Voir Dire re 339 LETTER MOTION addressed to Judge Alison J. Nathan from AUSAs Alison Moe, Lara |

| | | |
|---|---|---|
| | | Pomerantz, and Andrew Rohrbach dated October 11, 2021 re: Sealing of Joint. (Sternheim, Bobbi) (Entered: 10/13/2021) |
| 10/13/2021 | 343 | ORDER as to Ghislaine Maxwell. The Court is in receipt of Defendant's motion for an order granting individual sequestered juror voir dire and limited counsel–conducted voir dire. Dkt. No. 341. The Government is hereby ORDERED to respond by Monday, October 18, 2021 (Government Responses due by 10/18/2021) (Signed by Judge Alison J. Nathan on 10/13/21)(jw) (Entered: 10/14/2021) |
| 10/14/2021 | 344 | ORDER as to Ghislaine Maxwell. The Court received a letter via email from a lawyer for an alleged victim regarding victim attendance at the upcoming trial. The Court will file the letter under seal and forward a copy to counsel for both sides. Consistent with the Districts COVID–19 protocols, the Court will ensure public access for pretrial proceedings and trial, including several overflow rooms at the courthouse with live feeds of the proceedings. Additional information will be provided as soon as it is available. Access for alleged victims will be coordinated between the Victim Witness Unit and the District Executives Office. The contact information for each office is provided below. Furthermore, Defense counsel may coordinate access for the Defendant's family members with the District Executives Office (Signed by Judge Alison J. Nathan on 10/14/21)(jw) (Entered: 10/14/2021) |
| 10/14/2021 | 345 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Jeffrey S. Pagliuca dated October 14, 2021 re: Deadline for Filing Motion under Federal Rule of Evidence 412 (Pagliuca, Jeffrey) (Entered: 10/14/2021) |
| 10/14/2021 | 346 | MOTION to Direct MDC to deliver legal mail within one day of receipt . Document filed by Ghislaine Maxwell. (Sternheim, Bobbi) (Entered: 10/14/2021) |
| 10/14/2021 | 347 | ORDER as to Ghislaine Maxwell: The Court is in receipt of Defendant's letter regarding the deadline for filing a motion under Federal Rule of Evidence 412. Dkt. No. 345. The Government is hereby ORDERED to respond by 5:00 p.m. tomorrow, October 15, 2021. (Signed by Judge Alison J. Nathan on 10/14/2021) (ap) (Entered: 10/15/2021) |
| 10/15/2021 | 348 | ORDER as to Ghislaine Maxwell: The Court is in receipt of Defendant's letter regarding delivery of Defendant's legal mail at MDC. Dkt. No. 346. The Government is hereby ORDERED to respond as soon as possible but by no later than today, October 15, 2021 at 5:00 p.m. (Signed by Judge Alison J. Nathan on 10/15/2021) (ap) (Entered: 10/15/2021) |
| 10/15/2021 | 349 | SEALED DOCUMENT placed in vault. (jus) (Entered: 10/15/2021) |
| 10/15/2021 | 350 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated October 15, 2021 re: Delivery of Legal Mail at MDC Document filed by USA. (Pomerantz, Lara) (Entered: 10/15/2021) |
| 10/15/2021 | 351 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated October 15, 2021 re: Federal Rule of Evidence 412 Document filed by USA. (Pomerantz, Lara) (Entered: 10/15/2021) |
| 10/15/2021 | 352 | LETTER RESPONSE in Support of Motion by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Bobbi C. Sternheim dated 10/15/2021 re: 346 MOTION to Direct MDC to deliver legal mail within one day of receipt .. (Sternheim, Bobbi) (Entered: 10/15/2021) |
| 10/15/2021 | 353 | ENDORSED LETTER as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from Counsels of record for the Government dated 10/15/21 re: Government response to Order of The Court dated 10/15/21 (Dkt No. 348).ENDORSEMENT: Based on the information in this letter the Court will not enter the Defendant's requested order. See Dkt. 346. However, it is the Court's firm expectation that a defendant in a pre–trial posture like Ms. Maxwell will in most circumstances receive legal mail within approximately 1 business day. Going forward, if another delay occurs, the Defendant may renew the request for a specific order requiring delivery within the time frame. With this understanding and in light of the unusually early pre–trial disclosure schedule set by the Court, the Court remains confident that Ms. Maxwell and her |

| | | |
|---|---|---|
| | | attorneys are fully able to prepare for trial. This resolves Dkt. No. 346. SO Ordered.. (Signed by Judge Alison J. Nathan on 10/15/21)(jm) (Entered: 10/15/2021) |
| 10/15/2021 | 354 | MEMO ENDORSEMENT as to Ghislaine Maxwell on 351 LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated October 15, 2021 re: Federal Rule of Evidence 412. ENDORSEMENT: For the reasons stated in this letter, the Court finds that there is good cause for any motion under Federal Rule of Evidence 412 to be filed no later than October 27, 2021. Any response will be due November 1, 2021. Any hearing will tentatively be scheduled for November 5, 2021.Additional details will be provided if and when any motions are filed. SO ORDERED. (Motions due by 10/27/2021. Responses due by 11/1/2021) (Signed by Judge Alison J. Nathan on 10/15/2021) (lnl) (Entered: 10/18/2021) |
| 10/18/2021 | | ***DELETED DOCUMENT. Deleted document number 354 Rule 5(f) as to Ghislaine Maxwell. The document was incorrectly filed in this case. (jm) (Entered: 10/18/2021) |
| 10/18/2021 | 355 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated October 18, 2021 re: Response to Defense Motion for Limited Attorney–Conducted Voir Dire and Individual Sequestered Voir Dire Document filed by USA. (Pomerantz, Lara) (Entered: 10/18/2021) |
| 10/18/2021 | 356 | REPLY TO RESPONSE to Motion by Ghislaine Maxwell re 341 MOTION Individual Sequestered Voir Dire and Limited Attorney–Conducted Voir Dire re 339 LETTER MOTION addressed to Judge Alison J. Nathan from AUSAs Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated October 11, 2021 re: Sealing of Joint. (Sternheim, Bobbi) (Entered: 10/18/2021) |
| 10/18/2021 | 357 | NOTICE of Defendant Ghislaine Maxwell's Motions in Limine as to Ghislaine Maxwell (Pagliuca, Jeffrey) (Entered: 10/18/2021) |
| 10/18/2021 | 358 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Jeffrey S. Pagliuca dated October 18, 2021 re: United States v. Ghislaine Maxwell, 20 Cr. 330 (AJN) (Pagliuca, Jeffrey) (Entered: 10/18/2021) |
| 10/18/2021 | 359 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated October 18, 2021 re: Cover letter for Government Motions in Limine Document filed by USA. (Rohrbach, Andrew) (Entered: 10/18/2021) |
| 10/19/2021 | 360 | ORDER as to Ghislaine Maxwell. As noted in its previous order, the Court will hold a telephone conference to discuss jury selection matters on October 21, 2021 at 12:00 p.m. Dkt. No. 330. Members of the press and the public in the United States may access the live audio feed of the proceeding by calling 844–721–7237 and using access code 9991787. Those outside of the United States may access the live audio feed by calling 409–207–6951 and using the same access code. The Court will provide counsel for both sides an additional dial–in number to be used by counsel, the Defendant, alleged victims, and any family members of the Defendant. Any photographing, recording, or rebroadcasting of federal court proceedings is prohibited by law. Violation of these prohibitions may result in fines or sanctions, including monetary fines, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. SO ORDERED. (Signed by Judge Alison J. Nathan on 10/19/2021)(bw) (Entered: 10/19/2021) |
| 10/20/2021 | 361 | ORDER as to Ghislaine Maxwell: At the telephone conference scheduled to take place on October 21, 2021, in which the Court will discuss jury selection matters and logistics with the parties, the Court will hear from counsel regarding the unopposed request to seal their joint proposed juror questionnaire and voir dire. See Dkt. No. 339. The Court will also inquire as to whether the sealing request extends to the Court's draft questionnaire and voir dire and any justification for such sealing. In the meantime, the Court will today transmit via email its draft questionnaire and draft voir dire to the parties so that the drafts can be discussed at the conference tomorrow. After the Court explains how jury selection will proceed, the parties should be prepared to raise any objections to the Court's draft questionnaire and voir dire. SO ORDERED. (Signed by Judge Alison J. Nathan on 10/20/2021) (lnl) (Entered: 10/20/2021) |

| | | |
|---|---|---|
| 10/20/2021 | 362 | LETTER RESPONSE in Opposition by Reporters Committee for Freedom of the Press as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from Reporters Committee for Freedom of the Press and 17 News Media Organizations dated October 20, 2021 re: 339 LETTER MOTION addressed to Judge Alison J. Nathan from AUSAs Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated October 11, 2021 re: Sealing of Joint Proposed Juror Questionnaire and Voir Dire .. (Townsend, Katielynn) (Entered: 10/20/2021) |
| 10/21/2021 | 363 | LETTER as to USA v. Ghislaine Maxwell addressed to Judge Alison J. Nathan from Pete Brush, reporter, New York federal courts, dated Thu 10/21/2021 11:28 AM re: members of SDNY press corps join RCFP in opposition to secret jury selection in USA v. Maxwell. (bw) (Entered: 10/21/2021) |
| 10/21/2021 | | Minute Entry for proceedings held before Judge Alison J. Nathan: Pretrial Conference as to Ghislaine Maxwell held on 10/21/2021. Defendant Ghislaine Maxwell present via telephone with attorney Bobbi Sternheim, Jeff Pagliuca, Christian Everdell and Laura Menninger via telephone. AUSA Lara Pomerantz, Maurene Comey, Alison Moe and Andrew Rohrbach for the government via telephone. Court Reporter Carol Ganley via telephone. Pretrial Conference held via telephone. Defendant remains remanded. See Transcript. (jbo) (Entered: 10/25/2021) |
| 10/22/2021 | 364 | ORDER as to Ghislaine Maxwell: For the reasons stated on the record at yesterday's conference, the Court will implement the following procedures for jury selection: A screening questionnaire will be administered on November 4, 5, and 12. The Clerk's Office will create a corresponding list of names and randomly assigned juror numbers. The list will be provided to counsel and the Court for use throughout jury selection. Jurors will be identified on the questionnaire and in court throughout the process by their assigned number only. Completed questionnaires will be copied and distributed to defense counsel by the U.S. Attorney's Office. After reviewing the completed questionnaires, counsel must confer in good faith and jointly submit four lists: (1) prospective jurors that both sides agree should proceed to voir dire; (2) prospective jurors that both sides agree should be excused; (3) prospective jurors that the defense, but not the Government believes should be excused; and (4) prospective jurors that the Government, but not the defense believes should be excused. Lists for questionnaires completed on November 4 and 5 will be due to the Court via email by November 7. Lists for questionnaires completed on November 12 will be due to the Court via email by November 13. If necessary, there will be an in−person conference on November 15 at 9:30 a.m. to resolve any disputes. Voir dire will proceed on November 16−19. The Court will conduct one−on−one voir dire with each prospective juror in the presence of the parties and with public access to the proceeding. At the conference, both sides indicated the potential need for additional procedures during voir dire under certain circumstances. See Transcript at 1011. As the Court indicated, it will consider proposed narrowly tailored measures that may be necessary during voir dire on a case−by−case basis. See id. at 12. The Court will decide in due course whether the exercise of peremptory strikes will proceed on November 19 or November 29. The Court implements these procedures taking into account the significant publicity this case has garnered, the nature of the charges, and the District's COVID−19 protocols. These procedures are carefully balanced and tailored to ensure the safety of the parties and prospective jurors in light of the continuing pandemic; to ensure juror candor, impartiality, and privacy; and to ensure the First Amendment right to public access of criminal proceedings. Also for the reasons stated on the record at yesterday's conference, the request to seal the parties' proposed questionnaire and voir dire and the Court's draft questionnaire and voir dire until after jury selection is completed is denied. Although the Court has and will continue to implement tailored measures to ensure a fair trial despite significant media interest, see Dkt. Nos. 28, 81, 95, 99, 101, 232, 241, 284, 301, 315, the defense did not justify sealing the entirety of the proposed and draft questionnaires and voir dire. See Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006). The Court's planned individual voir dire process is designed to carefully probe the prior exposure to and the potential influence of any pre−trial media. As noted at the conference, the parties may continue to propose for the Court's consideration, any appropriate and tailored procedures in light of the specific factors related to this case and upcoming trial. SO ORDERED. (Signed by Judge Alison J. Nathan on 10/22/2021) (lnl) (Entered: 10/22/2021) |
| 10/22/2021 | 365 | ORDER as to Ghislaine Maxwell: Attached are the Court's draft jury questionnairewith changes adopted at yesterday's proceeding in redlineand draft voir |

| | | |
|---|---|---|
| | | dire. In light of the District's COVID–19 protocols, the Court has proposed an additional question on page 6 of the questionnaire, which is also indicated in redline. SO ORDERED. (Signed by Judge Alison J. Nathan on 10/22/2021) (lnl) (Entered: 10/22/2021) |
| 10/22/2021 | 366 | ORDER as to Ghislaine Maxwell: As discussed at yesterday's conference, attached is the Courts draft preliminary remarks to be recorded and played before each questionnaire session. The parties may suggest any proposed edits by letter on or before October 26, 2021, or they shall indicate by that date that they have no objections or suggestions. SO ORDERED. (Signed by Judge Alison J. Nathan on 10/22/2021) (lnl) (Entered: 10/22/2021) |
| 10/22/2021 | 367 | PROPOSED EXAMINATION OF JURORS by USA as to Ghislaine Maxwell. (Attachments: # 1 Exhibit Joint Proposed Examination of Prospective Jurors)(Pomerantz, Lara) (Entered: 10/22/2021) |
| 10/25/2021 | 368 | ORDER as to Ghislaine Maxwell. On October 18, 2021, the parties filed their respective motions in limine. Dkt. Nos. 355, 357, 358. Responses are due today, October 25, 2021. The parties are further ORDERED that reply briefs, if any, are due by October 27, 2021, to file the joint proposed and any replies must be filed as a single document. The parties are ORDERED to file on the public docket all briefing with both parties proposed redactions, and a joint letter justifying any requested redactions by reference to the three–part test articulated by the Second Circuit in Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006), on or before October 29, 2021. ( Replies due by 10/27/2021.) (Signed by Judge Alison J. Nathan on 10/25/21)(jw) (Entered: 10/25/2021) |
| 10/25/2021 | 369 | LETTER MOTION addressed to Judge Alison J. Nathan from Christian R. Everdell dated 10/25/21 re: Extension of Time to File Joint Proposed Jury Charge and Verdict Sheet . Document filed by Ghislaine Maxwell. (Everdell, Christian) (Entered: 10/25/2021) |
| 10/25/2021 | 370 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Jeffrey S. Pagliuca dated October 25, 2021 re: United States v. Ghislaine Maxwell, 20 Cr. 330 (AJN) (Pagliuca, Jeffrey) (Entered: 10/25/2021) |
| 10/26/2021 | 371 | MEMO ENDORSEMENT 369 LETTER MOTION addressed to Judge Alison J. Nathan from Christian R. Everdell dated 10/25/21 re: Extension of Time to File Joint Proposed Jury Charge and Verdict Sheet. To request a one–week extension until November 3, 2021, to file the joint proposed jury charge and verdict sheet, which are currently due on October 27, 2021...ENDORSEMENT...SO ORDERED. (Signed by Judge Alison J. Nathan on 10/26/21) (jw) (Entered: 10/26/2021) |
| 10/26/2021 | 372 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated October 26, 2021 re: the Court's draft preliminary remarks Document filed by USA. (Pomerantz, Lara) (Entered: 10/26/2021) |
| 10/26/2021 | 373 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Bobbi C. Sternheim dated 10/26/2021 re: Response to court order (Sternheim, Bobbi) (Entered: 10/27/2021) |
| 10/27/2021 | 375 | REPLY by Ghislaine Maxwell re: 372 Letter filed by USA . (Sternheim, Bobbi) (Entered: 10/27/2021) |
| 10/27/2021 | 376 | ORDER as to Ghislaine Maxwell. The Court is receipt of the parties' letters regarding the jury questionnaire and voir dire. See Dkt. Nos. 372, 373, 375. The Court will provide counsel the corresponding list of juror names and assigned juror numbers on November 16 at the commencement of voir dire. The placeholder for the juror information sheet in the Courts draft questionnaire refers to the information sheet required by the Jury Department. See Dkt. No. 365. The information sheet will be removed and collected by the Jury Department from the packet before the parties review of the questionnaires. The Court is still considering the logistics of when peremptory strikes will be exercised, but the Court anticipates peremptory strikes will be exercised on November 29. Assuming so, the swearing in of the jury, preliminary instructions, and opening statements would commence immediately following the simultaneous (via submission of lists) exercise of peremptory challenges. (Signed by |

| | | Judge Alison J. Nathan on 10/27/21)(jw) (Entered: 10/27/2021) |
|---|---|---|
| 10/27/2021 | 377 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Jeffrey S. Pagliuca dated October 27, 2021 re: Ms. Maxwell's Fed. R. Evid. 412 Motion (Pagliuca, Jeffrey) (Entered: 10/27/2021) |
| 10/27/2021 | 378 | NOTICE of of Motion Under Federal Rule of Evidence 412 as to Ghislaine Maxwell (Pagliuca, Jeffrey) (Entered: 10/27/2021) |
| 10/28/2021 | 379 | ORDER as to Ghislaine Maxwell. As noted in its previous order, the Court will hold an in−person pretrial conference on November 1, 2021 at 11:00 a.m. Dkt. No. 330. The conference will take place in Courtroom 518 of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at 40 Foley Square, New York, New York. In accordance with its prior Order, the Court will ensure access for alleged victims and any members of the Defendants family. Dkt. No. 344. Two pool reporters will be permitted in the courtroom proper. (Pretrial Conference set for 11/1/2021 at 11:00 AM in Courtroom 518, 40 Centre Street, New York, NY 10007 before Judge Alison J. Nathan.) (Signed by Judge Alison J. Nathan on 10/28/21)(jw) (Entered: 10/28/2021) |
| 10/29/2021 | 380 | MOTION in Limine . Document filed by USA as to Ghislaine Maxwell. (Attachments: # 1 Exhibit Exhibit A)(Rohrbach, Andrew) (Entered: 10/29/2021) |
| 10/29/2021 | 381 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Bobbi C. Sternheim dated 10/29/2021 re: Legal Mail Delivery Request (Sternheim, Bobbi) (Entered: 10/29/2021) |
| 10/29/2021 | 382 | RESPONSE to Motion by Ghislaine Maxwell re: 380 MOTION in Limine .. (Attachments: # 1 Exhibit A (Filed Under Seal), # 2 Exhibit B (Filed Under Seal), # 3 Exhibit C (Filed Under Seal), # 4 Exhibit D (Filed Under Seal), # 5 Exhibit E, # 6 Exhibit F (Filed Under Seal), # 7 Exhibit G, # 8 Exhibit H (Filed Under Seal), # 9 Exhibit I (Filed Under Seal))(Pagliuca, Jeffrey) (Entered: 10/29/2021) |
| 10/29/2021 | 383 | REPLY MEMORANDUM OF LAW in Support by USA as to Ghislaine Maxwell re: 380 MOTION in Limine . . (Rohrbach, Andrew) (Entered: 10/29/2021) |
| 10/29/2021 | 384 | MOTION in Limine *to Preclude the Introduction of Alleged Co−Conspirator Statements as a Sanction for Failing to Comply with This Court's September 3, 2021 Order*. Document filed by Ghislaine Maxwell. (Attachments: # 1 Exhibit 1)(Pagliuca, Jeffrey) (Entered: 10/29/2021) |
| 10/29/2021 | 385 | MOTION in Limine *to Exclude Any Evidence Offered by the Government Pursuant to Fed. R. Evid. 404(b) for Failure to Comply with the Rule's Notice Requirement*. Document filed by Ghislaine Maxwell. (Attachments: # 1 Exhibit A)(Pagliuca, Jeffrey) (Entered: 10/29/2021) |
| 10/29/2021 | 386 | MOTION in Limine *to Exclude Under Federal Rule of Evidence 702 and Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993) and Request for Daubert Hearing*. Document filed by Ghislaine Maxwell. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Pagliuca, Jeffrey) (Entered: 10/29/2021) |
| 10/29/2021 | 387 | MOTION in Limine *to Exclude Evidence Related to Accuser−3*. Document filed by Ghislaine Maxwell. (Attachments: # 1 Exhibit A − Filed Under Seal, # 2 Exhibit B − Filed Under Seal)(Everdell, Christian) (Entered: 10/29/2021) |
| 10/29/2021 | 388 | MOTION in Limine *to Exclude Evidence of Alleged Flight*. Document filed by Ghislaine Maxwell. (Everdell, Christian) (Entered: 10/29/2021) |
| 10/29/2021 | 389 | MOTION in Limine *to Exclude Evidence of Alleged False Statement Evidence*. Document filed by Ghislaine Maxwell. (Everdell, Christian) (Entered: 10/29/2021) |
| 10/29/2021 | 390 | MOTION in Limine *to Exclude Government Exhibit 52, an Unauthenticated Hearsay Document from Suspect Sources*. Document filed by Ghislaine Maxwell. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Pagliuca, Jeffrey) (Entered: 10/29/2021) |
| 10/29/2021 | 391 | MOTION in Limine *to Exclude Items Purportedly Seized During Search of 358 El Brillo Way on October 20, 2005*. Document filed by Ghislaine Maxwell. (Attachments: # 1 Exhibit A)(Pagliuca, Jeffrey) (Entered: 10/29/2021) |

| 10/29/2021 | 392 | MOTION in Limine *to Suppress Identification*. Document filed by Ghislaine Maxwell. (Attachments: # 1 Exhibit A)(Pagliuca, Jeffrey) (Entered: 10/29/2021) |
|---|---|---|
| 10/29/2021 | 393 | MOTION in Limine *to Preclude Law Enforcement Witnesses from Offering Expert Opinion Testimony*. Document filed by Ghislaine Maxwell. (Pagliuca, Jeffrey) (Entered: 10/29/2021) |
| 10/29/2021 | 394 | MOTION in Limine *to Preclude Testimony About Any Alleged "Rape" by Jeffrey Epstein*. Document filed by Ghislaine Maxwell. (Pagliuca, Jeffrey) (Entered: 10/29/2021) |
| 10/29/2021 | 395 | MOTION in Limine *to Preclude Reference to the Accusers as "Victims" or "Minor Victims"*. Document filed by Ghislaine Maxwell. (Pagliuca, Jeffrey) (Entered: 10/29/2021) |
| 10/29/2021 | 396 | MOTION in Limine *to Preclude Introduction of Government's Exhibits 251, 288, 294, 313 and 606*. Document filed by Ghislaine Maxwell. (Attachments: # 1 Exhibit A)(Pagliuca, Jeffrey) (Entered: 10/29/2021) |
| 10/29/2021 | 397 | RESPONSE in Opposition by USA as to Ghislaine Maxwell re: 386 MOTION in Limine *to Exclude Under Federal Rule of Evidence 702 and Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993) and Request for Daubert Hearing.*, 396 MOTION in Limine *to Preclude Introduction of Government's Exhibits 251, 288, 294, 313 and 606.*, 390 MOTION in Limine *to Exclude Government Exhibit 52, an Unauthenticated Hearsay Document from Suspect Sources.*, 389 MOTION in Limine *to Exclude Evidence of Alleged False Statement Evidence.*, 388 MOTION in Limine *to Exclude Evidence of Alleged Flight.*, 387 MOTION in Limine *to Exclude Evidence Related to Accuser−3.*, 384 MOTION in Limine *to Preclude the Introduction of Alleged Co−Conspirator Statements as a Sanction for Failing to Comply with This Court's September 3, 2021 Order.*, 395 MOTION in Limine *to Preclude Reference to the Accusers as "Victims" or "Minor Victims".*, 385 MOTION in Limine *to Exclude Any Evidence Offered by the Government Pursuant to Fed. R. Evid. 404(b) for Failure to Comply with the Rule's Notice Requirement.*, 394 MOTION in Limine *to Preclude Testimony About Any Alleged "Rape" by Jeffrey Epstein.*, 391 MOTION in Limine *to Exclude Items Purportedly Seized During Search of 358 El Brillo Way on October 20, 2005.*, 392 MOTION in Limine *to Suppress Identification.*, 393 MOTION in Limine *to Preclude Law Enforcement Witnesses from Offering Expert Opinion Testimony.*. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B)(Rohrbach, Andrew) (Entered: 10/29/2021) |
| 10/29/2021 | 398 | REPLY TO RESPONSE to Motion by Ghislaine Maxwell re 386 MOTION in Limine *to Exclude Under Federal Rule of Evidence 702 and Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993) and Request for Daubert Hearing.*, 396 MOTION in Limine *to Preclude Introduction of Government's Exhibits 251, 288, 294, 313 and 606.*, 390 MOTION in Limine *to Exclude Government Exhibit 52, an Unauthenticated Hearsay Document from Suspect Sources.*, 389 MOTION in Limine *to Exclude Evidence of Alleged False Statement Evidence.*, 388 MOTION in Limine *to Exclude Evidence of Alleged Flight.*, 387 MOTION in Limine *to Exclude Evidence Related to Accuser−3.*, 384 MOTION in Limine *to Preclude the Introduction of Alleged Co−Conspirator Statements as a Sanction for Failing to Comply with This Court's September 3, 2021 Order.*, 395 MOTION in Limine *to Preclude Reference to the Accusers as "Victims" or "Minor Victims".*, 385 MOTION in Limine *to Exclude Any Evidence Offered by the Government Pursuant to Fed. R. Evid. 404(b) for Failure to Comply with the Rule's Notice Requirement.*, 394 MOTION in Limine *to Preclude Testimony About Any Alleged "Rape" by Jeffrey Epstein.*, 391 MOTION in Limine *to Exclude Items Purportedly Seized During Search of 358 El Brillo Way on October 20, 2005.*, 392 MOTION in Limine *to Suppress Identification.*, 393 MOTION in Limine *to Preclude Law Enforcement Witnesses from Offering Expert Opinion Testimony.*. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Pagliuca, Jeffrey) (Entered: 10/29/2021) |
| 10/29/2021 | 399 | JOINT LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated Oct. 28, 2021 re: Justifications for redactions Document filed by USA. (Rohrbach, Andrew) (Entered: 10/29/2021) |

| | | |
|---|---|---|
| 10/29/2021 | 402 | ORDER as to Ghislaine Maxwell. The Court is in receipt of Defendant's letter regarding delivery of Defendant's legal mail at MDC. Dkt. No. 381. The Government is hereby ORDERED to respond by Tuesday, November 2, 2021 at 12:00 p.m. SO ORDERED. (Signed by Judge Alison J. Nathan on 10/29/2021)(bw) (Entered: 11/02/2021) |
| 10/31/2021 | 400 | ORDER as to Ghislaine Maxwell. The Court is in receipt of the Defendant's motion under Federal Rule of Evidence 412, Dkt. No. 378, and the Defendant's motion in limine to exclude under Federal Rule of Evidence 702 and Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993), Dkt. No. 386. The issues raised in the two motions overlap significantly. The Court is required under Federal Rule of Evidence 412 to conduct an in camera hearing. Fed. R. Evid. 412 ("Before admitting evidence under this rule, the court must conduct an in camera hearing and give the victim and parties a right to attend and be heard. Unless the court orders otherwise, the motion, related materials, and the record of the hearing must remain under seal.). In addition, the Court has determined it will conduct a Daubert hearing with respect to the Defendant's motion under Federal Rule of Evidence 702. Because of the overlap in the substance of the motions, the Court will conduct the two proceedings back to back. The Court previously set a tentative date for the Rule 412 Motion hearing as November 5, 2021. Dkt. No. 354. The Court is prepared to proceed with both hearings on that date. Alternatively, the proceedings could be held on either the afternoon of November 9 or the afternoon of November 10. The Government shall confer with its proposed expert regarding availability for the Daubert hearing as well as with alleged victims who wish to attend and be heard at the Rule 412 Motion hearing. After doing so, the parties shall confer with each other as to availability. On or before November 2, 2021, the parties shall jointly file a letter with the Court indicating whether the parties request that the hearings be held on November 5, 9, or 10. SO ORDERED. (Signed by Judge Alison J. Nathan on 10/31/2021)(bw) (Entered: 11/01/2021) |
| 11/01/2021 | 401 | ORDER as to Ghislaine Maxwell. The Court is in receipt of the parties' proposed redactions to the parties' motions in limine, responses in opposition, replies in support, and related exhibits. As the Court indicated at today's conference, some of the parties' proposed redactions are overbroad considering the three–part test articulated by the Second Circuit in Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006). In particular, for the reasons stated at today's conference, the Court denies the Government's request to redact section ten of the Government's motion in limine. See Dkt. No. 380. The Court will also not permit redactions pertaining to the general description of evidence or anticipated testimony as such redactions are unnecessary to protect the privacy interests of the individuals implicated. Accordingly, the parties must propose more tailored redactions consistent with the Court's discussion at today's conference. The parties are ORDERED to submit the proposals to the Court via email by November 4, 2021. In order to facilitate the Court's review of the requests, the Court requires the parties to submit the proposed redactions as a single document and with the proposed redactions highlighted. The Defendant's proposed redactions should be highlighted in one color, and the Government's a different color. The Court will rule on the proposed redactions expeditiously. SO ORDERED. (Signed by Judge Alison J. Nathan on 11/1/2021)(bw) (Entered: 11/02/2021) |
| 11/01/2021 | | Minute Entry for proceedings held before Judge Alison J. Nathan: Pretrial Conference as to Ghislaine Maxwell held on 11/1/2021. Defendant Ghislaine Maxwell present with attorney Bobbi Sternheim, Jeff Pagliuca, Christian Everdell and Laura Menninger. AUSA Lara Pomerantz, Maurene Comey, Alison Moe and Andrew Rohrbach for the government. Court Reporters Pamela Utter and Michael McDaniel. Pretrial Conference held. Defendant remains remanded. See Transcript. (jbo) (Entered: 11/02/2021) |
| 11/02/2021 | 403 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated November 2, 2021 re: Delivery of Legal Mail at MDC Document filed by USA. (Pomerantz, Lara) (Entered: 11/02/2021) |
| 11/02/2021 | 404 | ORDER as to Ghislaine Maxwell. As discussed at yesterday's conference, attached is the Court's draft preliminary remarks to be recorded and played before each voir dire session. The parties may suggest any proposed edits or additions by letter on or before November 8, 2021, or they shall indicate by that date that they have no objections or suggestions. SO ORDERED. (Signed by Judge Alison J. Nathan on 11/2/2021)(bw) |

| | | |
|---|---|---|
| | | (Entered: 11/02/2021) |
| 11/02/2021 | 405 | JOINT LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated November 2, 2021 re: Trial length Document filed by USA. (Rohrbach, Andrew) (Entered: 11/02/2021) |
| 11/02/2021 | 406 | JOINT LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Jeffrey S. Pagliuca dated November 2, 2021 re: Fed. R. Evid. 412 and 702 Motions Hearing Date (Pagliuca, Jeffrey) (Entered: 11/02/2021) |
| 11/03/2021 | 407 | MOTION for Reconsideration *Re: Disclosure of Juror Names to Counsel Only upon completion of Questionnaire.* Document filed by Ghislaine Maxwell. (Sternheim, Bobbi) (Entered: 11/03/2021) |
| 11/03/2021 | 408 | MOTION for Reconsideration *re: Release on Bond.* Document filed by Ghislaine Maxwell. (Sternheim, Bobbi) (Entered: 11/03/2021) |
| 11/03/2021 | 409 | ORDER as to Ghislaine Maxwell. The Court is in receipt of the parties' joint letter in response to this Court's order dated October 31, 2021. Dkt. No. 406. The Court will hold a hearing on November 10, 2021 at 9:00 a.m. on the Defendant's motion under Federal Rule of Evidence 412, Dkt. No. 378, the Defendant's motion in limine to exclude under Federal Rule of Evidence 702 and Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993), Dkt. No. 386, and the other outstanding issues that overlap with these two motions as discussed at the November 1, 2021 conference. The proceeding will take place in Courtroom 110 of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at 40 Foley Square, New York, New York. The Court will provide information on public access (for the portion of the Daubert hearing that does not overlap with the Rule 412 issues) as soon as it is available. Otherwise, the Court will order the following briefing schedule if the Government seeks to exclude any of the Defendant's anticipated witness testimony as disclosed in her November 1, 2021 notice. See Dkt. No. 406: Government brief to be filed on ECF: November 8, 2021; Defense response brief to be filed on ECF: November 11, 2021. The parties are further ORDERED to docket Exhibit A to Dkt. No. 406 with any proposed redactions on or before November 8, 2021. In order to facilitate the Court's review of any proposed redactions, the parties must also submit via email a highlighted copy. SO ORDERED. ( Status Conference set for 11/10/2021 at 09:00 AM in Courtroom 110, 40 Centre Street, New York, NY 10007 before Judge Alison J. Nathan. ) (Signed by Judge Alison J. Nathan on 11/3/2021)(bw) (Entered: 11/03/2021) |
| 11/03/2021 | 412 | ORDER as to Ghislaine Maxwell. The Court is in receipt of the Government's letter dated November 2, 2021. Dkt. No. 403. The Government is hereby ORDERED to confer further with MDC legal counsel and file a letter regarding Defendant's transportation to the courthouse for proceedings in this matter on or before November 8, 2021. The Court hereby authorizes the letter to be filed under seal because such information may implicate security concerns. The Court will also confer with the United States Marshal for the Southern District of New York and with the District Executive regarding transportation of the Defendant for upcoming in court proceedings and trial. With respect to legal mail, the Court requires MDC Legal Counsel to consider what additional steps can be taken (including what steps by counsel for the Government or the Defendant) to ensure that within the weeks leading up to trial, Ms. Maxwell promptly receives her legal mail. The Government shall docket a letter with MDC Legal Counsel's proposal on or before November 8, 2021. The Court will also transmit this Order to Chief Judge Brodie, who is overseeing the litigation and mediation in Case No. 19–cv–660 (E.D.N.Y.) regarding access to counsel for pre–trial detainees being held at the MDC so that the issue can be discussed as to all MDC pre–trial detainees who require prompt access to legal mail in the weeks leading up to their trials. SO ORDERED. (Signed by Judge Alison J. Nathan on 11/3/2021)(bw) (Entered: 11/04/2021) |
| 11/03/2021 | | Transmission to Sealed Records Clerk: as to Ghislaine Maxwell. Transmitted re: 412 Order, to the Sealed Records Clerk for the sealing of document. (bw) (Entered: 11/04/2021) |

| 11/03/2021 | 413 | ORDER as to Ghislaine Maxwell. The Court is in receipt of the Defendant's motions for reconsideration. See Dkt. Nos. 407, 408. The Government is hereby ORDERED to respond to Defendant's motion for reconsideration, Dkt. No. 408, on or before November 8, 2021. As to the motion for reconsideration regarding the disclosure of juror names, the Court reminds counsel of the following. First, as the Court previously indicated, the lawyers will be provided the names of jurors on November 16, prior to the commencement of the voir dire process. Second, the Court has now resolved the logistical issues regarding the ability to conduct peremptory challenges on November 29 and the Court can now confirm that peremptory strikes will not be exercised until November 29. Finally, as previously indicated, although only 40 qualified jurors are needed for the exercise of peremptory strikes, the Court will seek to qualify approximately 50 to 60 prospective jurors to return on November 29 for the exercise of peremptory strikes. If counsel for either side learns of any additional information that would be a basis for a strike for cause prior to November 29, they shall immediately raise the issue with the Court. Bearing in mind this information, the Government is ORDERED to respond to Defendant's motion for reconsideration, Dkt. No. 407, on or before November 4, 2021. SO ORDERED. (Signed by Judge Alison J. Nathan on 11/3/2021)(bw) (Entered: 11/04/2021) |
| 11/04/2021 | 410 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated November 3, 2021 re: RTC and Verdict Sheet Document filed by USA. (Attachments: # 1 Exhibit Request to Charge, # 2 Exhibit Verdict sheet)(Rohrbach, Andrew) (Entered: 11/04/2021) |
| 11/04/2021 | 411 | LETTER MOTION addressed to Judge Alison J. Nathan from AUSAs Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated November 4, 2021 re: Reconsideration of Court Order (Dkt. 409) . Document filed by USA as to Ghislaine Maxwell. (Pomerantz, Lara) (Entered: 11/04/2021) |
| 11/04/2021 | 414 | MEMO ENDORSEMENT as to Ghislaine Maxwell on re: 411 LETTER MOTION filed by USA addressed to Judge Alison J. Nathan from AUSAs Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated November 4, 2021 re: Reconsideration of Court Order (Dkt. 409). ENDORSEMENT: The Court hereby DENIES the Government's request as to Dr. Park Dietz and Dr. Elizabeth Loftus. Pursuant to this Court's Order, if the Government seeks to exclude these anticipated witnesses, briefing must be submitted by November 8, 2021. Dkt. No. 409. As to the remaining individuals disclosed in Defendant's notice, the Court GRANTS the Government's request. If the Government seeks to exclude those anticipated witnesses, briefing must be submitted by November 15, 2021, with a response by Defendant due November 19, 2021. SO ORDERED. (Signed by Judge Alison J. Nathan on 11/4/2021)(bw) (Entered: 11/04/2021) |
| 11/04/2021 | 415 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated November 4, 2021 re: Reply to Defendant's Motion for Reconsideration regarding Disclosure of Juror Names Document filed by USA. (Pomerantz, Lara) (Entered: 11/04/2021) |
| 11/05/2021 | 416 | MEMO ENDORSEMENT as to Ghislaine Maxwell on re: 415 LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated November 4, 2021 re: Reply to Defendant's Motion for Reconsideration regarding Disclosure of Juror Names. ENDORSEMENT: For the reasons stated in the Government's letter, the motion for reconsideration, Dkt. No. 407, is DENIED. SO ORDERED. (Signed by Judge Alison J. Nathan on 11/5/2021) (ap) (Entered: 11/05/2021) |
| 11/08/2021 | 417 | ORDER as to Ghislaine Maxwell: The Court is in receipt of the Government's supplemental letter regarding its opposition to the defense motion to exclude evidence of Minor Victim–3. See Dkt. No. 387. The letter is submitted temporarily under seal to allow defense counsel the opportunity to propose any additional redactions beyond what the Government proposes. At the November 1, 2021 conference, the Court asked the Government to provide its position as to whether Alleged "Victim–3" could be considered a "victim" of the crimes charged in the indictment for any legal purpose, including for purposes of restitution under 18 U.S.C. § 3663(a)(2). See Transcript at 71–72. The Government's supplemental letter does not address this issue. While acknowledging that the Court's request may have been unclear, the Government is now |

| | | |
|---|---|---|
| | | ORDERED to file a supplemental letter responsive to the Court's question on or before 12:00 p.m. on November 7, 2021. For the sake of clarity, the Government is directed to state its position as to whether this anticipated witness could be deemed a victim of any of the crimes charged in the indictment for any legal purpose, including for purposes of restitution under 18 U.S.C. § 3663(a)(2). SO ORDERED. (Signed by Judge Alison J. Nathan on 11/6/2021) (lnl) (Entered: 11/08/2021) |
| 11/08/2021 | 418 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated November 8, 2021 re: Dkt. No. 406 Ex. A Document filed by USA. (Attachments: # 1 Exhibit Exhibit A)(Rohrbach, Andrew) (Entered: 11/08/2021) |
| 11/08/2021 | 419 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Bobbi C. Sternheim dated 11/8/2021 re: Suggestions to Dkt 404 (Sternheim, Bobbi) (Entered: 11/08/2021) |
| 11/08/2021 | 420 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated November 8, 2021 re: the Court's draft preliminary remarks for voir dire (Dkt. 404) Document filed by USA. (Pomerantz, Lara) (Entered: 11/08/2021) |
| 11/08/2021 | 421 | ORDER as to Ghislaine Maxwell: A conference is scheduled for November 10, 2021 to address the Defendant's motion under Federal Rule of Evidence 412, Dkt. No. 378, the Defendant's motion in limine to exclude under Federal Rule of Evidence 702 and Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993), Dkt. No. 386, and the other outstanding issues that overlap with these two motions as discussed at the November 1, 2021 conference. Dkt. No. 409. The parties are ORDERED to confirm by 12:00 p.m. tomorrow, November 9, 2021, that the alleged victims referenced in the Defendant's Rule 412 Motion have been notified of the November 10 hearing and of their right to attend. SO ORDERED. (Signed by Judge Alison J. Nathan on 11/8/2021) (lnl) (Entered: 11/08/2021) |
| 11/08/2021 | 422 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated November 8, 2021 re: Delivery of Legal Mail (Dkt. 412) Document filed by USA. (Pomerantz, Lara) (Entered: 11/08/2021) |
| 11/08/2021 | 423 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated November 8, 2021 re: Opposition to Motion for Bail Reconsideration Document filed by USA. (Pomerantz, Lara) (Entered: 11/08/2021) |
| 11/08/2021 | 424 | MOTION to Preclude *Expert Testimony of Dr. Dietz and Dr. Loftus*. Document filed by USA as to Ghislaine Maxwell. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Rohrbach, Andrew) (Entered: 11/08/2021) |
| 11/09/2021 | 425 | MEMO ENDORSEMENT as to Ghislaine Maxwell on 422 LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated November 8, 2021 re: Delivery of Legal Mail (Dkt. 412). ENDORSEMENT: SO ORDERED. (Signed by Judge Alison J. Nathan on 11/9/2021) (lnl) (Entered: 11/09/2021) |
| 11/09/2021 | 426 | ORDER as to Ghislaine Maxwell: The Court is in receipt of the Defendant's motion for reconsideration regarding release on bond, Dkt. No. 408, and the parties' letters regarding the delivery of the Defendant's legal mail and transport to the courthouse for pretrial conferences and trial in this case, Dkt. Nos. 381, 403, 422. For the reasons stated in this Court's prior bail determinations, Dkt. Nos. 93, 106, 169, and the Government's letter in opposition, Dkt. No. 423, the renewed request for bail is denied. Moreover, based on the representations from MDC legal counsel regarding the delivery of the Defendant's legal mail, Dkt. No. 422, the Court concludes that the Defendant has adequate access to legal counsel and legal mail in order to prepare for trial. MDC legal counsel and the Government are ordered to take the steps outlined in the Dkt. No. 422 between now and the completion of trial. As to the Defendant's transport, the Court concludes that she will be transported to and from the courthouse for pretrial conferences and trial in a way that is humane, proper, and consistent with security protocols. This conclusion is based on representations from MDC legal counsel in the letter submitted under seal because it discusses BOP security protocols, |

| | | |
|---|---|---|
| | | see Dkt. No. 412, as well as the Court's communication with the United States Marshal for the Southern District of New York. The Government, BOP, and USMS shall continue to take all available measures consistent with security protocols to ensure the Defendant has sufficient rest, nutrition, and comfort in order to be able to prepare for and participate in trial. This resolves Dkt. No. 408. SO ORDERED. (Signed by Judge Alison J. Nathan on 11/9/2021) (lnl) (Entered: 11/09/2021) |
| 11/09/2021 | 427 | ORDER as to Ghislaine Maxwell: Attached is the Court's revised draft preliminary remarks to be recorded and played before each voir dire session. The Court is in receipt of the Government's letter approving of the remarks, Dkt. No. 420, and the Defendant's proposed additions, Dkt. No. 419. The revised remarks adopt all but one of the Defendant's proposals because the Court's subsequent revisions eliminated that portion of the script. In particular, the Court has made three additional changes in order to accurately explain the logistics of voir dire. Each of these changes is reflected in redline. The parties are ORDERED to indicate by letter on or before November 11, 2021 at 12:00 p.m. whether or not they have any objections or suggestions the Court's revised preliminary remarks to be played before each voir dire session. Attached is also the Court's revised draft voir dire in redline. The Court's revisions simplify the phrasing of questions 1, 2, 3, 10, 13, 25, and 37 in an effort to maximize the time dedicated to questioning each prospective juror. The revision to question 11 reflects the Court's oral ruling on November 1, 2021 regarding the use of pseudonyms for certain witnesses. The revisions to questions 9, 13, 14, 15, 20, 21, and 33 are non–substantive changes to question numbers in order to accurately reference the corresponding question numbers on the jury questionnaire or are grammatical changes. Attached is also the Court's draft instruction sheet for those jurors who are not struck for cause and will return for the exercise of peremptory strikes, as discussed at the November 1 conference. The parties are FURTHER ORDERED to indicate by letter on or before November 12, 2021 whether or not they have any objections or suggestions to the revised voir dire and draft instruction sheet. Finally, the parties are ORDERED to jointly submit the list of individuals and locations who may be mentioned at trial for questions 11 and 12 of the voir dire on or before November 14, 2021. SO ORDERED. (Signed by Judge Alison J. Nathan on 11/9/2021) (lnl) (Entered: 11/09/2021) |
| 11/09/2021 | 428 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 11/09/2021) |
| 11/09/2021 | 429 | LETTER REPLY TO RESPONSE to Motion by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Bobbi C. Sternheim dated 11/9/2021 re 408 MOTION for Reconsideration *re: Release on Bond..* (Sternheim, Bobbi) (Entered: 11/09/2021) |
| 11/09/2021 | 430 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from Alison Moe, Maurene Comey, Lara Pomerantz, and Andrew Rohrbach dated November 9, 2021 re: victim notification Document filed by USA. (Moe, Alison) (Entered: 11/09/2021) |
| 11/09/2021 | 431 | ORDER as to Ghislaine Maxwell: As noted in its previous Order, the Court will hold an in–person proceeding on November 10, 2021 at 9:00 a.m. Dkt. No. 409. The proceeding will take place in Courtroom 110 of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at 40 Foley Square, New York, New York. The purpose of the proceeding is to address the Defendant's motion under Federal Rule of Evidence 412, Dkt. No. 378, the Defendant's motion in limine to exclude under Federal Rule of Evidence 702 and Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993), Dkt. No. 386, and the other outstanding issues that overlap with these two motions as discussed at the November 1, 2021 conference. As is expressly required by Federal Rule of Evidence 412, the Court must conduct a hearing on this motion in camera and seal the record of the hearing. Fed. R. Evid. 412(c)(2). Accordingly, this portion of the hearing will be sealed and in camera. The Government confirmed that the attorneys for the alleged victims implicated by the Defendants motion have been notified of their right to attend the hearing pursuant to Federal Rule of Evidence 412. Dkt. No. 430. For the public portions of the proceeding, the Court will ensure access for alleged victims and any members of the Defendant's family, in accordance with its prior Order. Dkt. No. 344. Space will be available in the courtroom proper for members of the media. In order to comply with the District's COVID–19 protocols, the public and additional members of the media will be able to access the proceeding in overflow Courtrooms 506 and 905 of the Thurgood Marshall U.S. Courthouse. These overflow rooms will have live video |

| | | |
|---|---|---|
| | | and audio feeds of the proceeding. The use of any electronic devices during the proceeding in the overflow rooms is strictly prohibited. The Court anticipates seating capacity in the overflow rooms for 50 members of the public. If capacity is reached, no additional persons will be admitted. Per the S.D.N.Y. Response to COVID–19, anyone who appears at any S.D.N.Y. courthouse must complete a questionnaire on the date of the proceeding prior to entering the courthouse. All visitors must also have their temperature taken when they arrive at the courthouse. Only persons who meet the entry requirements established by the questionnaire and whose temperatures are below 100.4 degrees will be allowed to enter the courthouse. All visitors must wear a mask that covers the person's nose and mouth. Bandannas, gaiters, and masks with valves are not permitted. If a person does not have an approved mask, a screener will provide one. Anyone who fails to comply with the COVID–19 protocols that have been adopted by the Court will be required to leave the courthouse. There are no exceptions. For more information, please see https://www.nysd.uscourts.gov/covid–19–coronavirus. SO ORDERED. (Signed by Judge Alison J. Nathan on 11/9/2021) (lnl) (Entered: 11/09/2021) |
| 11/10/2021 | 432 | JOINT LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated November 10, 2021 re: Pseudonym logistics Document filed by USA. (Attachments: # 1 Exhibit A)(Rohrbach, Andrew) (Entered: 11/10/2021) |
| 11/10/2021 | 437 | ORDER as to Ghislaine Maxwell: The Court hereby revises the schedule for the supplemental briefing as to Defendant's first and seventh motions in limine, which was previously set at the November 1, 2021 conference, as follows: Government submission due Friday, November 12, 2021 Defense submission due Monday, November 15, 2021 At today's conference, the parties inquired about the start time for voir dire on November 16, 2021. The parties are ORDERED to appear at 8:30 a.m. on November 16, 2021 in Courtroom 518 of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at 40 Foley Square, New York, New York, for the start of voir dire. SO ORDERED. (Voir Dire set for 11/16/2021 at 08:30 AM in Courtroom 518, 40 Centre Street, New York, NY 10007 before Judge Alison J. Nathan) (Signed by Judge Alison J. Nathan on 11/10/2021) (lnl) (Entered: 11/12/2021) |
| 11/10/2021 | | Minute Entry for proceedings held before Judge Alison J. Nathan: Pretrial Conference as to Ghislaine Maxwell held on 11/10/2021. Defendant Ghislaine Maxwell present with attorney Bobbi Sternheim, Jeff Pagliuca, Christian Everdell and Laura Menninger. AUSA Lara Pomerantz, Maurene Comey, Alison Moe and Andrew Rohrbach for the government. Court Reporters Paula Speer and Sadie Herbert. Pretrial Conference held. See transcript. Defendant remains remanded. (jbo) (Entered: 11/15/2021) |
| 11/11/2021 | 433 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from Alison Moe, Maurene Comey, Lara Pomerantz, and Andrew Rohrbach dated November 11, 2021 re: preliminary remarks, voir dire, and instruction sheet Document filed by USA. (Moe, Alison) (Entered: 11/11/2021) |
| 11/11/2021 | 434 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Laura A. Menninger dated November 11, 2021 re: Court's revised proposed remarks, voir dire and instruction sheet (Dkt. 427) (Menninger, Laura) (Entered: 11/11/2021) |
| 11/11/2021 | 435 | OPINION & ORDER as to Ghislaine Maxwell: The Court therefore denies the Defense's motion to exclude Dr. Rocchio's testimony except as to the opinion that the presence of a third party can facilitate grooming. This resolves docket number 386. SO ORDERED. (Signed by Judge Alison J. Nathan on 11/11/2021) (lnl) (Entered: 11/12/2021) |
| 11/11/2021 | 450 | ORDER as to Ghislaine Maxwell: The Court is in receipt of the parties' proposed redactions in accordance with Dkt. No. 401. The Court concludes that the proposed redactions and requests to seal certain exhibits are consistent with the three–part test articulated by the Second Circuit in Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006) and narrowly tailored to protect the pre–trial privacy interests of alleged victims, anticipated witnesses, and non–parties. See United States v. Amodeo, 71 F.3d 1044, 1050–51 (2d Cir. 1995). The parties are hereby ORDERED to file the proposed redactions and accompanying exhibits on the public docket on or before |

| | | November 12, 2021. SO ORDERED. (Signed by Judge Alison J. Nathan on 11/11/2021) (lnl) (Entered: 11/12/2021) |
|---|---|---|
| 11/12/2021 | 436 | MEMO ENDORSEMENT as to Ghislaine Maxwell on 432 JOINT LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated November 10, 2021 re: Pseudonym logistics. ENDORSEMENT: The parties are ORDERED to submit the lists referenced in this letter on or before November 14, 2021, in accordance with Dkt. No. 427. The parties may continue submitting proposed redactions in accordance with the procedures this Court has previously set. SO ORDERED. (Signed by Judge Alison J. Nathan on 11/11/2021) (lnl) (Entered: 11/12/2021) |
| 11/12/2021 | 438 | MOTION in Limine . Document filed by USA as to Ghislaine Maxwell. (Attachments: # 1 Exhibit Exhibit A)(Rohrbach, Andrew) (Entered: 11/12/2021) |
| 11/12/2021 | 439 | RESPONSE to Motion by Ghislaine Maxwell re: 438 MOTION in Limine .. (Attachments: # 1 Exhibit A (Filed Under Sealed), # 2 Exhibit B (Filed Under Seal), # 3 Exhibit C (Filed Under Seal), # 4 Exhibit D (Filed Under Seal), # 5 Exhibit E, # 6 Exhibit F (Filed Under Seal), # 7 Exhibit G, # 8 Exhibit H (Filed Under Seal), # 9 Exhibit I (Filed Under Seal))(Pagliuca, Jeffrey) (Entered: 11/12/2021) |
| 11/12/2021 | 440 | REPLY MEMORANDUM OF LAW in Support by USA as to Ghislaine Maxwell re: 438 MOTION in Limine . . (Rohrbach, Andrew) (Entered: 11/12/2021) |
| 11/12/2021 | 441 | MOTION in Limine *to Preclude the Introduction of Alleged Co−Conspirator Statements as a Sanction for Failing to Comply with This Court's September 3, 2021 Order*. Document filed by Ghislaine Maxwell. (Attachments: # 1 Exhibit 1)(Pagliuca, Jeffrey) (Entered: 11/12/2021) |
| 11/12/2021 | 442 | MOTION in Limine *to Exclude Any Evidence Offered by the Government Pursuant to Fed. R. Evid. 404(b) for Failure to Comply with the Rule's Notice Requirement*. Document filed by Ghislaine Maxwell. (Attachments: # 1 Exhibit A)(Pagliuca, Jeffrey) (Entered: 11/12/2021) |
| 11/12/2021 | 443 | MOTION in Limine *to Exclude Under Federal Rule of Evidence 702 and Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993) and Request for Daubert Hearing*. Document filed by Ghislaine Maxwell. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Pagliuca, Jeffrey) (Entered: 11/12/2021) |
| 11/12/2021 | 444 | MOTION in Limine *to Exclude Evidence Related to Accuser−3*. Document filed by Ghislaine Maxwell. (Attachments: # 1 Exhibit A – Filed under Seal, # 2 Exhibit B – Filed under Seal)(Everdell, Christian) (Entered: 11/12/2021) |
| 11/12/2021 | 445 | MOTION in Limine *to Exclude Government Exhibit 52, an Unauthenticated Hearsay Document from Suspect Sources*. Document filed by Ghislaine Maxwell. (Attachments: # 1 Exhibit 1 (Filed Under Seal), # 2 Exhibit 2 (Filed Under Seal))(Pagliuca, Jeffrey) (Entered: 11/12/2021) |
| 11/12/2021 | 446 | MOTION in Limine *to Exclude Items Purportedly Seized During Search of 358 El Brillo Way on October 20, 2005*. Document filed by Ghislaine Maxwell. (Attachments: # 1 Exhibit A (Filed Under Seal))(Pagliuca, Jeffrey) (Entered: 11/12/2021) |
| 11/12/2021 | 447 | MOTION in Limine *to Suppress Identification*. Document filed by Ghislaine Maxwell. (Attachments: # 1 Exhibit A (Filed Under Seal))(Pagliuca, Jeffrey) (Entered: 11/12/2021) |
| 11/12/2021 | 448 | MOTION in Limine *to Preclude Law Enforcement Witnesses from Offering Expert Opinion Testimony*. Document filed by Ghislaine Maxwell. (Pagliuca, Jeffrey) (Entered: 11/12/2021) |
| 11/12/2021 | 449 | MOTION in Limine *to Preclude Introduction of Government's Exhibits 251, 288, 294, 313 and 606*. Document filed by Ghislaine Maxwell. (Attachments: # 1 Exhibit (Filed Under Seal))(Pagliuca, Jeffrey) (Entered: 11/12/2021) |
| 11/12/2021 | 451 | ENDORSED LETTER as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from Matthew Russell Lee, dated 10/29/2021, re: timely opposition to blanket requests |

| | | to seal portions of motions in limine, trial exhibits, public access. ENDORSEMENT: The Court received the attached letters via email. This District no longer permits public access by telephone for in−court criminal proceedings, including trials. The memorandum can be found here − https:// nysd.uscourts.gov/covid−19−coronavirus. The Courts public access orders for all proceedings in the case can be found here − https://www.nysd.uscourts.gov/usa−vsghislaine− maxwell−20−cr−330−ajn−caseinformation. The Court has implemented a procedure for docketing filings with proposed redactions and is ruling on the proposals as expeditiously as possible. See Dkt. No. 401. SO ORDERED. (Signed by Judge Alison J. Nathan on 11/12/2021) (lnl) (Entered: 11/12/2021) |
|---|---|---|
| 11/12/2021 | 452 | MEMORANDUM in Opposition by USA as to Ghislaine Maxwell re 449 MOTION in Limine *to Preclude Introduction of Government's Exhibits 251, 288, 294, 313 and 606.*, 444 MOTION in Limine *to Exclude Evidence Related to Accuser−3.*, 447 MOTION in Limine *to Suppress Identification.*, 443 MOTION in Limine *to Exclude Under Federal Rule of Evidence 702 and Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993) and Request for Daubert Hearing.*, 448 MOTION in Limine *to Preclude Law Enforcement Witnesses from Offering Expert Opinion Testimony.*, 445 MOTION in Limine *to Exclude Government Exhibit 52, an Unauthenticated Hearsay Document from Suspect Sources.*, 442 MOTION in Limine *to Exclude Any Evidence Offered by the Government Pursuant to Fed. R. Evid. 404(b) for Failure to Comply with the Rule's Notice Requirement.*, 446 MOTION in Limine *to Exclude Items Purportedly Seized During Search of 358 El Brillo on October 20, 2005.*, 441 MOTION in Limine *to Preclude the Introduction of Alleged Co−Conspirator Statements as a Sanction for Failing to Comply with This Court's September 3, 2021 Order.*. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B)(Rohrbach, Andrew) (Entered: 11/12/2021) |
| 11/12/2021 | 453 | REPLY TO RESPONSE to Motion by Ghislaine Maxwell re 449 MOTION in Limine *to Preclude Introduction of Government's Exhibits 251, 288, 294, 313 and 606.*, 444 MOTION in Limine *to Exclude Evidence Related to Accuser−3.*, 447 MOTION in Limine *to Suppress Identification.*, 443 MOTION in Limine *to Exclude Under Federal Rule of Evidence 702 and Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993) and Request for Daubert Hearing.*, 448 MOTION in Limine *to Preclude Law Enforcement Witnesses from Offering Expert Opinion Testimony.*, 445 MOTION in Limine *to Exclude Government Exhibit 52, an Unauthenticated Hearsay Document from Suspect Sources.*, 442 MOTION in Limine *to Exclude Any Evidence Offered by the Government Pursuant to Fed. R. Evid. 404(b) for Failure to Comply with the Rule's Notice Requirement.*, 446 MOTION in Limine *to Exclude Items Purportedly Seized During Search of 358 El Brillo Way on October 20, 2005.*, 441 MOTION in Limine *to Preclude the Introduction of Alleged Co−Conspirator Statements as a Sanction for Failing to Comply with This Court's September 3, 2021 Order.*. (Attachments: # 1 Exhibit A (Filed Under Seal), # 2 Exhibit B (Filed Under Seal), # 3 Exhibit C (Filed Under Seal), # 4 Exhibit D (Filed Under Seal), # 5 Exhibit E)(Pagliuca, Jeffrey) (Main Document 453 replaced on 11/22/2021) (jw). (Entered: 11/12/2021) |
| 11/12/2021 | 454 | ORDER as to Ghislaine Maxwell: As discussed at Wednesday's conference, the Court will hold an in−person proceeding on November 15, 2021 at 9:30 a.m. The proceeding will take place in Courtroom 518 of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at 40 Foley Square, New York, New York. In accordance with its prior Order, the Court will ensure access for alleged victims and any members of the Defendant's family. Dkt. No. 344. In order to comply with the District's COVID−19 protocols, the public will be able to access the proceeding in overflow Courtrooms 110 and 506 of the Thurgood Marshall U.S. Courthouse. These overflow rooms will have live video and audio feeds of the proceeding. The use of any electronic devices during the proceeding in the overflow rooms is strictly prohibited. The Court anticipates seating capacity in the overflow rooms for at least 50 members of the public. If capacity is reached, no additional persons will be admitted. Per the S.D.N.Y. Response to COVID−19, anyone who appears at any S.D.N.Y. courthouse must complete a questionnaire on the date of the proceeding prior to entering the courthouse. All visitors must also have their temperature taken when they arrive at the courthouse. Only persons who meet the entry requirements established by the questionnaire and whose temperatures are below 100.4 degrees will be allowed to enter the courthouse. All visitors must wear a mask |

| | | |
|---|---|---|
| | | that covers the person's nose and mouth. Bandannas, gaiters, and masks with valves are not permitted. If a person does not have an approved mask, a screener will provide one. Anyone who fails to comply with the COVID–19 protocols that have been adopted by the Court will be required to leave the courthouse. There are no exceptions. For more information, please see https://www.nysd.uscourts.gov/covid–19–coronavirus. SO ORDERED. (Status Conference set for 11/15/2021 at 09:30 AM in Courtroom 518, 40 Centre Street, New York, NY 10007 before Judge Alison J. Nathan) (Signed by Judge Alison J. Nathan on 11/12/2021) (lnl) (Entered: 11/12/2021) |
| 11/12/2021 | 455 | LETTER MOTION addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated November 12, 2021 re: Clarification re pseudonym order . Document filed by USA as to Ghislaine Maxwell. (Rohrbach, Andrew) (Entered: 11/12/2021) |
| 11/12/2021 | 456 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated November 12, 2021 re: Co–Conspirator Statements Document filed by USA. (Comey, Maurene) (Entered: 11/12/2021) |
| 11/12/2021 | 458 | ORDER as to Ghislaine Maxwell: The Court is in receipt of the Government's letter motion seeking clarification on two items from the November 1, 2021 pretrial conference. Dkt. No. 455. As to the first item, the Government seeks clarification about the line between permissible and impermissible cross–examination for witnesses testifying under a pseudonym. The Government's suggested level of generality as to permissible cross–examination of the witnesses' careers would unduly curtail the Defendant's Sixth Amendment right to meaningful cross–examination. See United States v. Figueroa, 548 F.3d 222, 227 (2d Cir. 2008). The line of questioning the Government identifies may be relevant to a juror's credibility determination and thus the Court will not limit the Defendant's ability to pursue such questioning on cross–examination. As the Court noted at the November 1 conference, the Defendant may not elicit the name of a specific employer, but the type and genre of employment may be relevant to the jury's assessment of credibilty. Nov. 1, 2021 Transcript at 11–12. As to the second item, the Government is ORDERED to submit a proposed order regarding sketch artist depictions of certain witnesses on or before November 18, 2021. (Signed by Judge Alison J. Nathan on 11/12/2021) (ap) (Entered: 11/15/2021) |
| 11/13/2021 | 457 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from Alison Moe, Maurene Comey, Lara Pomerantz, and Andrew Rohrbach dated November 12, 2021 re: Government Exhibit 52 Document filed by USA. (Moe, Alison) (Entered: 11/13/2021) |
| 11/15/2021 | 459 | TRANSCRIPT of Proceedings as to Ghislaine Maxwell re: Conference held on 10/21/21 before Judge Alison J. Nathan. Court Reporter/Transcriber: Carol Ganley, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/6/2021. Redacted Transcript Deadline set for 12/16/2021. Release of Transcript Restriction set for 2/14/2022. (Moya, Goretti) (Entered: 11/15/2021) |
| 11/15/2021 | 460 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ghislaine Maxwell. Notice is hereby given that an official transcript of a Conference proceeding held on 10/21/21 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Moya, Goretti) (Entered: 11/15/2021) |
| 11/15/2021 | 461 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 11/15/2021) |
| 11/15/2021 | 462 | ORDER as to Ghislaine Maxwell: Attached is a copy of the final jury questionnaire, which is the same as Dkt. No. 365, docketed on October 22, 2021, except that it incorporates the redline changes. (Signed by Judge Alison J. Nathan on 11/15/2021) (ap) (Entered: 11/15/2021) |
| 11/15/2021 | 463 | ORDER as to Ghislaine Maxwell: Voir dire for this matter is set to begin on November 16, 2021 at 8:30 a.m. in Courtroom 518 of the United States District Court |

| | | |
|---|---|---|
| | | for the Southern District of New York, Thurgood Marshall U.S. Courthouse at 40 Foley Square, New York, New York. In accordance with its prior Order, the Court will ensure access for alleged victims and any members of the Defendants family. Dkt. No. 344. In order to comply with the Districts COVID–19 protocols, a number of pool reporters will be permitted in the courtroom proper as managed by the District Executives Office. Press will also be able to access the proceeding in dedicated overflow press rooms. The public will be able to access the proceeding in overflow Courtrooms 110 and 906 of the Thurgood Marshall U.S. Courthouse. These overflow rooms will have live video and audio feeds of the proceeding. The use of any electronic devices during the proceeding in the overflow rooms is strictly prohibited. (Signed by Judge Alison J. Nathan on 11/15/2021) (See ORDER set forth) (ap) (Entered: 11/15/2021) |
| 11/15/2021 | 464 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Bobbi C. Sternheim dated 11/15/2021 re: Late Receipt of Govt Disclosures to MDC (Sternheim, Bobbi) (Entered: 11/15/2021) |
| 11/15/2021 | 465 | TRANSCRIPT of Proceedings as to Ghislaine Maxwell re: Conference held on 11/1/21 before Judge Alison J. Nathan. Court Reporter/Transcriber: Michael McDaniel, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/6/2021. Redacted Transcript Deadline set for 12/16/2021. Release of Transcript Restriction set for 2/14/2022. (Moya, Goretti) (Entered: 11/15/2021) |
| 11/15/2021 | 466 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ghislaine Maxwell. Notice is hereby given that an official transcript of a Conference proceeding held on 11/1/21 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Moya, Goretti) (Entered: 11/15/2021) |
| 11/15/2021 | 467 | TRANSCRIPT of Proceedings as to Ghislaine Maxwell re: Conference held on 11/10/21 before Judge Alison J. Nathan. Court Reporter/Transcriber: Sonya Ketter Moore, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/6/2021. Redacted Transcript Deadline set for 12/16/2021. Release of Transcript Restriction set for 2/14/2022. (Moya, Goretti) (Entered: 11/15/2021) |
| 11/15/2021 | 468 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ghislaine Maxwell. Notice is hereby given that an official transcript of a Conference proceeding held on 11/10/21 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Moya, Goretti) (Entered: 11/15/2021) |
| 11/15/2021 | 469 | MEMO ENDORSEMENT as to Ghislaine Maxwell on re: 464 LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Bobbi C. Sternheim dated 11/15/2021 re: Late Receipt of Govt Disclosures to MDC. ENDORSEMENT: It appears that the mail referenced in this letter was sent prior to the Court's memo endorsement of the Government's November 8, 2021 letter. Dkt. Nos. 422, 425. In any event, as this matter is less than two weeks before trial, the Government is ordered to send materials via FedEx and provide the tracking number to defense counsel. (Signed by Judge Alison J. Nathan on 11/15/2021) (ap) (Entered: 11/16/2021) |
| 11/15/2021 | | Minute Entry for proceedings held before Judge Alison J. Nathan:Pretrial Conference as to Ghislaine Maxwell held on 11/15/2021. Defendant Ghislaine Maxwell present with attorney Bobbi Sternheim, Jeff Pagliuca, Christian Everdell and Laura Menninger. AUSA Lara Pomerantz, Maurene Comey, Alison Moe and Andrew Rohrbach for the government. Court Reporter Rebecca Forman. See Transcript. (jw) (Entered: 12/09/2021) |

| 11/15/2021 | | Terminate Deadlines and Hearings as to Ghislaine Maxwell: (jw) (Entered: 12/09/2021) |
|---|---|---|
| 11/16/2021 | | Minute Entry for proceedings held before Judge Alison J. Nathan: Voir Dire held on 11/16/2021 as to Ghislaine Maxwell. Defendant Ghislaine Maxwell present with attorney Bobbi Sternheim, Jeff Pagliuca, Christian Everdell, Laura Menninger and Renato Stabile. AUSA Lara Pomerantz, Maurene Comey, Alison Moe and Andrew Rohrbach for the government. Court Reporters Eve Giniger and Khris Sellin. Jury selection began. Jury selection adjourned to Wednesday, November 17, 2021 at 8:30 AM. See transcript. (jbo) (Entered: 11/19/2021) |
| 11/17/2021 | | Minute Entry for proceedings held before Judge Alison J. Nathan: (Jury Selection) Jury Trial as to Ghislaine Maxwell held on 11/17/2021. Defendant Ghislaine Maxwell present with attorney Bobbi Sternheim, Jeff Pagliuca, Christian Everdell, Laura Menninger and Renato Stabile. AUSA Lara Pomerantz, Maurene Comey, and Alison Moe for the government. Court Reporters Eve Giniger and Khris Sellin. Jury selection held. Jury selection adjourned to Thursday, November 18, 2021 at 8:30 AM. See transcript. (jbo) (Entered: 11/19/2021) |
| 11/18/2021 | [470](#) | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated November 18, 2021 re: Courtroom sketch artists Document filed by USA. (Attachments: # [1](#) Text of Proposed Order Proposed Order)(Rohrbach, Andrew) (Entered: 11/18/2021) |
| 11/18/2021 | [471](#) | ORDER as to Ghislaine Maxwell: IT HEREBY IS ORDERED: 1. That courtroom sketch artists whether in the courtroom or overflow rooms may not draw exact likenesses of the Protected Witnesses; and 2. For avoidance of doubt, courtroom sketch artists may confer with the Court or counsel for either party to determine whether a witness is a Protected Witness. SO ORDERED. (Signed by Judge Alison J. Nathan on 11/18/2021) (lnl) (Entered: 11/18/2021) |
| 11/18/2021 | | Minute Entry for proceedings held before Judge Alison J. Nathan: (Jury Selection) Jury Trial as to Ghislaine Maxwell held on 11/18/2021. Defendant Ghislaine Maxwell present with attorney Bobbi Sternheim, Jeff Pagliuca, Christian Everdell, Laura Menninger and Renato Stabile. AUSA Lara Pomerantz, Maurene Comey and Alison Moe for the government. Court Reporters Eve Giniger and Khris Sellin. Jury selection held. Jury selection adjourned until Monday, November 29, 2021 at 9:00 AM. See transcript. (jbo) (Entered: 11/19/2021) |
| 11/19/2021 | [472](#) | ENDORSED LETTER as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from Patrick J. Smith dated 11/18/21 re: We respectfully request that the Court approve Jordana H. Feldman being added to the ECF docket in this case as a movant....ENDORSEMENT: The Clerk of Court is respectfully directed to add Jordana H. Feldman to the ECF docket in this case as a "movant". SO ORDERED. (Signed by Judge Alison J. Nathan on 11/19/21)(jw) (Entered: 11/19/2021) |
| 11/19/2021 | [473](#) | ORDER as to Ghislaine Maxwell. The Court is in receipt of the Government's letter motion to quash the Defendants Rule 17(c)(3) subpoena. That motion has been filed temporarily under seal to allow the parties the opportunity to propose limited redactions. The parties are hereby ORDERED to file any proposed redactions on the public docket on or before November 22, 2021, and to justify any requested redactions by reference to the three−part test articulated by the Second Circuit in Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006) (Signed by Judge Alison J. Nathan on 11/19/21)(jw) (Entered: 11/19/2021) |
| 11/19/2021 | [474](#) | ORDER as to Ghislaine Maxwell. The Court is in receipt of the Government's letter motion dated November 18, 2021. That motion has been filed temporarily under seal to allow the parties the opportunity to propose limited redactions. Defendant is hereby ORDERED to file a response on or before November 20, 2021. The parties are FURTHER ORDERED to file any proposed redactions to the motion papers on the public docket on or before November 22, 2021, justifying any requested redactions by reference to the three−part test articulated by the Second Circuit in Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006) (Defendant Responses due by 11/20/2021) (Signed by Judge Alison J. Nathan on 11/19/21)(jw) (Entered: 11/19/2021) |

| | | |
|---|---|---|
| 11/19/2021 | 475 | JOINT LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Christian R. Everdell dated 11/19/21 re: Video Monitor (Everdell, Christian) (Entered: 11/19/2021) |
| 11/19/2021 | 476 | ORDER as to Ghislaine Maxwell. The Court is in receipt of the Government's supplemental letter regarding Government Exhibit 52, Dkt. No. 457, and the Defendants response, which has been temporarily filed under seal to allow the parties the opportunity to request limited redactions. The Government is hereby ORDERED to file a reply to Defendants response on or before 12:00 p.m. on November 21, 2021. The letter reply should address the Defendants argument that Employee−1 cannot authenticate Government Exhibit 52 because Mr. Rodriguez, a former employee, purportedly removed the document from the property before Employee−1 began working for Mr. Epstein. The parties are FURTHER ORDERED to file any proposed redactions to the motion papers on the public docket on or before November 22, 2021, justifying any requested redactions by reference to the three−part test articulated by the Second Circuit in Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006) (Government Replies due by 11/21/2021.). (Signed by Judge Alison J. Nathan on 11/19/21)(jw) (Entered: 11/19/2021) |
| 11/19/2021 | 477 | ORDER as to Ghislaine Maxwell. On October 29, 2021, Defendant filed a motion in limine to exclude evidence related to Accuser−3. Dkt. Nos. 387, 444. The Court twice heard argument related to this motion, including extensive argument at the November 10, 2021 in camera hearing that was sealed pursuant to Federal Rule of Evidence 412. See generally Nov. 1, 2021 Transcript; Nov. 10, 2021 Transcript. The Court has also considered supplemental briefing from the parties. That briefing has been filed temporarily under seal to permit the parties the opportunity to propose redactions in accordance with Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006). In a Memorandum Opinion & Order filed under temporary seal, the Court GRANTS in part and DENIES in part the Defendant's motion. The Memorandum Opinion & Order lays out the permissible and impermissible testimony that may be offered by this witness based on Rules 412, 404, 401, and 403. The Court will send the temporarily sealed Memorandum Opinion & Order to the parties. By November 21, 2021, the parties are ORDERED to inform the Court whether either seeks sealing or limited redactions of the Courts Memorandum Opinion & Order and of the supplemental briefing, justifying any such request by reference to Federal Rule of Evidence 412(c)(2) and/or the three−part test articulated by the Second Circuit in Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006). (Signed by Judge Alison J. Nathan on 11/19/2021)(jw) (Entered: 11/19/2021) |
| 11/19/2021 | 478 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated November 19, 2021 re: Courtroom Connect Document filed by USA. (Comey, Maurene) (Entered: 11/19/2021) |
| 11/19/2021 | 690 | MEMORANDUM OPINION & ORDER as to Ghislaine Maxwell. Before the Court is the Defendant's fourth motion in limine to "exclude evidence related to Accuser−3," to whom the Court refers as Witness−3, on the grounds that the testimony is not direct evidence of the charged conspiracies and is inadmissible under Federal Rules of Evidence 404(b) and 403. Dkt. Nos. 387, 444. The Court has twice heard argument related to this motion, including argument at the November 10, 2021 in camera hearing that was sealed pursuant to Federal Rule of Evidence 412. See generally Nov. 1, 2021 Transcript; Nov. 10, 2021 Transcript. At the November 1, 2021 hearing, the Court provided a brief explanation of its current position based on the information then before it, but the Court ultimately reserved ruling pending additional briefing. The Court is now in receipt of the parties' additional briefing and accordingly is prepared to resolve the motion.(See Footnote 1 on this Memorandum Opinion & Order). The Government now proffers that the anticipated testimony of Witness−3 will describe how she met the Defendant and her relationship with the Defendant and Mr. Epstein. In particular, Witness−3 is anticipated to testify how Defendant introduced her to Mr. Epstein, how massages progressed to involve sexual activity, and Ms. Maxwell's role in facilitating those massages. Based on all of the information now before the Court, including a substantially more detailed proffer by the Government as to the anticipated testimony, see Gov. Supp. Ltr. at 2−3 (Nov. 5, 2021); see also Dkt. No. 452 at 42−43, the Court concludes that some of the anticipated testimony may serve as direct evidence of the Mann Act counts....[*** See this Memorandum Opinion & Order ***]... The parties may submit any requested edits to the proposed limiting instructions |

| | | |
|---|---|---|
| | | that are consistent with the Court's ruling or indicate that they have none on or before November 21, 2021. This resolves Dkt. Nos. 387, 444. SO ORDERED. (Signed by Judge Alison J. Nathan on 11/19/2021)(bw) (Entered: 06/29/2022) |
| 11/21/2021 | 479 | LETTER by Jordana H. Feldman as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from Patrick J. Smith dated 11/15/2021 re: Rule 17(c) Subpoena to Jordana H. Feldman Document filed by Jordana H. Feldman. (Smith, Patrick) (Entered: 11/21/2021) |
| 11/21/2021 | 480 | MOTION Authorizing a Subpoena Pursuant to Fed. R. Crim. P 17(c)(3) . Document filed by Ghislaine Maxwell. (Attachments: # 1 Exhibit 1)(Pagliuca, Jeffrey) (Entered: 11/21/2021) |
| 11/21/2021 | 481 | LETTER MOTION addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated November 21, 2021 re: Redactions related to Witness−3 . Document filed by USA as to Ghislaine Maxwell. (Rohrbach, Andrew) (Entered: 11/21/2021) |
| 11/21/2021 | 482 | ORDER as to Ghislaine Maxwell. On November 1, 2021, the Defense noticed eight expert witnesses. Def. Br., Ex. 1 ("Notice"). On November 8, 2021, the Government filed a motion to partially preclude the testimony of two of those experts, Dr. Dietz and Dr. Loftus. Gov't Br., Dkt. No. 424. The Defense filed a response via email on November 12, 2021, to permit the Government the opportunity to propose redactions. In an Opinion and Order temporarily filed under seal, the Court DENIES in part and GRANTS in part the Governments motion to preclude Dr. Dietz's testimony and DENIES in part and GRANTS in part the Governments motion to preclude Dr. Loftus's testimony. It doesso after considering the admissibility of the anticipated testimony under Federal Rule of Evidence 702 and Daubert v. Merrell Dow Pharms., Inc., 509 U.S. 579 (1993). The Court will send the temporarily sealed Opinion & Order to the parties. By November 23, 2021, the parties are ORDERED to inform the Court whether either seeks sealing or limited redactions of the Court's Opinion & Order, justifying any such request by reference to the three−part test articulated by the Second Circuit in Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006). In addition, by that date, the parties are FURTHER ORDERED to file any proposed redactions to the Defenses response brief and/or supporting exhibits on the public docket, again justifying any such request by reference to the Lugosch test (Signed by Judge Alison J. Nathan on 11/21/21)(jw) (Entered: 11/22/2021) |
| 11/21/2021 | 516 | OPINION & ORDER as to Ghislaine Maxwell. The Court therefore denies in part and grants in part the Government's motion to preclude Dr. Dietz's testimony and denies in part and grants in part the Government's motion to preclude Dr. Loftus's testimony. This resolves docket number 424. (Signed by Judge Alison J. Nathan on 11/21/2021) (See ORDER set forth) (ap) (Entered: 11/29/2021) |
| 11/22/2021 | 483 | ORDER as to Ghislaine Maxwell. The Court will hold final pretrial conference on November 23, 2021 at 9:30 a.m. The proceeding will take place in Courtroom 318 of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at 40 Foley Square, New York, New York. In accordance with its prior Order, the Court will ensure access for alleged victims and any members of the Defendants family. Dkt. No. 344. The public will be able to access the proceeding in overflow Courtrooms 110, 506, 905, and 906 of the Thurgood Marshall U.S. Courthouse. These overflow rooms will have live video and audio feeds of the proceeding. (Pretrial Conference set for 11/23/2021 at 09:30 AM in Courtroom 318, 40 Centre Street, New York, NY 10007 before Judge Alison J. Nathan.). (Signed by Judge Alison J. Nathan on 11/22/21)(jw) (Entered: 11/22/2021) |
| 11/22/2021 | 484 | MEMO ENDORSEMENT as to Ghislaine Maxwell on re: 475 Pursuant to the Court's email of November 15, 2021, the parties respectfully submit this joint letter to request video monitors with a live feed to the trial proceedings in each of the parties' counsel rooms...ENDORSEMENT...To the extent that the Government is requesting that a video monitor be provided in a counsel room at 40 Foley Square, the request is granted to the extent the District Executive can accommodate the request. If the Government is requesting a video monitor in its own offices, the request is denied.The request is granted as to defense counsel's room. SO ORDERED (Signed by Judge Alison J. Nathan on 11/22/21)(jw) (Entered: 11/22/2021) |

| | | |
|---|---|---|
| 11/22/2021 | 485 | ORDER as to Ghislaine Maxwell. The Court is in receipt of the Government's proposed redactions to the parties supplemental briefing and the Court's Memorandum Opinion & Order regarding the admissibility of the anticipated testimony of Witness−3. Dkt. No. 481; see also Dkt. No. 477. Accordingly, the parties are ORDERED to file the redacted papers on the public docket by November 22, 2021, including the Government's supplemental letter regarding Witness−3 dated November 7, 2021 in response to Dkt. No. 417. The Court will file the redacted Memorandum Opinion & Order (Signed by Judge Alison J. Nathan on 11/22/21)(jw) (Entered: 11/22/2021) |
| 11/22/2021 | 486 | LETTER MOTION addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated November 22, 2021 re: Proposed Redactions . Document filed by USA as to Ghislaine Maxwell. (Rohrbach, Andrew) (Entered: 11/22/2021) |
| 11/22/2021 | 487 | LETTER MOTION addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated November 18, 2021 re: Motion to quash Rule 17(c) subpoena . Document filed by USA as to Ghislaine Maxwell. (Rohrbach, Andrew) (Entered: 11/22/2021) |
| 11/22/2021 | 488 | LETTER MOTION addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated November 18, 2021 re: Authenticate birth certificates . Document filed by USA as to Ghislaine Maxwell. (Rohrbach, Andrew) (Entered: 11/22/2021) |
| 11/22/2021 | 489 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Christian R. Everdell dated 11/20/21 re: Birth Certificates (Everdell, Christian) (Entered: 11/22/2021) |
| 11/22/2021 | 490 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Jeffrey S. Pagliuca dated November 15, 2021 re: Government Exhibit 52 (Pagliuca, Jeffrey) (Entered: 11/22/2021) |
| 11/22/2021 | 491 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated November 21, 2021 re: Reply re GX−52 Document filed by USA. (Rohrbach, Andrew) (Entered: 11/22/2021) |
| 11/22/2021 | 492 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated November 5, 2021 re: Supplemental letter re Witness−3 Document filed by USA. (Rohrbach, Andrew) (Entered: 11/22/2021) |
| 11/22/2021 | 493 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated November 7, 2021 re: Witness−3 and Definitions of "Victim" Document filed by USA. (Rohrbach, Andrew) (Entered: 11/22/2021) |
| 11/22/2021 | 494 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Christian R. Everdell dated 11/11/21 re: Accuser−3 Evidence (Everdell, Christian) (Entered: 11/22/2021) |
| 11/22/2021 | 495 | ORDER as to Ghislaine Maxwell. The Court will send the temporarily sealed Memorandum Opinions and Orders to the parties. By November 24, 2021, the parties are ORDERED to inform the Court whether either seeks sealing or limited redactions of the Memorandum Opinions and Orders, justifying any such request by reference to the three−part test articulated by the Second Circuit in Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006). In addition, by that date, the parties are FURTHER ORDERED to file any proposed redactions to the moving papers and/or supporting exhibits on the public docket, again justifying any such request by reference to the Lugosch test. (Signed by Judge Alison J. Nathan on 11/22/21)(jw) (Entered: 11/23/2021) |
| 11/22/2021 | 496 | ORDER 486 LETTER MOTION addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated November 22, 2021 re: Proposed Redactions. The Court is in receipt of the Government's, Administrator Feldman's, and two anticipated witnesses' motions to quash the Defendant's Rule 17(c)(3) subpoena. Dkt. No. 486. The motions to quash are |

| | | |
|---|---|---|
| | | DENIED. The Court hereby ORDERS the Administrator of the Epstein Victims' Compensation Program to produce to the Court via electronic thumb drive any materials responsive to the subpoena as soon as possible, but no later than 12:00 p.m. on November 24, 2021. Accordingly, the parties shall negotiate a protective order and submit the proposal for approval by the Court no later than 12:00 p.m. on November 24, 2021 (Signed by Judge Alison J. Nathan on 11/22/21) (jw) (Entered: 11/23/2021) |
| 11/22/2021 | 691 | MEMORANDUM OPINION & ORDER as to Ghislaine Maxwell. The Defense on November 1, 2021, noticed eight expert witnesses. Def. Br., Ex. 1 ("Notice"). Two of those experts, Dr. Park Dietz and Dr. Elizabeth Loftus, are expected to offer opinions that rebut opinions of the Government's expert witness, Dr. Lisa Rocchio. The Government on November 8, 2021, filed a motion to partially preclude the testimony of Dr. Dietz and Dr. Loftus. Dkt. No. 424. The Court has already addressed that motion. On November 15, 2021, the Government moved to fully or partially preclude the testimony of the remaining six experts. The Defense filed a response on November 19, 2021. The Court addressed the admissibility of Dr. Ryan Hall in a separate written opinion. In this opinion, the Court addresses the preliminary admissibility of Bennett Gershman based on the parties' current proffers....[*** See this Memorandum Opinion & Order ***]... III. Conclusion. The Court therefore grants the Government's motion to preclude Gershman's expert testimony. Because this is a preliminary pre–trial ruling, it is possible that facts and circumstances at trial would alter the Court's analysis. In that event, the Defense must re–raise its request to admit Gershman as an expert witness. SO ORDERED. (Signed by Judge Alison J. Nathan on 11/22/2021)(bw) (Entered: 06/29/2022) |
| 11/22/2021 | 692 | MEMORANDUM OPINION & ORDER as to Ghislaine Maxwell. The Defense on November 1, 2021, noticed eight expert witnesses. Def. Br., Ex. 1 ("Notice"). Two of those experts, Dr. Park Dietz and Dr. Elizabeth Loftus, are expected to offer opinions that rebut opinions of the Government's expert witness, Dr. Lisa Rocchio. The Government on November 8, 2021, filed a motion to partially preclude the testimony of Dr. Dietz and Dr. Loftus. Dkt. No. 424. The Court has already addressed that motion. On November 15, 2021, the Government moved to fully or partially preclude the testimony of the remaining six experts. The Defense filed a response on November 19, 2021. The Court addresses the motion to preclude Dr. Hall in this separate opinion. It will address the other five experts in public rulings....[*** See this Memorandum Opinion & Order ***]... III. Conclusion. The Court therefore grants the Government's motion to preclude Dr. Hall's expert testimony. Because this is a preliminary pre–trial ruling, it is possible that facts and circumstances at trial would alter the Court's analysis. In that event, the Defense must re–raise its request to admit Dr. Hall as an expert witness. SO ORDERED. (Signed by Judge Alison J. Nathan on 11/22/2021)(bw) (Entered: 06/29/2022) |
| 11/23/2021 | 497 | ORDER as to Ghislaine Maxwell. As discussed at today's conference, attached is the Courts draft preliminary instructions for the sworn jury. The Court has considered both parties proposed instructions as to the Courts order that certain witnesses be permitted to testify or be referred to by first name only or pseudonym. Dkt. No. 432. The draft preliminary instructions include a limiting instruction regarding this process. The parties may suggest any proposed edits to the preliminary instructions by letter on or before November 27, 2021, or they shall indicate by that date that they have no objections or suggestions. SO ORDERED. (Signed by Judge Alison J. Nathan on 11/23/21)(jw) (Entered: 11/23/2021) |
| 11/23/2021 | | Minute Entry for proceedings held before Judge Alison J. Nathan: (Final) Pretrial Conference as to Ghislaine Maxwell held on 11/23/2021. Defendant Ghislaine Maxwell present with attorney Bobbi Sternheim, Jeff Pagliuca, Christian Everdell and Laura Menninger. AUSA Lara Pomerantz, Maurene Comey, Alison Moe and Andrew Rohrbach for the government. Court Reporter Paula Speers. Final Pretrial Conference held. See Transcript. (jbo) (Entered: 11/23/2021) |
| 11/23/2021 | 498 | LETTER MOTION addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated November 23, 2021 re: Proposed redactions to Dietz/Loftus materials . Document filed by USA as to Ghislaine Maxwell. (Rohrbach, Andrew) (Entered: 11/23/2021) |
| 11/23/2021 | 499 | RESPONSE to Motion by Ghislaine Maxwell re: 424 MOTION to Preclude *Expert Testimony of Dr. Dietz and Dr. Loftus*.. (Attachments: # 1 Exhibit 1, # 2 Exhibit |

| | | 2)(Pagliuca, Jeffrey) (Entered: 11/23/2021) |
|---|---|---|
| 11/24/2021 | 500 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated November 24, 2021 re: Proposed protective order Document filed by USA. (Attachments: # 1 Text of Proposed Order Proposed Protective Order)(Rohrbach, Andrew) (Entered: 11/24/2021) |
| 11/24/2021 | 501 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated November 24, 2021 re: Corrected proposed protective order Document filed by USA. (Attachments: # 1 Text of Proposed Order Corrected Proposed Protective Order)(Rohrbach, Andrew) (Entered: 11/24/2021) |
| 11/24/2021 | 502 | ORDER as to Ghislaine Maxwell. As noted in this Court's prior order, trial in this case will commence on November 29, 2021. Dkt. No. 330. The trial will take place in Courtroom 318 of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at 40 Foley Square, New York, New York. In accordance with its prior Order, the Court will ensure access for alleged victims and members of the Defendants family. Dkt. No. 344. Per the S.D.N.Y. Response to COVID–19, anyone who appears at any S.D.N.Y. courthouse must complete a questionnaire on the date of the proceeding prior to entering the courthouse. All visitors must also have their temperature taken when they arrive at the courthouse. Only persons who meet the entry requirements established by the questionnaire and whose temperatures are below 100.4 degrees will be allowed to enter the courthouse. All visitors must wear a mask that covers the persons nose and mouth. Bandannas, gaiters, and masks with valves are not permitted. If a person does not have an approved mask, a screener will provide one. Anyone who fails to comply with the COVID–19 protocols that have been adopted by the Court will be required to leave the courthouse. There are no exceptions. For more information, please see https://www.nysd.uscourts.gov /covid–19–coronavirus (Signed by Judge Alison J. Nathan on 11/24/21)(jw) (Entered: 11/24/2021) |
| 11/24/2021 | 503 | ORDER as to Ghislaine Maxwell re: 501 The Court is in receipt of the initial production of the Epstein Victims' Compensation Program pursuant to the Rule 17(c) subpoena. See Dkt. No. 496. The Court is also in receipt of the parties' proposed protective order. Dkt. No. 501. The Court will enter the proposed protective order. Consistent with its prior Order, Dkt. No. 496, the Court determines that the parties may review the materials under the provisions of the protective order. Dkt. No. 501. In doing so, the Court has made no determination as to the admissibility of any of the material. Accordingly, the Administrator of the Epstein Victims Compensation Program is ORDERED to produce the materials contained in the initial production to the parties as soon as possible, but no later than 7:00 p.m. on November 24, 2021. (Signed by Judge Alison J. Nathan on 11/24/21)(jw) (Entered: 11/24/2021) |
| 11/24/2021 | 504 | LETTER by Jordana H. Feldman as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from Patrick J. Smith dated 11/23/2021 re: Document Production from Jordana H. Feldman (with proposed redactions) Document filed by Jordana H. Feldman. (Smith, Patrick) (Entered: 11/24/2021) |
| 11/24/2021 | 505 | PROTECTIVE ORDER as to Ghislaine Maxwell...regarding procedures to be followed that shall govern the handling of confidential material.... (Signed by Judge Alison J. Nathan on 11/24/21)(jw) (Entered: 11/24/2021) |
| 11/24/2021 | 506 | LETTER MOTION addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated November 24, 2021 re: Proposed redactions to Hall et al. materials . Document filed by USA as to Ghislaine Maxwell. (Rohrbach, Andrew) (Entered: 11/24/2021) |
| 11/24/2021 | 507 | MOTION to Preclude *Expert Testimony of Dr. Ryan Hall et al.*. Document filed by USA as to Ghislaine Maxwell. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B)(Rohrbach, Andrew) (Entered: 11/24/2021) |
| 11/24/2021 | 508 | RESPONSE to Motion by Ghislaine Maxwell re: 507 MOTION to Preclude *Expert Testimony of Dr. Ryan Hall et al...* (Pagliuca, Jeffrey) (Entered: 11/24/2021) |

| | | |
|---|---|---|
| 11/24/2021 | <u>509</u> | LETTER MOTION addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated November 22, 2021 re: <u>507</u> MOTION to Preclude *Expert Testimony of Dr. Ryan Hall et al.*. re: File reply brief . Document filed by USA as to Ghislaine Maxwell. (Attachments: # <u>1</u> Exhibit Proposed reply brief, # <u>2</u> Exhibit Proposed Exhibit C)(Rohrbach, Andrew) (Entered: 11/24/2021) |
| 11/27/2021 | <u>510</u> | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated November 27, 2021 re: Preliminary instructions Document filed by USA. (Rohrbach, Andrew) (Entered: 11/27/2021) |
| 11/27/2021 | <u>511</u> | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Bobbi C. Sternheim dated 11/27/2021 re: Trial document procedure (Sternheim, Bobbi) (Entered: 11/27/2021) |
| 11/27/2021 | <u>512</u> | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Jeffrey S. Pagliuca dated November 27, 2021 re: Court's Proposed Preliminary Instructions to the Jury (Pagliuca, Jeffrey) (Entered: 11/27/2021) |
| 11/28/2021 | <u>515</u> | ORDER as to Ghislaine Maxwell: The Court is in receipt of the third production of the Epstein Victims Compensation Program pursuant to the Rule 17(c) subpoena. See Dkt. Nos. 496, 503. Consistent with its prior orders, Dkt. Nos. 496, 503, the Court determines that the parties may review the materials under the provisions of the protective order. Dkt. No. 505. In doing so, the Court has made no determination as to the admissibility of any of the material. Accordingly, the Administrator of the Epstein Victims' Compensation Program is ORDERED to produce the materials contained in the third production to the parties as soon as possible, but no later than 8:30 p.m. on November 28, 2021. (Signed by Judge Alison J. Nathan on 11/28/2021) (ap) (Entered: 11/29/2021) |
| 11/29/2021 | <u>513</u> | ORDER as to Ghislaine Maxwell: The Court is in receipt of the second production of the Epstein Victims Compensation Program pursuant to the Rule 17(c) subpoena. See Dkt. Nos. 496, 503. The Administrator provided the materials via a secure FTP site, which the Court concludes is sufficient. Consistent with its prior orders, Dkt. Nos. 496, 503, the Court determines that the parties may review the materials under the provisions of the protective order. Dkt. No. 505. In doing so, the Court has made no determination as to the admissibility of any of the material. Accordingly, the Administrator of the Epstein Victims Compensation Program is ORDERED to produce the materials contained in the second production to the parties as soon as possible, but no later than 5:00 p.m. on November 27, 2021. (Signed by Judge Alison J. Nathan on 11/27/2021) (ap) (Entered: 11/29/2021) |
| 11/29/2021 | <u>514</u> | ORDER as to Ghislaine Maxwell: The Court is in receipt of the Government's letter motion to preclude certain lines of cross–examination of Government witnesses. The Court hereby GRANTS the Government's request to file the letter motion under seal in order to protect the privacy interests of anticipated witnesses, including those who are subject to the Court's pseudonym order. See Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 120 (2d Cir. 2006). The Defendant is hereby ORDERED to respond by today, November 28, 2021, at 2:00 p.m. (Responses due by 11/28/2021) (Signed by Judge Alison J. Nathan on 11/28/2021) (ap) (Entered: 11/29/2021) |
| 11/29/2021 | | Minute Entry for proceedings held before Judge Alison J. Nathan: Jury Selection / Jury Trial as to Ghislaine Maxwell held on 11/29/2021. Defendant Ghislaine Maxwell present with attorney Bobbi Sternheim, Jeff Pagliuca, Christian Everdell and Laura Menninger. AUSA Lara Pomerantz, Maurene Comey, Alison Moe and Andrew Rohrbach for the government. Court Reporters Martha Martin and George Malinowski Jury selection held. Jury trial begins. See Transcript. (jbo) (Entered: 12/02/2021) |
| 11/30/2021 | <u>517</u> | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated November 30, 2021 re: Defense exhibits Document filed by USA. (Rohrbach, Andrew) (Entered: 11/30/2021) |
| 11/30/2021 | <u>518</u> | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Jeffrey S. Pagliuca dated November 30, 2021 re: Fed. R. Crim. P. 16(b)(1)(A) (Pagliuca, Jeffrey) (Entered: 11/30/2021) |

| 11/30/2021 | 519 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Jeffrey S. Pagliuca dated November 30, 2021 re: Pseudonyms (Pagliuca, Jeffrey) (Entered: 11/30/2021) |
|---|---|---|
| 11/30/2021 | | Minute Entry for proceedings held before Judge Alison J. Nathan: Jury Trial as to Ghislaine Maxwell held on 11/30/2021. Defendant Ghislaine Maxwell present with attorney Bobbi Sternheim, Jeff Pagliuca, Christian Everdell and Laura Menninger. AUSA Lara Pomerantz, Maurene Comey, Alison Moe and Andrew Rohrbach for the government. Court Reporters Martha Martin and George Malinowski. Jury trial held. See Transcript. (jbo) (Entered: 12/02/2021) |
| 11/30/2021 | 693 | ORDER as to Ghislaine Maxwell. The Court is in receipt of the parties' letters regarding the issue of potential cross–examination that might elicit identifying information in violation of this Court's order. See Dkt. No. 519. The Government is hereby ORDERED to provide to the Defense the information it believes falls within the categories of specifically identifying information for the current testifying witness no later than 7:00 a.m. tomorrow morning, December 1, 2021. The Defense is ORDERED to alert the Government of any issues concerning the current testifying witness by the same time7:00 a.m. tomorrow morning, December 1, 2021. The Defense shall remain cognizant not only of its duty to avoid revealing the names of witnesses testifying under pseudonyms, but also any specifically identifying information of the protected witnesses. See Transcript, at 10–11 (Nov. 1, 2021). The parties shall then meet and confer on any disagreements. If the parties cannot reach a resolution, they may raise any issues with the Court when the parties are scheduled to appear at 8:45 a.m. SO ORDERED. (Signed by Judge Alison J. Nathan on 11/30/2021)(bw) (Entered: 06/29/2022) |
| 12/02/2021 | 520 | ORDER as to Ghislaine Maxwell: The Clerk of Court is respectfully directed to pay the invoices received in connection with the transportation of jurors in this matter. (Signed by Judge Alison J. Nathan on 12/2/2021) (ap) (Entered: 12/03/2021) |
| 12/02/2021 | | Minute Entry for proceedings held before Judge Alison J. Nathan: Jury Trial as to Ghislaine Maxwell held on 12/2/2021. Defendant Ghislaine Maxwell present with attorney Bobbi Sternheim, Jeff Pagliuca, Christian Everdell and Laura Menninger. AUSA Lara Pomerantz, Maurene Comey, Alison Moe and Andrew Rohrbach for the government. Court Reporters Martha Martin and Alena Lynch. Jury trial held. See Transcript. (jbo) (Entered: 12/07/2021) |
| 12/03/2021 | 521 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Jeffrey S. Pagliuca dated December 3, 2021 re: Witness Jane's Testimony (Attachments: # 1 Exhibit 1 (Filed Under Seal))(Pagliuca, Jeffrey) (Entered: 12/03/2021) |
| 12/03/2021 | 522 | JOINT LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated December 3, 2021 re: Witness Dawson Document filed by USA. (Rohrbach, Andrew) (Entered: 12/03/2021) |
| 12/03/2021 | 526 | MEMO ENDORSEMENT as to Ghislaine Maxwell on re: 522 Accordingly, the parties jointly and respectfully request that the Court release Michael Dawson from his obligation to return to Court on Monday...ENDORSEMENT...SO ORDERED (Signed by Judge Alison J. Nathan on 12/3/21)(jw) (Entered: 12/06/2021) |
| 12/03/2021 | | Minute Entry for proceedings held before Judge Alison J. Nathan: Jury Trial as to Ghislaine Maxwell held on 12/3/2021. Defendant Ghislaine Maxwell present with attorney Bobbi Sternheim, Jeff Pagliuca, Christian Everdell and Laura Menninger. AUSA Lara Pomerantz, Maurene Comey, Alison Moe and Andrew Rohrbach for the government. Court Reporters George Malinowski and Andrew Walker. Jury trial held. See Transcript. (jbo) (Entered: 12/07/2021) |
| 12/04/2021 | 523 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated December 4, 2021 re: 900 Series of Exhibits Document filed by USA. (Rohrbach, Andrew) (Entered: 12/04/2021) |
| 12/05/2021 | 524 | LETTER MOTION addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated December 5, 2021 re: Edit to Witness–3 instruction . Document filed by USA as to Ghislaine Maxwell. (Rohrbach, Andrew) (Entered: 12/05/2021) |

| 12/05/2021 | 525 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Jeffrey S. Pagliuca dated December 5, 2021 re: Response to the Government's Letter Regarding 900 Series of Exhibits (Pagliuca, Jeffrey) (Entered: 12/05/2021) |
|---|---|---|
| 12/05/2021 | 527 | ORDER as to Ghislaine Maxwell. The Court is in receipt of the Government's letter motion regarding the limiting instruction for Witness–3's anticipated testimony. The Government is hereby ORDERED to file an additional letter explaining what details regarding the alleged sexual activity the Government would seek to elicit absent instruction from the Court and in light of the Defenses opening. The Government's letter must be submitted no later than today, December 5, 2021, at 4:00 p.m. With that information, the Defense can respond to and the Court can analyze the Government's requested addition in the limiting instruction. Accordingly, the Defense is ORDERED to respond to the Government's letter motion and further response letter no later than today, December 5, 2021, at 7:00 p.m. In their letter responses the parties shall be mindful of Rule 412s requirement regarding sealing (Signed by Judge Alison J. Nathan on 12/5/21)(jw) (Entered: 12/06/2021) |
| 12/06/2021 | 528 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated December 6, 2021 re: Attorney–Client Privilege Document filed by USA. (Rohrbach, Andrew) (Entered: 12/06/2021) |
| 12/06/2021 | | Minute Entry for proceedings held before Judge Alison J. Nathan: Jury Trial as to Ghislaine Maxwell held on 12/6/2021. Defendant Ghislaine Maxwell present with attorney Bobbi Sternheim, Jeff Pagliuca, Christian Everdell and Laura Menninger. AUSA Lara Pomerantz, Maurene Comey, Alison Moe and Andrew Rohrbach for the government. Court Reporters Martha Martin and George Malinowski. Jury trial held. See Transcript. (jbo) (Entered: 12/07/2021) |
| 12/07/2021 | | Minute Entry for proceedings held before Judge Alison J. Nathan:Jury Trial as to Ghislaine Maxwell held on 12/7/2021. Defendant Ghislaine Maxwell present with attorney Bobbi Sternheim, Jeff Pagliuca, Christian Everdell and Laura Menninger. AUSA Lara Pomerantz, Maurene Comey, Alison Moe and Andrew Rohrbach for the government. Court Reporters Martha Martin and George Malinowski. See Transcript. (jw) (Entered: 12/13/2021) |
| 12/08/2021 | 529 | TRANSCRIPT of Proceedings as to Ghislaine Maxwell re: Conference held on 11/15/21 before Judge Alison J. Nathan. Court Reporter/Transcriber: Rebecca Forman, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/29/2021. Redacted Transcript Deadline set for 1/10/2022. Release of Transcript Restriction set for 3/8/2022. (Moya, Goretti) (Entered: 12/08/2021) |
| 12/08/2021 | 530 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ghislaine Maxwell. Notice is hereby given that an official transcript of a Conference proceeding held on 11/15/21 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Moya, Goretti) (Entered: 12/08/2021) |
| 12/08/2021 | 531 | ORDER as to Ghislaine Maxwell. Juror Number 70 is directed to submit the receipts associated with the transportation cost incurred on Wednesday 8, 2021, to the Jury Administrator. Upon receipt, the Clerk of Court is directed to reimburse Juror Number 70 for said cost. SO ORDERED (Signed by Judge Alison J. Nathan on 12/8/21)(jw) (Entered: 12/08/2021) |
| 12/08/2021 | | Minute Entry for proceedings held before Judge Alison J. Nathan:Jury Trial as to Ghislaine Maxwell held on 12/8/2021. Defendant Ghislaine Maxwell present with attorney Bobbi Sternheim, Jeff Pagliuca, Christian Everdell and Laura Menninger. AUSA Lara Pomerantz, Maurene Comey, Alison Moe and Andrew Rohrbach for the government. Court Reporters Martha Martin and George Malinowski. See Transcript (jw) (Entered: 12/13/2021) |
| 12/09/2021 | 532 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Jeffrey S. Pagliuca dated December 8, 2021 re: Exhibit 52 (Pagliuca, Jeffrey) (Entered: |

| | | 12/09/2021) |
|---|---|---|
| 12/09/2021 | 533 | LETTER MOTION addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated December 8, 2021 re: Admission of GX 52 . Document filed by USA as to Ghislaine Maxwell. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Rohrbach, Andrew) (Entered: 12/09/2021) |
| 12/09/2021 | 534 | LETTER MOTION addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated December 9, 2021 re: Proposed redactions to Dkt. No. 533 . Document filed by USA as to Ghislaine Maxwell. (Rohrbach, Andrew) (Entered: 12/09/2021) |
| 12/09/2021 | 535 | MEMORANDUM OPINION & ORDER as to Ghislaine Maxwell. The Government seeks to admit what has been identified as Government Exhibit 52 ("GX 52"), and submit to the jury a redacted version of GX 52. The Defense objects to the admission of GX 52 on authentication and hearsay grounds. The admissibility of the exhibit has been the subject of pretrial motion in limine briefing and extensive supplemental briefing. See Dkt. Nos. 390, 397, 398, 457, 476, 490. This includes supplemental briefing received on December 8, 2021, after the authenticating witness, Mr. Juan Alessi, underwent direct examination by the Government and voir dire by the Defense. The Court reserved ruling on the exhibit, pending what was anticipated to be additional testimony. Trial Tr. at 876. The Court now overrules the Defenses objections. The parties are ORDERED to confer and propose a limiting instruction consistent with this ruling on or before today, December 9, 2021, at 7:00 p.m. The parties are FURTHER ORDERED to confer and prepare a stipulation that Government Exhibits 52A, 52D, 52E, 52F, 52G, and 52H are true and correct photocopies of five pages from GX 52. See Trial Tr. at 858. (Signed by Judge Alison J. Nathan on 12/9/21)(jw) (Entered: 12/10/2021) |
| 12/09/2021 | | Minute Entry for proceedings held before Judge Alison J. Nathan:Jury Trial as to Ghislaine Maxwell held on 12/9/2021. Defendant Ghislaine Maxwell present with attorney Bobbi Sternheim, Jeff Pagliuca, Christian Everdell and Laura Menninger. AUSA Lara Pomerantz, Maurene Comey, Alison Moe and Andrew Rohrbach for the government. Court Reporters Martha Martin and George Malinowski. See transcript. (jw) (Entered: 12/13/2021) |
| 12/10/2021 | 536 | TRANSCRIPT of Proceedings as to Ghislaine Maxwell re: Conference held on 11/23/21 before Judge Alison J. Nathan. Court Reporter/Transcriber: Paula Speer, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/3/2022. Redacted Transcript Deadline set for 1/10/2022. Release of Transcript Restriction set for 3/10/2022. (Moya, Goretti) (Entered: 12/10/2021) |
| 12/10/2021 | 537 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ghislaine Maxwell. Notice is hereby given that an official transcript of a Conference proceeding held on 11/23/21 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Moya, Goretti) (Entered: 12/10/2021) |
| 12/10/2021 | | Minute Entry for proceedings held before Judge Alison J. Nathan: Jury Trial as to Ghislaine Maxwell held on 12/10/2021. Defendant Ghislaine Maxwell present with attorney Bobbi Sternheim, Jeff Pagliuca, Christian Everdell and Laura Menninger. AUSA Lara Pomerantz, Maurene Comey, Alison Moe and Andrew Rohrbach for the government. Court Reporters Martha Martin and George Malinowski Jury trial held. See Transcript. (jbo) (Entered: 12/20/2021) |
| 12/11/2021 | 538 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated December 9, 2021 re: Limiting instruction for GX 52 Document filed by USA. (Rohrbach, Andrew) (Entered: 12/11/2021) |
| 12/12/2021 | 539 | LETTER MOTION addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated December 12, 2021 re: Defense witness order . Document filed by USA as to Ghislaine Maxwell. |

| | | |
|---|---|---|
| | | (Rohrbach, Andrew) (Entered: 12/12/2021) |
| 12/12/2021 | 540 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Bobbi C. Sternheim dated 12/12/2021 re: Order of Defense Witnesses (Sternheim, Bobbi) (Entered: 12/12/2021) |
| 12/13/2021 | 541 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated December 13, 2021 re: Privilege stipulation Document filed by USA. (Rohrbach, Andrew) (Entered: 12/13/2021) |
| 12/14/2021 | 542 | ORDER as to Ghislaine Maxwell. The Court is in receipt of the Defense's letter dated December 13, 2021, regarding anticipated witnesses. The Government is ORDERED to submit a response no later than today, December 14, 2021, at 10:00 p.m. The Defense is FURTHER ORDERED to provide a copy of its anticipated witness order to the Court no later than today, December 14, 2021, at 12:00 p.m. SO ORDERED. (Signed by Judge Alison J. Nathan on 12/14/2021)(bw) (Entered: 12/14/2021) |
| 12/14/2021 | 543 | SEALED DOCUMENT placed in vault. (jus) (Entered: 12/14/2021) |
| 12/14/2021 | 544 | LETTER addressed to Judge Alison J. Nathan from Jeffrey S. Pagliuca dated December 13, 2021 re: Jack Scarola, Brad Edwards and Robert Glassman (Attachments: # 1 Exhibit 1 (Filed Under Seal))(Pagliuca, Jeffrey) (Entered: 12/15/2021) |
| 12/15/2021 | 545 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated December 14, 2021 re: Testimony from Victim Counsel Document filed by USA. (Rohrbach, Andrew) (Entered: 12/15/2021) |
| 12/15/2021 | 546 | LETTER MOTION addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated December 15, 2021 re: Proposed redactions *to Privilege Letters*. Document filed by USA as to Ghislaine Maxwell. (Rohrbach, Andrew) (Entered: 12/15/2021) |
| 12/15/2021 | 547 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Bobbi C. Sternheim dated 12/15/2021 re: Opposition to restriction on expert testimony (Sternheim, Bobbi) (Entered: 12/15/2021) |
| 12/15/2021 | 548 | MEMORANDUM OPINION & ORDER as to Ghislaine Maxwell. The Defense on December 12, 2021, moved to permit three anticipated witnesses to testify under a pseudonym or their first names only. The Government filed a letter opposing this request on December 14, 2021. The Defense's primary contention is that some form of anonymity for its witnesses is justified by the same reasons that the Court permitted three alleged victims and two related government witnesses to testify under pseudonyms. The Court disagrees with this basic premise and denies the Defense's motion....[*** See this Memorandum Opinion & Order ***]... Last, the Court emphasizes that while it currently denies the Defense's motion, the Defense may of course raise, and the Court will consider, objections that particular lines of questioning into witnesses' backgrounds or lives are irrelevant, cumulative, intended to harass, or otherwise inappropriate. See, e.g., Smith v. Illinois, 390 U.S. 129, 133 (1968) (emphasizing that even when anonymity is not warranted, the court has a duty to protect a witness "from questions which go beyond the bounds of proper cross–examination merely to harass, annoy or humiliate him"). SO ORDERED. (Signed by Judge Alison J. Nathan on 12/15/2021)(bw) (Entered: 12/16/2021) |
| 12/15/2021 | 694 | ORDER as to Ghislaine Maxwell. The Court is in receipt of the Government's motion to preclude certain testimony of defense witnesses, dated December 15, 2021. The Defense is ORDERED to submit a response as follows: – A response to the motion with respect to Dr. Loftus by today, December 15, 2021, at 7:45 p.m. – A response to the motion with respect to Alexander Hamilton by tomorrow, December 16, 2021, at 7:00 a.m. – A response to the motion with respect to the other anticipated witnesses by tomorrow, December 16, 2021, at 5:00 p.m. SO ORDERED. (Signed by Judge Alison J. Nathan on 12/15/2021)(bw) (Entered: 06/29/2022) |
| 12/16/2021 | 551 | ORDER as to Ghislaine Maxwell: The Court is in receipt of the parties' joint letter regarding the admission of prior inconsistent statements. The parties' letter notes "that |

| | | |
|---|---|---|
| | | many of these statements raise one of two questions: (1) must counsel show the witness the prior inconsistent statement under Rule 613(b), and (2) is a statement admissible when the witness affirms that the 3500 material contains the inconsistent statement and also expresses disagreement with the substance." The parties are hereby ORDERED to submit a letter citing authority (beyond the rule itself) for their respective positions. The parties are FURTHER ORDERED to indicate each disputed prior inconsistent statement that was read into the record. Letters must be submitted as soon as possible but no later than today, December 16, 2021, at 10:15 p.m. The parties are FURTHER ORDERED to docket their respective letters by tomorrow, December 17, 2021, at 8:00 a.m. (Signed by Judge Alison J. Nathan on 12/16/2021) (ap) Modified on 12/17/2021 (ap). (Entered: 12/17/2021) |
| 12/16/2021 | 552 | ORDER as to Ghislaine Maxwell: The Court denies the motion for the remaining witnesses the Government seeks to preclude. (Signed by Judge Alison J. Nathan on 12/16/2021) (ap) (Entered: 12/17/2021) |
| 12/16/2021 | | Minute Entry for proceedings held before Judge Alison J. Nathan: Jury Trial as to Ghislaine Maxwell held on 12/16/2021. Defendant Ghislaine Maxwell present with attorney Bobbi Sternheim, Jeff Pagliuca, Christian Everdell and Laura Menninger. AUSA Lara Pomerantz, Maurene Comey, Alison Moe and Andrew Rohrbach for the government. Court Reporters Martha Martin and George Malinowski Jury trial held. See Transcript. (jbo) (Entered: 12/20/2021) |
| 12/17/2021 | 549 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated December 17, 2021 re: Law enforcement witness testimony Document filed by USA. (Attachments: # 1 Exhibit A)(Rohrbach, Andrew) (Entered: 12/17/2021) |
| 12/17/2021 | 550 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated December 16, 2021 re: Prior inconsistent statements Document filed by USA. (Rohrbach, Andrew) (Entered: 12/17/2021) |
| 12/17/2021 | 553 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Jeffrey S. Pagliuca dated December 16, 2021 re: Prior Inconsistent Statements (Pagliuca, Jeffrey) (Entered: 12/17/2021) |
| 12/17/2021 | 562 | ORDER as to Ghislaine Maxwell. Attached is the draft jury charge and draft verdict sheet. Counsel shall be prepared to provide at the charging conference tomorrow, December 18, 2021, specific suggestions (with supporting authority if available) for any requested changes (Signed by Judge Alison J. Nathan on 12/17/21)(jw) (Entered: 12/20/2021) |
| 12/17/2021 | | Minute Entry for proceedings held before Judge Alison J. Nathan: Jury Trial as to Ghislaine Maxwell held on 12/17/2021. Defendant Ghislaine Maxwell present with attorney Bobbi Sternheim, Jeff Pagliuca, Christian Everdell and Laura Menninger. AUSA Lara Pomerantz, Maurene Comey, Alison Moe and Andrew Rohrbach for the government. Court Reporters Martha Martin and George Malinowski Jury trial held. See Transcript. (jbo) (Entered: 12/20/2021) |
| 12/18/2021 | 554 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated December 18, 2021 re: Jury instructions Document filed by USA. (Rohrbach, Andrew) (Entered: 12/18/2021) |
| 12/18/2021 | 555 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Jeffrey S. Pagliuca dated December 15, 2021 re: Ms. Maxwell's Response to Government's Motion to Preclude Certain Testimony by Alexander Hamilton (Pagliuca, Jeffrey) (Entered: 12/18/2021) |
| 12/18/2021 | 563 | ORDER as to Ghislaine Maxwell. The charging conference for this matter was held today, December 18, 2021. Attached to this Order are redline and clean copies of the draft jury charge and draft verdict form that incorporate all changes discussed at the conference, or by the Government's subsequent letter, Dkt. No. 554, and adopted by the Court. The Court also edited "a minor" to be "an individual under the age of 18" on page 38, line 19, and deleted "or foreign" on page 28, line 5, as consistent with the agreed upon edits at conference. No later than tomorrow, December 19, 2021, at 12:00 |

| | | |
|---|---|---|
| | | p.m., the parties may inform the Court in writing of any errors that were the result of the Court's inputting the changes from todays charging conference. (Signed by Judge Alison J. Nathan on 12/18/21)(jw) (Entered: 12/20/2021) |
| 12/18/2021 | | Minute Entry for proceedings held before Judge Alison J. Nathan: Jury Trial as to Ghislaine Maxwell held on 12/18/2021. Defendant Ghislaine Maxwell present with attorney Bobbi Sternheim, Jeff Pagliuca, Christian Everdell and Laura Menninger. AUSA Lara Pomerantz, Maurene Comey, Alison Moe and Andrew Rohrbach for the government. Court Reporters Khris Sellin and Paula Speers. Jury trial held. See Transcript. (jbo) (Entered: 12/22/2021) |
| 12/19/2021 | 556 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated December 19, 2021 re: Jury charge Document filed by USA. (Rohrbach, Andrew) (Entered: 12/19/2021) |
| 12/19/2021 | 557 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Bobbi C. Sternheim dated 12/19/2021 re: Letter re: Jury Charge (Sternheim, Bobbi) (Entered: 12/19/2021) |
| 12/19/2021 | 558 | JOINT LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated December 19, 2021 re: Closing logistics Document filed by USA. (Rohrbach, Andrew) (Entered: 12/19/2021) |
| 12/19/2021 | 559 | LETTER MOTION addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated December 19, 2021 re: Redacted exhibits . Document filed by USA as to Ghislaine Maxwell. (Rohrbach, Andrew) (Entered: 12/19/2021) |
| 12/19/2021 | 560 | MEMO ENDORSEMENT as to Ghislaine Maxwell on re: 558 The parties respectfully submit this letter regarding the logistics for public access for closing arguments. The parties propose that they will release a public version of their slides (to the extent they do not contain sealed materials) following the conclusion of the trial day on the same basis that they have been releasing public exhibits during trial....ENDORSEMENT...The parties previously indicated to the Court that they did not intend to make the visuals of the closing argument presentations public. The Court accordingly ordered the parties to confer on a proposal so as to ensure public access. For the reasons provided by the parties, the Court adopts the parties' proposal. Versions of the closing argument visual presentations with narrowly tailored redactions (e.g., redactions to protect the anonymity of witnesses the Court has permitted to testify under pseudonyms) shall be made available to the public within two hours of the completion of closing arguments. SO ORDERED. (Signed by Judge Alison J. Nathan on 12/19/2021)(jw) (Entered: 12/20/2021) |
| 12/19/2021 | 561 | MEMO ENDORSEMENT 559 LETTER MOTION addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated December 19, 2021 re: Redacted exhibits...ENDORSEMENT...SO ORDERED (Signed by Judge Alison J. Nathan on 12/19/21) (jw) (Entered: 12/20/2021) |
| 12/19/2021 | 564 | ORDER as to Ghislaine Maxwell. The parties are hereby ORDERED by 9:00 a.m. tomorrow, December 20, 2021, to docket or otherwise make publicly available all admitted exhibits. The parties shall confer on and propose narrowly tailored redactions for any exhibits admitted temporarily under seal. SO ORDERED. (Signed by Judge Alison J. Nathan on 12/19/21)(jw) (Entered: 12/20/2021) |
| 12/19/2021 | 565 | ORDER as to Ghislaine Maxwell. Attached to this Order are the final versions of the jury charge and verdict form. Per the parties' letters, the Court adopted the Government's proposed edit to Instruction No. 19. See Dkt. Nos. 556, 557. (Signed by Judge Alison J. Nathan on 12/19/21)(jw) (Entered: 12/20/2021) |
| 12/20/2021 | | Minute Entry for proceedings held before Judge Alison J. Nathan: Jury Trial as to Ghislaine Maxwell held on 12/20/2021. Defendant Ghislaine Maxwell present with attorney Bobbi Sternheim, Jeff Pagliuca, Christian Everdell and Laura Menninger. AUSA Lara Pomerantz, Maurene Comey, Alison Moe and Andrew Rohrbach for the government. Court Reporters Martha Martin and George Malinowski. Jury trial held. |

| | | |
|---|---|---|
| | | See Transcript. (jbo) (Entered: 12/22/2021) |
| 12/21/2021 | | Minute Entry for proceedings held before Judge Alison J. Nathan: Jury Trial as to Ghislaine Maxwell held on 12/21/2021. Defendant Ghislaine Maxwell present with attorney Bobbi Sternheim, Jeff Pagliuca, Christian Everdell and Laura Menninger. AUSA Lara Pomerantz, Maurene Comey, Alison Moe and Andrew Rohrbach for the government. Court Reporter Martha Martin. Jury trial held. See Transcript. (jbo) (Entered: 12/22/2021) |
| 12/22/2021 | | Minute Entry for proceedings held before Judge Alison J. Nathan: Jury Trial as to Ghislaine Maxwell held on 12/22/2021. Defendant Ghislaine Maxwell present with attorney Bobbi Sternheim, Jeff Pagliuca, Christian Everdell and Laura Menninger. AUSA Lara Pomerantz, Maurene Comey, Alison Moe and Andrew Rohrbach for the government. Court Reporter George Malinowski. Jury trial held. See Transcript. (jbo) (Entered: 01/10/2022) |
| 12/27/2021 | | Minute Entry for proceedings held before Judge Alison J. Nathan: Jury Trial as to Ghislaine Maxwell held on 12/27/2021. Defendant Ghislaine Maxwell present with attorney Bobbi Sternheim, Jeff Pagliuca, Christian Everdell and Laura Menninger. AUSA Lara Pomerantz, Maurene Comey, Alison Moe and Andrew Rohrbach for the government. Court Reporter Martha Martin. Jury trial held. See Transcript. (jbo) (Entered: 01/10/2022) |
| 12/28/2021 | 566 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Christian R. Everdell dated December 27, 2021 re: Supplemental Instruction (Everdell, Christian) (Entered: 12/28/2021) |
| 12/28/2021 | | Minute Entry for proceedings held before Judge Alison J. Nathan: Jury Trial as to Ghislaine Maxwell held on 12/28/2021. Defendant Ghislaine Maxwell present with attorney Bobbi Sternheim, Jeff Pagliuca, Christian Everdell and Laura Menninger. AUSA Lara Pomerantz, Maurene Comey, Alison Moe and Andrew Rohrbach for the government. Court Reporter George Malinowski. Jury trial held. See Transcript. (jbo) (Entered: 01/10/2022) |
| 12/29/2021 | | Minute Entry for proceedings held before Judge Alison J. Nathan:Jury Trial as to Ghislaine Maxwell held on 12/29/2021. Defendant Ghislaine Maxwell present with attorney Bobbi Sternheim, Jeff Pagliuca, Christian Everdell and Laura Menninger. AUSA Lara Pomerantz, Maurene Comey, Alison Moe and Andrew Rohrbach for the government. Court Reporter Khris Sellin. Defendant found GUILTY on Counts 1, 3, 4, 5, 6. Defendant found NOT GUILTY on Count 2. Jury trial concluded. (jw) (Entered: 01/11/2022) |
| 12/29/2021 | | JURY VERDICT as to Ghislaine Maxwell (1) Guilty on Count 1ss,3ss,4ss,5ss,6ss; Not Guilty on Count 2ss. (jw) (Entered: 06/29/2022) |
| 01/03/2022 | 567 | ORDER as to Ghislaine Maxwell. The parties are ORDERED to submit a joint letter by January 10, 2022, proposing a briefing schedule for the Defendant's Rule 29 motion and proposing a schedule for sentencing. The joint letter should also propose a schedule for the severed perjury counts. The Defense also inquired about a booster shot for the Defendant. The Court has been advised that MDC is making booster shots available within a week of receiving a request from an inmate. Defense counsel is accordingly advised to follow the MDC's instructions for requesting a booster. If a request is made and a booster not provided, Defense counsel may make a further application to the Court. SO ORDERED. (Signed by Judge Alison J. Nathan on 1/3/2022)(bw) (Entered: 01/03/2022) |
| 01/05/2022 | 568 | LETTER MOTION addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated January 5, 2022 re: Inquiry . Document filed by USA as to Ghislaine Maxwell. (Rohrbach, Andrew) (Entered: 01/05/2022) |
| 01/05/2022 | 569 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Christian R. Everdell dated 1/5/22 re: Juror Issue (Redacted) (Everdell, Christian) (Entered: 01/05/2022) |
| 01/05/2022 | 570 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Jeffrey S. Pagliuca dated January 5, 2022 re: Ms. Maxwell's Response to Government's Letter re. |

| | | |
|---|---|---|
| | | Juror's Statements (Dkt. 568) (Pagliuca, Jeffrey) (Entered: 01/05/2022) |
| 01/05/2022 | 571 | ORDER as to Ghislaine Maxwell. The Court is in receipt of the parties' letters. Dkt. Nos. 568, 569, 570. The Court hereby sets the following briefing schedule for the Defense to move for a new trial in light of the issues raised in the parties' letters: Defense motion: January 19, 2022; Government response: February 2, 2022; Defense reply: February 9, 2022. The parties' briefing should address whether an inquiry of some kind is permitted and/or required, and, if so, the nature of such an inquiry. Although the Court reserves decision on whether an inquiry of any kind is warranted, the Court grants the Government's request, Dkt. No. 568, to offer court–appointed counsel to the juror in issue. Subject to the juror's right to decline court–appointed counsel, the Court will appoint the on–duty CJA counsel to represent the juror. If counsel for the juror wishes to be heard on the issue of the appropriateness of an inquiry, briefing by the juror's counsel may be filed by January 26, 2022. The Court will not adjourn post–trial briefing on other issues as requested by the Defense, Dkt. No. 569, but sets the following schedule for any other post–verdict motion by the Defense: Defense motion: February 4, 2022; Government opposition: February 18, 2022; Defense reply: March 4, 2022. SO ORDERED. (Signed by Judge Alison J. Nathan on 1/5/2022) (bw) (Entered: 01/05/2022) |
| 01/05/2022 | 572 | NOTICE of Notice of Appearance for Jury Number 50 as to Ghislaine Maxwell (Spodek, Todd) (Entered: 01/05/2022) |
| 01/05/2022 | 573 | ORDER as to Ghislaine Maxwell. A notice of appearance has been filed by retained counsel on behalf of Juror Number 50. See Dkt. No. 572. Retained counsel has communicated to the Court that the juror does not wish to have counsel appointed. Accordingly, the Court will not appoint CJA counsel as indicated in its prior order. See Dkt. No. 571. Counsel for Juror Number 50 is directed to review Dkt. No. 571. SO ORDERED. (Signed by Judge Alison J. Nathan on 1/5/2022)(bw) (Entered: 01/06/2022) |
| 01/10/2022 | 574 | JOINT LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated January 10, 2022 re: Scheduling Document filed by USA. (Rohrbach, Andrew) (Entered: 01/10/2022) |
| 01/12/2022 | 575 | ORDER as to Ghislaine Maxwell. The parties are ORDERED to submit via email any proposed redactions on or before January 13, 2022, justifying any such request by reference to the three–part test articulated by the Second Circuit in Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006). If any redactions are proposed, the Court will determine whether any are appropriate and then docket the motion. The parties shall respond to Juror 50s motion on or before January 20, 2022. Upon further reflection, unless and until Juror No. 50 is permitted to intervene, he may have no standing to be heard on the question of whether an inquiry should be conducted. Accordingly, the Court withdraws the aspect of its prior order setting January 26, 2022, as the date by which counsel for Juror 50 should file a submission on the issue of the appropriateness of an inquiry. Dkt. No. 571. The Court will hear from the parties first regarding Juror 50's pending motion. Depending on the resolution of that motion, the Court will provide further guidance to counsel for Juror 50 regarding any permitted submission. If a further submission is permitted, the Court will provide ECF docketing access to counsel for Juror 50 at that time (Signed by Judge Alison J. Nathan on 1/12/22)(jw) (Entered: 01/12/2022) |
| 01/14/2022 | 576 | ORDER as to Ghislaine Maxwell. The Court required the parties to indicate whether Juror 50's motion to intervene and to be provided a copy of the jurors completed questionnaire and voir dire should be redacted. Dkt. No. 575. In response, the parties have submitted letters to the Court indicating their differing views on whether Juror 50s motion should be docketed at all. Upon further reflection, the Courtconcludes that it must first address the threshold question of whether an inquiry is permittedand/or required before considering Juror 50s requests. Accordingly, the Court will not consider or act on Juror 50's request to intervene and to be provided a copy of the jurors completed questionnaire and voir dire until the Court receives the parties briefing on the appropriateness of an inquiry and the nature of any such inquiry. The Court will maintain Juror 50's motion temporarily under seal until the Court considers the parties arguments and determines the appropriate next steps. Consistent with this and to (Signed by Judge Alison J. Nathan on 1/14/22)(jw) (Entered: 01/14/2022) |

| 01/14/2022 | <u>577</u> | ORDER as to Ghislaine Maxwell. The Court is in receipt of the parties' joint letter regarding a schedule for sentencing and resolution of the severed perjury counts. Dkt. No. 574. The Court hereby schedules the sentencing in this matter for June 28, 2022, at 11:00 a.m. The Court will delay ordering the preparation of a presentence investigation report until April 2022. The Court previously set the schedule for briefing on the new trial motion as well as all other post–verdict motions. Dkt. No. 571. That schedule remains in place. The Court adopts the parties proposal that the scheduling of any proceedings related to the severed perjury counts be deferred until the post–verdict motions are resolved. By January 18, 2022, the Government shall indicate in a joint letter whether it is seeking an exclusion of time under the Speedy Trial Act for the perjury counts and the basis for any requested exclusion. In the joint letter, the defense shall indicate whether it consents to the proposed exclusion of time (Sentencing set for 6/28/2022 at 11:00 AM before Judge Alison J. Nathan.) (Signed by Judge Alison J. Nathan on 1/14/22)(jw) (Entered: 01/14/2022) |
| 01/18/2022 | <u>578</u> | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from Alison Moe, Maurene Comey, Lara Pomerantz, and Andrew Rohrbach dated January 18, 2022 re: Speedy Trial Act Document filed by USA. (Moe, Alison) (Entered: 01/18/2022) |
| 01/19/2022 | <u>579</u> | MEMO ENDORSEMENT as to Ghislaine Maxwell on re: <u>578</u> LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from Alison Moe, Maurene Comey, Lara Pomerantz, and Andrew Rohrbach dated January 18, 2022 re: Speedy Trial Act. ENDORSEMENT: With respect to Counts 7 and 8, the Court hereby excludes time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from todays date through April 1, 2022. The Court finds that the ends of justice served by granting this exclusion from speedy trial computations outweigh the interests of the public and the defendant in a speedy trial on these counts because the time is necessary for the parties to research and brief post–trial motions. (Signed by Judge Alison J. Nathan on 1/19/2022) (ap) (Entered: 01/19/2022) |
| 01/19/2022 | <u>580</u> | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Bobbi C. Sternheim dated 01/19/2022 re: Letter to Court re: Motion for New Trial (Sternheim, Bobbi) (Entered: 01/19/2022) |
| 01/24/2022 | <u>581</u> | LETTER addressed to Judge Alison J. Nathan from Christine N. Walz, Sanford L. Bohrer and Cynthia A. Gierhart dated 1/21/22 re: Miami Herald letter regarding the Filing of Ms. Maxwell's Motion for a New Trial Under Seal (Dkt. 580) (jw) (Entered: 01/24/2022) |
| 01/25/2022 | <u>582</u> | **FILING ERROR – DEFICIENT DOCKET ENTRY – WRONG FILER –** LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from Nathan Siegel dated 1/25/2022 re: Letter from Nathan Siegel on behalf of American Broadcasting Companies, Inc., and NBCUniversal News Group to Hon. Alison J. Nathan Joining the Requests of The Miami Herald (Dkt. No. 581) and the New York Times to Oppose Sealing, and Requesting Additional Unsealing Document filed by USA. (Siegel, Nathan) Modified on 1/26/2022 (lb). (Entered: 01/25/2022) |
| 01/25/2022 | <u>583</u> | LETTER addressed to Judge Alison J. Nathan from David E. McCraw dated 1/24/2022 re: Letter by the NY Times Company.(jw) Modified on 1/25/2022 (jw). (Entered: 01/25/2022) |
| 01/26/2022 | <u>584</u> | ORDER as to Ghislaine Maxwell. As a post–trial housekeeping matter, Court staff directed the parties via email to complete the process of providing copies of Court Exhibits with narrowly tailored redactions (e.g., redactions to protect the anonymity of jurors and of witnesses the Court permitted to testify under pseudonyms) for the Court to docket. The Government subsequently submitted one court exhibit with the name unredacted of a witness subject to the Court's anonymity order. Subsequently the Defense indicated in a temporarily sealed letter why the name was unredacted. The Government is accordingly ORDERED to docket a letter on ECF on or before January 28, 2022, indicating why a redaction is no longer being sought for the name of this witness. Once the Government confirms in that letter that it no longer seeks redaction of the name, then the Defense may file the temporarily sealed letter on the docket without redaction of the name. The Court will then docket all Court Exhibits. (Signed by Judge Alison J. Nathan on 1/26/22)(jw) (Entered: 01/26/2022) |

| 01/26/2022 | 585 | ORDER as to Ghislaine Maxwell. The Court is in receipt of Defendant's motion for a new trial and accompanying exhibits, which she requests to file under seal. See Dkt. No. 580. The Court has also received requests from media organizations to unseal the motion. The Court is aware there is substantial public interest in this matter and will ensure that the First Amendment right to public access is fully safeguarded. At the same time, the Court must act deliberately and hear from the parties in considering these sealing issues in order to ensure the integrity of any potential inquiry process going forward, should one be ordered. That too is in the public, as well as the Defendant's and the Government's, interest. Accordingly, to the extent the Defense requests that arguments in favor of sealing should themselves be sealed, that request is DENIED. Arguments in favor of sealing can be made in such a way so as not to undermine the grounds for seeking sealing or redaction in the first instance. The Defense is therefore ORDERED to file a letter on the public docket on or before February 1, 2022, that justifies the proposed sealing by reference to the three–part test in Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006). The Government may file on ECF a response to the Defenses justification letter on or before February 4, 2022. The Government's opposition to the Defenses new trial motion is due February 2, 2022. Dkt. No. 571. Per the established practice in this case, the Government must provide a copy via email to the Defense to allow the Defense the opportunity to propose narrowly tailored redactions and/or sealing. If either party proposes redactions to or sealing of the Government's anticipated opposition, a letter justifying such redactions or sealing must be filed on the public docket. The Defense letter must be filed on or before February 8, 2022, and the Government letter must be filed by February 11, 2022. The same process will apply for any Defense reply in support, which is due February 9, 2022. Dkt. No. 571. If redactions or sealing are proposed, the Defense letter justifying such requests would be due February 15, 2022, and the Government letter would be due February 18, 2022. The parties are FURTHER ORDERED to address the New York Times Company's motion to unseal the filled–out questionnaires for the twelve seated jurors. See Dkt. No. 583. Letters by both parties must be submitted via ECF on or before February 11, 2022. SO ORDERED (Signed by Judge Alison J. Nathan on 1/26/2022)(jw) (Entered: 01/26/2022) |
| 01/26/2022 | 586 | LETTER addressed to Judge Alison J. Nathan from Matthew A. Leish dated 1/26/2022 re: I write on behalf of Daily News, L.P. (jw) (Entered: 01/26/2022) |
| 01/27/2022 | 587 | LETTER addressed to Judge Alison J. Nathan from Nathan Siegel dated 1/26/2022 re: Letter addressed to Judge Alison J. Nathan on behalf of American Broadcasting Companies, Inc and NBC Universal News Group (jw) (Entered: 01/27/2022) |
| 01/28/2022 | 588 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated January 28, 2022 re: Redaction of Witness Name Document filed by USA. (Pomerantz, Lara) (Entered: 01/28/2022) |
| 01/28/2022 | 589 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Christian R. Everdell dated 1/28/22 re: Redaction (Everdell, Christian) (Entered: 01/28/2022) |
| 02/01/2022 | 590 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Christian R. Everdell dated 2/1/22 re: Sealing Motion for New Trial (Everdell, Christian) (Entered: 02/01/2022) |
| 02/01/2022 | 591 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Christian R. Everdell dated 2/1/22 re: Extension of Time (Everdell, Christian) (Entered: 02/01/2022) |
| 02/02/2022 | 592 | MEMO ENDORSEMENT as to Ghislaine Maxwell on re: 591 LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Christian R. Everdell dated 2/1/22 re: Extension of Time. ENDORSEMENT: The extension request is hereby GRANTED. The briefing schedule for other post–verdict motions is revised as follows: – Defense submission: February 11, 2022. Government response: February 25, 2022. Defense reply: March 11, 2022. (Motions due by 2/11/2022. Responses due by 2/25/2022. Replies due by 3/11/2022) (Signed by Judge Alison J. Nathan on 2/2/2022) (ap) (Entered: 02/02/2022) |
| 02/04/2022 | 593 | ORDER as to Ghislaine Maxwell: As a post–trial house–keeping matter, attached to this Order are the Court Exhibits. The parties have proposed redactions to several |

| | | |
|---|---|---|
| | | exhibits and the sealing of Court Exhibit 4. The Court concludes that the proposed redactions are consistent with the three−part test articulated by the Second Circuit in Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006), and narrowly tailored. The redactions serve the purpose of protecting the anonymity of jurors and of victim−witnesses subject to the Court's anonymity order. With respect to Court Exhibit 4, rather than seal the entire document, the Court has redacted the information that would potentially identify the victim−witness who testified pursuant to the Court's anonymity order. Unredacted copies of the Court Exhibits will be filed under seal. (Signed by Judge Alison J. Nathan on 2/4/2022)(ap) (Entered: 02/04/2022) |
| 02/04/2022 | 594 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated February 4, 2022 re: Opposition to Defendant's Sealing Request Document filed by USA. (Pomerantz, Lara) (Entered: 02/04/2022) |
| 02/08/2022 | 595 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Bobbi C. Sternheim dated 2/8/2022 re: Request for Sealing (Sternheim, Bobbi) (Entered: 02/08/2022) |
| 02/11/2022 | 596 | ORDER as to Ghislaine Maxwell. The Court is in receipt of the parties' letters addressing the Defendant's request to temporarily seal her motion for a new trial and accompanying exhibits, and the Governments response in opposition and accompanying exhibits. See Dkt. Nos. 590, 594, 595. Several media organizations have also filed letters seeking unsealing. The Court is also in receipt of Juror 50's motion to intervene. Both the Government and the Defendant oppose intervention. The Defendant seeks to strike or, in the alternative, seal Juror 50's motion. For the reasons outlined more fully below, the Court rules as follows. First, the Defendant's motion to temporarily seal in their entirety all documents related to the motion for a new trial is DENIED. Any sealing of judicial documents must be narrowly tailored to serve competing interests. (Signed by Judge Alison J. Nathan on 2/11/22)(jw) (Entered: 02/11/2022) |
| 02/11/2022 | 597 | ORDER as to Ghislaine Maxwell. The Court's chambers received the attached letter via email from counsel for the National Association of Criminal Defense Lawyers (NACDL) seeking leave to file an amicus brief regarding the Defendant's motion for a new trial. The Court issues this Order in response. If any party wishes to file an amicus brief concerning the Defendant's motion for a new trial, it may submit to the Court via email a motion for leave to do so on or before February 18, 2022. The Court will only consider such a motion if: It is timely submitted by February 18, 2022; (Amicus Brief due by 2/18/2022) (Signed by Judge Alison J. Nathan on 2/11/22)(jw) (Entered: 02/11/2022) |
| 02/11/2022 | 598 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from Alison Moe, Maurene Comey, Lara Pomerantz, and Andrew Rohrbach dated February 11, 2022 re: motion by the New York Times Company. Document filed by USA. (Moe, Alison) (Entered: 02/11/2022) |
| 02/11/2022 | 599 | MOTION for New Trial *to Obtain Relief Requested in Memorandum in Support of Post−Trial Motions*. Document filed by Ghislaine Maxwell. (Everdell, Christian) (Entered: 02/11/2022) |
| 02/11/2022 | 600 | MEMORANDUM in Support by Ghislaine Maxwell re 599 MOTION for New Trial *to Obtain Relief Requested in Memorandum in Support of Post−Trial Motions.. OMNIBUS MEMORANDUM in Support by Ghislaine Maxwell re Post−Trial Motions* (Everdell, Christian) (Entered: 02/12/2022) |
| 02/15/2022 | 601 | SEALED DOCUMENT placed in vault. (jus) (Entered: 02/15/2022) |
| 02/16/2022 | 602 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Bobbi C. Sternheim dated 02/16/2022 re: Letter in Response to Dkt. 596 (Sternheim, Bobbi) (Entered: 02/16/2022) |
| 02/16/2022 | 603 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from Alison Moe, Maurene Comey, Lara Pomerantz, and Andrew Rohrbach dated February 16, 2022 re: Letter regarding proposed redactions. Document filed by USA. (Moe, Alison) (Entered: 02/16/2022) |

| 02/17/2022 | 604 | MEMO ENDORSEMENT as to Ghislaine Maxwell on MOTION FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF. ENDORSEMENT: The request for leave to file an amicus brief in accordance with this Court's February 11, 2022 order is GRANTED. SO ORDERED. (Signed by Judge Alison J. Nathan on 2/17/2022) (lnl) (Entered: 02/17/2022) |
|---|---|---|
| 02/18/2022 | 605 | ORDER as to Ghislaine Maxwell: The parties are hereby ORDERED to re−submit via email revised redactions to the parties' briefing on the Defendant's motion for a new trial by February 22, 2022. The revised proposed redactions shall be consistent with this Order. SO ORDERED. (Signed by Judge Alison J. Nathan on 2/18/2022) (lnl) (Entered: 02/18/2022) |
| 02/21/2022 | 606 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Bobbi C Sternheim dated 02/21/2022 re: Letter in Response to Dkt. 605 (Sternheim, Bobbi) (Entered: 02/21/2022) |
| 02/24/2022 | 607 | ORDER as to Ghislaine Maxwell: The Court is in receipt of the Defendant's proposed redactions revised in response to this Court's order. See Dkt. Nos. 605, 606. The Court has reviewed the proposed redactions and concludes that they are in accordance with its prior orders. See Dkt. Nos. 596, 605. The narrowly tailored redactions further the important interests of helping ensure the integrity of any inquiry and maintaining juror anonymity and privacy. As the Court explained in its February 11 Order, these interests justify redaction of the questions the parties propose be asked at any hearing and specific factual information developed by the parties that has not been publicly reported in the press and that the parties propose be inquired about at any forthcoming hearing. Dkt. No. 596 at 4 (citing United States v. McCoy et al., No. 14 Cr. 6181 (EAW), Dkt. No. 312 (text order) (W.D.N.Y. May 26, 2017); id. Dkt. No. 329 at 38−39; Press−Enter. Co. v. Superior Ct. of Cal., Riverside Cnty., 464 U.S. 501, 511−12 (1984)). Accordingly, the parties are ORDERED to docket the redacted briefs, accompanying exhibits, and their January 13 letters, by February 25, 2022. The Court will docket Juror 50's motion. As noted in its prior Order, following the Court's resolution of the Defendant's motion or a hearing, all redactions will be promptly unsealed except those necessary to protect any continuing interest in juror anonymity and privacy. See United States v. Amodeo, 44 F.3d 141, 146−47 (2d Cir. 1995); see also Press−Enter. Co., 478 U.S. at 14. (Signed by Judge Alison J. Nathan on 2/24/2022) (ap) (Entered: 02/24/2022) |
| 02/24/2022 | 608 | NOTICE OF MOTIONTO INTERVENE AND FOR THE RELEASE OF DOCUMENTS UNDER SEAL. Document filed as to Ghislaine Maxwell. (ap) (Entered: 02/24/2022) |
| 02/24/2022 | 609 | MEMORANDUM OF LAW IN SUPPORT OF MOTION TO INTERVENE AND FOR RELEASE OF SEALED JURY QUESTIONNAIRE AND TRANSCRIPT, ON BEHALF OF PROPOSED INTERVENOR, JUROR 50 as to Ghislaine Maxwell re: 608 MOTION. (ap) (Entered: 02/24/2022) |
| 02/24/2022 | 610 | ORDER as to Ghislaine Maxwell: for the reasons fully explained in the Opinion & Order, a hearing is necessary to resolve the Defendant's motion. Because of the important interest in the finality of judgments, the standard for obtaining a post−verdict hearing is high. The Court concludes, and the Government concedes, that the demanding standard for holding a post−verdict evidentiary hearing is met as to whether Juror 50 failed to respond truthfully during the jury selection process to whether he was a victim of sexual abuse. Following trial, Juror 50 made several direct, unambiguous statements to multiple media outlets about his own experience that do not pertain to jury deliberations and that cast doubt on the accuracy of his responses during jury selection. Juror 50's post−trial statements are "clear, strong, substantial and incontrovertible evidence that a specific, non−speculative impropriety"namely, a false statement during jury selection has occurred. United States v. Baker, 899 F.3d 123, 130 (2d Cir. 2018). To be clear, the potential impropriety is not that someone with a history of sexual abuse may have served on the jury. Rather, it is the potential failure to respond truthfully to questions during the jury selection process that asked for that material information so that any potential bias could be explored. In contrast, the demanding standard for ordering an evidentiary hearing is not met as to the conduct of any other juror. The Court DENIES the request to conduct a hearing with respect to the other jurors. The Court also DENIES the Defendant's request for a broader hearing and pre−hearing discovery. The Court therefore ORDERS that a hearing take place at |

| | | |
|---|---|---|
| | | which the Court will question Juror 50 under oath. The Court further ORDERS that Juror 50's questionnaire be unsealed, for the reasons explained in the Opinion & Order. The Court will email counsel for Juror 50 a copy of his questionnaire and a copy of this Order. As also explained in the Opinion & Order, the Court will conduct the questioning at the public hearing with input from counsel for the Defendant and the Government. The parties may submit by email proposed questions in accordance with the Opinion & Order on or before March 1, 2022. The hearing will take place on March 8, 2022, at 10:00 a.m. The Court ORDERS Juror 50 to appear in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York at that date and time to give testimony under oath in response to the Court's questions. The Court will ensure public access and will provide information on public access as soon as it is available. The Court will send the temporarily sealed Opinion & Order to the parties. By noon on February 25, 2022, the parties are ORDERED to inform the Court whether either seeks limited redactions to the Opinion & Order, conforming any requests to this Court's prior order, Dkt. No. 596, and justifying any such request by reference to the three−part test articulated by the Second Circuit in Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006). (Status Conference set for 3/8/2022 at 10:00 AM in Courtroom 906, 40 Centre Street, New York, NY 10007 before Judge Alison J. Nathan) (Signed by Judge Alison J. Nathan on 2/24/2022) (ap) Modified on 2/25/2022 (ap). (Entered: 02/24/2022) |
| 02/24/2022 | 611 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated February 24, 2022 re: Court's February 24, 2022 Order (Dkt. No. 610) Document filed by USA. (Pomerantz, Lara) (Entered: 02/24/2022) |
| 02/24/2022 | 612 | LETTER MOTION addressed to Judge Alison J. Nathan from Jeffrey S. Pagliuca dated January 13, 2022 re: Ms. Maxwell's Request for Juror 50's Memorandum of Law in Support of Motion to Intervene, Jury Questionnaire and Transcript Remain Under Seal Upon Resolution of Her Motion for a New Trial . Document filed by Ghislaine Maxwell. (Pagliuca, Jeffrey) (Entered: 02/24/2022) |
| 02/24/2022 | 613 | MOTION for New Trial . Document filed by Ghislaine Maxwell. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Pagliuca, Jeffrey) (Entered: 02/24/2022) |
| 02/24/2022 | 614 | AMICUS CURIAE BRIEF OF THE NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS. The Court should not allow any juror to thwart its screening process by giving inaccurate answers and thereby create such a grave potential, realized in this case, for depriving the defendant of her right to a fair trial. A new trial is required. Document filed as to Ghislaine Maxwell. (See BRIEF set forth) (ap) (Entered: 02/24/2022) |
| 02/24/2022 | 615 | MEMORANDUM in Opposition by USA as to Ghislaine Maxwell re 613 MOTION for New Trial .. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Pomerantz, Lara) (Entered: 02/24/2022) |
| 02/24/2022 | 616 | REPLY TO RESPONSE to Motion by Ghislaine Maxwell re 613 MOTION for New Trial .. (Attachments: # 1 Exhibit 3 (1 of 3), # 2 Exhibit 3 (2 of 3), # 3 Exhibit 3 (3of 3))(Pagliuca, Jeffrey) (Entered: 02/24/2022) |
| 02/24/2022 | 617 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated January 13, 2022 re: Juror 50's Motion to Intervene Document filed by USA. (Pomerantz, Lara) (Entered: 02/24/2022) |
| 02/24/2022 | 618 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Bobbi C Sternheim dated 02/24/2022 re: Letter in Response to Dkt 610 (Sternheim, Bobbi) (Entered: 02/24/2022) |
| 02/25/2022 | 619 | MEMO ENDORSEMENT as to Ghislaine Maxwell on 618 LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Bobbi C Sternheim dated 02/24/2022 re: Letter in Response to Dkt 610. ENDORSEMENT: The Court approves the Defense's proposed redactions, which are narrowly tailored to redact specific categories of questions the Court may ask at the forthcoming hearing. Consistent with this Court's prior order, such redactions help ensure the integrity of the forthcoming hearing. See Dkt. No. 596. The Court will docket the redacted Opinion & Order. As noted in the prior order, the redactions will be promptly unsealed following the |

| | | |
|---|---|---|
| | | hearing. SO ORDERED. (Signed by Judge Alison J. Nathan on 2/25/2022)(lnl) (Entered: 02/25/2022) |
| 02/25/2022 | 620 | OPINION & ORDER as to Ghislaine Maxwell: For the reasons stated above, the Court will hold a hearing regarding Juror 50's answers to Questions 25 and 48 of the questionnaire. The public proceeding will take place on March 8, 2022, at 10:00 a.m. Juror 50 is hereby ORDERED to appear in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York at that date and time to give testimony under oath in response to the Court's questions. Counsel for the Defendant and the Government are ORDERED to submit via email proposed questions in accordance with this Opinion & Order on or before March 1, 2022. SO ORDERED. (Signed by Judge Alison J. Nathan on 2/24/2022) (lnl) (Main Document 620 replaced on 3/9/2022) (jw). (Entered: 02/25/2022) |
| 02/25/2022 | 621 | MEMORANDUM in Opposition by USA as to Ghislaine Maxwell re 599 MOTION for New Trial *to Obtain Relief Requested in Memorandum in Support of Post−Trial Motions*.. (Rohrbach, Andrew) (Entered: 02/25/2022) |
| 02/28/2022 | 622 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 02/28/2022) |
| 02/28/2022 | 623 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 02/28/2022) |
| 03/01/2022 | 635 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSA Maurene Comey/Alison Moe/Lara Pomerantz/Andrew Rohrbach dated 3/1/22 re: Dear Judge Nathan: In accordance with the Courts February 24, 2022 Opinion and Order (Dkt. No. 620), the Government respectfully submits this letter to propose questions for the public hearing at which the Court will question Juror 50 under oath..... Document filed by USA. (jbo) (Entered: 03/09/2022) |
| 03/01/2022 | 636 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from defense counsel Christian R. Everdell dated 3/1/22 re: Dear Judge Nathan: We write in response to the Courts order, dated February 24, 2022, permitting the parties to submit proposed questions to the Court for the hearing related to Ms. Maxwells Motion for a New Trial. Dkt. 610..... (jbo) (Entered: 03/09/2022) |
| 03/02/2022 | 624 | LETTER as to Ghislaine Maxwell v. Ghislaine Maxwell addressed to Judge Alison J. Nathan from Attorney Todd A. Spodek dated March 1, 2022 re: Please be advised that I represent Juror 50. I am writing in response to Your Honor's February 24, 2022 Order (ECF No.: 610) directing Juror 50 to appear for a hearing on March 8, 2022. I write to inform the Court that Juror 50 will invoke his Fifth Amendment privilege against self−incrimination at the hearing. (bw) (Entered: 03/02/2022) |
| 03/02/2022 | 625 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach, dated March 1, 2022 re: By letter dated March 1, 2022, counsel for Juror 50 informed the Court that Juror 50 will invoke his Fifth Amendment privilege against self−incrimination at the hearing scheduled for March 8, 2022. The Government writes to notify the Court that it is in the process of seeking internal approval to seek an order, pursuant to 18 U.S.C. §§ 6002 and 6003, compelling Juror 50's testimony at the hearing. The Government will, subject to internal approval, submit a proposed order to the Court in advance of the hearing.(bw) (Entered: 03/02/2022) |
| 03/02/2022 | | ***DELETED DOCUMENT. Deleted document number 626 SEALED DOCUMENT placed in vault, as to Ghislaine Maxwell. The document was incorrectly filed in this case. (nmo)** (Entered: 03/02/2022) |
| 03/02/2022 | 626 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Bobbi C Sternheim dated 03/02/2022 re: Juror 50's intent to assert 5th Amendment and potential immunity (Sternheim, Bobbi) (Entered: 03/02/2022) |
| 03/02/2022 | 627 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Jeffrey S. Pagliuca dated March 2, 2022 re: Ms. Maxwells Request for adjournment of hearing on Motion for New Trial (Pagliuca, Jeffrey) (Entered: 03/02/2022) |
| 03/02/2022 | 628 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated March 2, 2022 re: Opposition to Defendant's Adjournment Request Document filed by USA. (Pomerantz, Lara) (Entered: 03/02/2022) |

| 03/03/2022 | 629 | MEMO ENDORSEMENT as to Ghislaine Maxwell on re: 626 LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Attorney Bobbi C Sternheim dated 03/02/2022 re: Juror 50's intent to assert 5th Amendment and potential immunity. ENDORSEMENT: No grounds are offered for entitlement to the requested proffer, and the Court is not aware of any basis for granting the request. DENIED. SO ORDERED. (Signed by Judge Alison J. Nathan on 3/3/2022)(bw) (Entered: 03/03/2022) |
|---|---|---|
| 03/03/2022 | 630 | MEMO ENDORSEMENT as to Ghislaine Maxwell on re: 627 LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Attorney Jeffrey S. Pagliuca dated March 2, 2022 re: Ms. Maxwells Request for adjournment of hearing on Motion for New Trial. ENDORSEMENT: The requested two–month adjournment to May is not justified and is therefore DENIED. Two of the Defendant's four attorneys are able to be present and represent the Defendant at the March 8 hearing. The Court will conduct the questioning at the hearing, and the parties have already submitted briefing and proposed questions. The public interest in a reasonably prompt hearing outweighs the Defendant's preference for an adjournment. SO ORDERED. (Signed by Judge Alison J. Nathan on 3/3/2022)(bw) (Entered: 03/03/2022) |
| 03/03/2022 | 631 | ORDER as to Ghislaine Maxwell. As noted in this Court's prior order, a hearing on the Defendant's motion for a new trial is scheduled for March 8, 2022, at 10:00 a.m. Dkt. No. 610. The hearing location is hereby changed to Courtroom 110 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York....[*** See this Order ***]... Per the S.D.N.Y. Response to COVID–19, anyone who appears at any S.D.N.Y. courthouse must complete a questionnaire on the date of the proceeding prior to entering the courthouse. Only persons who meet the entry requirements established by the questionnaire will be allowed to enter the courthouse. All visitors must wear an N95, KN95, or KF94 mask at all times. Surgical masks, cloth masks, bandannas, gaiters, and masks with valves are not permitted. If a person does not have an approved mask, a screener will provide one. Anyone who fails to comply with the COVID–19 protocols that have been adopted by the Court will be required to leave the courthouse. There are no exceptions. For more information, please see https://www.nysd.uscourts.gov/covid–19–coronavirus. SO ORDERED. (Signed by Judge Alison J. Nathan on 3/3/2022)(bw) (Entered: 03/03/2022) |
| 03/07/2022 | 632 | MOTION Application under 18 U.S.C. §§ 6002 and 6003 . Document filed by USA as to Ghislaine Maxwell. (Pomerantz, Lara) (Entered: 03/07/2022) |
| 03/08/2022 | | Minute Entry for proceedings held before Judge Alison J. Nathan:Motion Hearing as to Ghislaine Maxwell held on 3/8/2022. Defendant Ghislaine Maxwell present with attorney Bobbi Sternheim and Christian Everdell, AUSA Lara Pomerantz, Maurene Comey, Alison Moe and Andrew Rohrbach for the government. Juror 50 present with retained counsel Todd Spodek. Court Reporters Mike McDaniel and Kelly Surina. See transcript. Defendant remains remanded. (jw) (Entered: 03/09/2022) |
| 03/09/2022 | 633 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 03/09/2022) |
| 03/09/2022 | 634 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 03/09/2022) |
| 03/09/2022 | 637 | ORDER as to Ghislaine Maxwell... ORDERED that, pursuant to Title 18, United States Code, Sections 6002 and 6003, ––––– give testimony at said hearing; and IT IS FURTHER ORDERED that, pursuant to Title 18, United States Code, Sections 6002 and 6003, no testimony or other information compelled under this Order, or any information directly or indirectly derived from such testimony or other information, may be used against ––––– in any criminal case, except a prosecution for perjury, giving a false statement, or otherwise failing to comply with this Order. This Order shall become effective only if after the date of this Order ––––– ––––– refuses to testify on the basis of his privilege against self–incrimination. (Signed by Judge Alison J. Nathan on 3/8/22)(jbo) (Entered: 03/09/2022) |
| 03/09/2022 | 638 | HEARING EXHIBIT 1 as to Ghislaine Maxwell. (jbo) (Entered: 03/09/2022) |
| 03/09/2022 | 639 | ORDER as to Ghislaine Maxwell. As indicated at yesterday's hearing, the Court has docketed the unredacted copy of the Court's February 24, 2022, Opinion & Order, the Government's proposed questions, the Defendant's proposed questions with limited redactions, the signed immunity order with limited redactions, and Hearing Exhibit 1. The limited redactions to the signed immunity order and the Defendants proposed |

| | | |
|---|---|---|
| | | questions are narrowly tailored to further the interest of protecting juror anonymity. The Court will file the unredacted documents under seal. SO ORDERED. (Signed by Judge Alison J. Nathan on 3/9/22)(jbo) (Entered: 03/09/2022) |
| 03/10/2022 | 640 | ORDER as to Ghislaine Maxwell. Per the Court's instruction at the March 8 hearing, the parties submitted revised redactions to their briefing on the Defendants motion for a new trial. The Court rejects the Defendant's proposed redaction to page 8, lines 6–7 of her reply because it is not necessary to protect any continuing interest in juror anonymity and privacy. See Dkt. No. 607. The Court concludes that the remaining proposed redactions are narrowly tailored to further the important interest of protecting juror anonymity and privacy. Press–Enter. Co. v. Superior Ct. of Cal., Riverside Cnty., 464 U.S. 501, 511–12 (1984). The parties are ORDERED to file the redacted briefs (with the above noted line unredacted) on the docket on or before March 11, 2022. The Court will file the unredacted briefs under seal. (Signed by Judge Alison J. Nathan on 3/10/2022)(jw) (Entered: 03/10/2022) |
| 03/10/2022 | 641 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 03/10/2022) |
| 03/11/2022 | 642 | MOTION for New Trial . Document filed by Ghislaine Maxwell. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, Exhibit 3)(Pagliuca, Jeffrey); Modified on 6/29/2022 (bw). (Entered: 03/11/2022) |
| 03/11/2022 | 643 | MEMORANDUM in Opposition by USA as to Ghislaine Maxwell re 642 MOTION for New Trial .. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Pomerantz, Lara) (Entered: 03/11/2022) |
| 03/11/2022 | 644 | REPLY TO RESPONSE to Motion by Ghislaine Maxwell re 642 MOTION for New Trial .. (Attachments: # 1 Exhibit 3 (1 of 3), # 2 Exhibit 3 (2 of 3), # 3 Exhibit 3 (3of 3))(Pagliuca, Jeffrey) (Entered: 03/11/2022) |
| 03/11/2022 | 645 | TRANSCRIPT of Proceedings as to Ghislaine Maxwell re: Conference held on 3/8/22 before Judge Alison J. Nathan. Court Reporter/Transcriber: Michael McDaniel, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/1/2022. Redacted Transcript Deadline set for 4/11/2022. Release of Transcript Restriction set for 6/9/2022. (Moya, Goretti) (Entered: 03/11/2022) |
| 03/11/2022 | 646 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ghislaine Maxwell. Notice is hereby given that an official transcript of a Conference proceeding held on 3/8/22 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Moya, Goretti) (Entered: 03/11/2022) |
| 03/11/2022 | 647 | REPLY MEMORANDUM OF LAW in Support as to Ghislaine Maxwell re: 599 MOTION for New Trial *to Obtain Relief Requested in Memorandum in Support of Post–Trial Motions.* . (Everdell, Christian) (Entered: 03/11/2022) |
| 03/15/2022 | 648 | MEMORANDUM in Opposition by USA as to Ghislaine Maxwell re 642 MOTION for New Trial .. (Pomerantz, Lara) (Entered: 03/15/2022) |
| 03/15/2022 | 649 | MEMORANDUM by Ghislaine Maxwell re 642 MOTION for New Trial .. (Sternheim, Bobbi) (Entered: 03/15/2022) |
| 04/01/2022 | 650 | LETTER MOTION addressed to Judge Alison J. Nathan from Alison Moe, Maurene Comey, Lara Pomerantz, and Andrew Rohrbach dated April 1, 2022 re: Speedy Trial Act . Document filed by USA as to Ghislaine Maxwell. (Moe, Alison) (Entered: 04/01/2022) |
| 04/01/2022 | 651 | MOTION to Stay re: 649 Memorandum in Support of Motion, 642 MOTION for New Trial ., 644 Reply to Response to Motion . Document filed by Ghislaine Maxwell. (Sternheim, Bobbi) (Entered: 04/01/2022) |
| 04/01/2022 | 652 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Vernon S. Broderick from Alison Moe, Maurene Comey, Lara Pomerantz, and Andrew Rohrbach dated April 1, 2022 re: opposition to defendant's April 1, 2022 letter. Document filed by |

| | | USA. (Moe, Alison) (Entered: 04/01/2022) |
|---|---|---|
| 04/01/2022 | | **\*\*\*DELETED DOCUMENT. Deleted docket entry, no document number. NOTICE OF CASE REASSIGNMENT, as to Ghislaine Maxwell. The document was incorrectly filed in this case. (bw)** (Entered: 04/01/2022) |
| 04/01/2022 | | REMARK as to USA v. Ghislaine Maxwell. Case reassigned to Judge Broderick due to an administrative error. Case returned to Judge Nathan. (bw) (Entered: 04/01/2022) |
| 04/01/2022 | 653 | OPINION & ORDER as to Ghislaine Maxwell. The Court concludes that Juror 50 testified credibly and truthfully at the post–trial hearing. His failure to disclose his prior sexual abuse during the jury selection process was highly unfortunate, but not deliberate. The Court further concludes that Juror 50 harbored no bias toward the Defendant and could serve as a fair and impartial juror. The requirements for a new trial under McDonough are not satisfied. The Defendant's motion for a new trial pursuant to Rule 33 is therefore DENIED. The Court orders the preparation of the presentence investigation report. With respect to Counts 7 and 8, the Court hereby excludes time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from today's date through April 22, 2022. The Court finds that the ends of justice served by granting this exclusion from speedy trial computations outweigh the interests of the public and the Defendant in a speedy trial on these counts because the pending post–trial motions affect the scheduling considerations set forth in the Government's January 10, 2022 letter. See Dkt. No. 574. The Defendant consents to this exclusion. Dkt. No. 650. The Court will rule on the Defendant's remaining post–verdict motions in due course. Sentencing remains scheduled for June 28, 2022. This resolves docket numbers 613, 614, 642, 650, and 651. (Signed by Judge Alison J. Nathan on 4/1/2022) (See ORDER set forth) (ap) (Entered: 04/01/2022) |
| 04/04/2022 | 654 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 04/04/2022) |
| 04/25/2022 | 655 | LETTER MOTION addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated April 25, 2022 re: Advance PSR Deadline . Document filed by USA as to Ghislaine Maxwell. (Rohrbach, Andrew) (Entered: 04/25/2022) |
| 04/26/2022 | 656 | ORDER as to Ghislaine Maxwell. The Court is in receipt of the Government's letter regarding the deadline for the disclosure of the Presentence Investigation Report. Dkt. No. 655. After conferring with the Probation Office, the Court determines that advancing the PSR disclosure schedule will aid the parties in preparing their sentencing submissions. Further the Court hereby adjusts its standard sentencing submission schedule to ensure sufficient time to prepare for sentencing. Accordingly, the Court ORDERS the following schedule for sentencing: May 24, 2022 – First PSR disclosure; May 31, 2022 – Defendant objections due; June 6, 2022 – Government response due; June 9, 2022 – Second PSR disclosure; June 15, 2022 – Defendant sentencing submission due; June 22, 2022 – Government sentencing submission due; June 28, 2022 – Sentencing. This resolves Dkt. No. 655. SO ORDERED. (Signed by Judge Alison J. Nathan on 4/26/2022)(bw) (Entered: 04/26/2022) |
| 04/29/2022 | 657 | OPINION & ORDER as to Ghislaine Maxwell....[\*\*\* See this Opinion & Order \*\*\*]... V. Conclusion. For the foregoing reasons, the Court denies the Defendant's Rule 29 motion because the jury's guilty verdicts were supported by the witness testimony and documentary evidence presented at trial. The Court denies the Defendant's motion based on constructive amendment or variance because the jury instructions, the Government's evidence at trial, and summation all captured the core of criminality charged in the Indictment, and the Defendant was not prejudiced by any alleged variance. Further, because the Government neither intentionally delayed its prosecution nor was the Defendant prejudiced by any delay, the Court also denies the Defendant's motion based on pre–indictment delay. Finally, the Court grants the Defendant's motion as to multiplicity. The Government concedes that Count One is multiplicitous with Count Three, and the Court further concludes that Count Five is multiplicitous with Count Three. Count Five, like Counts One and Three, charged the Defendant's participation in the same decade–long unlawful agreement with the Defendant's continuous coconspirator, Jeffrey Epstein, to groom and sexually abuse underage girls. Accordingly, the Court will enter judgment of conviction on Counts Three, Four, and Six. The Defendant's sentencing date remains scheduled for June 28, 2022. The Court previously set a schedule for sentencing submissions that remains in |

| | | |
|---|---|---|
| | | effect. Dkt. No. 656. This resolves Dkt. No. 599. SO ORDERED. (Signed by Judge Alison J. Nathan on 4/29/2022)(bw) (Entered: 04/29/2022) |
| 05/10/2022 | 658 | LETTER MOTION addressed to Judge Alison J. Nathan from Bobbi C Sternheim dated 05/10/2022 re: 2–day extension to file sentencing submission . Document filed by Ghislaine Maxwell. (Sternheim, Bobbi) (Entered: 05/10/2022) |
| 05/11/2022 | 659 | MEMO ENDORSEMENT 658 LETTER MOTION addressed to Judge Alison J. Nathan from Bobbi C Sternheim dated 05/10/2022 re: 2–day extension to file sentencing submission...ENDORSEMENT..The request is DENIED. SO ORDERED (Signed by Judge Alison J. Nathan on 5/11/22) (jw) (Entered: 05/11/2022) |
| 05/11/2022 | 660 | LETTER MOTION addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated May 11, 2022 re: Speedy Trial Exclusion . Document filed by USA as to Ghislaine Maxwell. (Rohrbach, Andrew) (Entered: 05/11/2022) |
| 05/11/2022 | 661 | MEMO ENDORSEMENT as to Ghislaine Maxwell (1) on 660 LETTER MOTION addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated May 11, 2022 re: Speedy Trial Exclusion. ENDORSEMENT: SO ORDERED. (Signed by Alison J. Nathan, U.S. Circuit Judge Sitting by designation on 5/11/2022) (ap) (Entered: 05/11/2022) |
| 06/15/2022 | 662 | MEMORANDUM OF LAW in Support by Ghislaine Maxwell *Memorandum of Ghislaine Maxwell in Support of Her Objections to the Presentence Investigation Report*. (Everdell, Christian) (Entered: 06/15/2022) |
| 06/15/2022 | 663 | SENTENCING SUBMISSION by Ghislaine Maxwell. (Sternheim, Bobbi) (Entered: 06/15/2022) |
| 06/17/2022 | 664 | ORDER as to Ghislaine Maxwell: As noted in this Court's prior order, sentencing in this matter is scheduled for June 28, 2022, at 11:00 a.m. Dkt. No. 577. The sentencing proceeding will take place in Courtroom 318 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York. Substantial seating for members of the press and public will be available in Courtroom 318. Overflow courtrooms will be available if needed. The overflow rooms will have live video and audio feeds of the proceeding. The use of any electronic devices in Courtroom 318 or the overflow courtrooms is prohibited. The District Executive's Office will coordinate seating in Courtroom 318 and the overflow courtrooms. The Court will ensure access for any victims. Victim access will be coordinated between the Victim Witness Unit and the District Executives Office. Defense counsel may coordinate access for members of the Defendant's family with the District Executive's Office. Wendy Olson, Coordinator, Victim Witness Unit, United States Attorney's Office, (212) 637–1028, Wendy.Olson@usdoj.gov; Joseph Pecorino, District Executive's Office, United States District Court, Southern District of New York, (212) 805–0513, Joseph_Pecorino@nysd.uscourts.gov. For information on Courthouse entry protocols, please see https://www.nysd.uscourts.gov/covid–19–coronavirus. (Signed by Judge Alison J. Nathan on 6/17/2022) (ap) (Entered: 06/17/2022) |
| 06/21/2022 | 665 | ORDER as to Ghislaine Maxwell: The Court is in receipt of a letter submitted by an attorney for two individuals seeking to speak as victims at sentencing. The Defendant submitted a letter in response. No party requested redactions or sealing of the letters. The Court will docket the letters. Any victim seeking to make a statement at sentencing shall contact the Victim Witness Unit of the United States Attorneys Office: Wendy Olson, Coordinator Victim Witness Unit United States Attorneys Office, (212) 637–1028, Wendy.Olson@usdoj.gov. A victim seeking to make a statement must submit a written statement by email to the Victim Witness Unit by noon on Thursday, June 23, 2022. In addition to submitting the written statement, the submission must note whether the victim seeks to make an oral statement at sentencing and provide a basis for entitlement to make a statement under the Crime Victims Rights Act, 18 U.S.C. § 3771. Statements that do not conform to this process will not be permitted. The Government is ORDERED to inform the Defendant of any anticipated victim impact statements by 2:00 p.m. on Thursday, June 23, 2022. If either party objects to any statement, the objection and statement being objected to must be filed with the Court by 2:00 p.m. on Friday, June 24, 2022. Any statements to which the parties do not object must be submitted to the Court by 5:00 p.m. on that same date. The Government is FURTHER ORDERED to confirm with the Court by |

| | | |
|---|---|---|
| | | noon tomorrow, June 22, 2022, that victims have been notified of the rights described in the CVRA, consistent with 18 U.S.C. § 3771(c)(1). (Signed by Judge Alison J. Nathan on 6/21/2022) (ap) (Entered: 06/21/2022) |
| 06/21/2022 | 666 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan, from Robert Y. Lewis dated 6/14/2022 re: Victims' counsel writes a letter regarding sentencing. (ap) (Entered: 06/21/2022) |
| 06/21/2022 | 667 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan, from Bobbi C. Sternheim dated 6/17/2022 re: Defense counsel writes regarding sealing of certain documents. (ap) (Entered: 06/21/2022) |
| 06/21/2022 | 668 | ORDER as to Ghislaine Maxwell: This order corrects the contact information for Wendy Olsen contained in the Court's original order, Dkt. No. 665. The Court is in receipt of a letter submitted by an attorney for two individuals seeking to speak as victims at sentencing. The Defendant submitted a letter in response. No party requested redactions or sealing of the letters. The Court will docket the letters. Any victim seeking to make a statement at sentencing shall contact the Victim Witness Unit of the United States Attorney's Office: Wendy Olsen, Coordinator Victim Witness Unit United States Attorney's Office, (212) 637–1028, Wendy.Olsen@usdoj.gov. A victim seeking to make a statement must submit a written statement by email to the Victim Witness Unit by noon on Thursday, June 23, 2022. In addition to submitting the written statement, the submission must note whether the victim seeks to make an oral statement at sentencing and provide a basis for entitlement to make a statement under the Crime Victims' Rights Act, 18 U.S.C. § 3771. Statements that do not conform to this process will not be permitted. The Government is ORDERED to inform the Defendant of any anticipated victim impact statements by 2:00 p.m. on Thursday, June 23, 2022. If either party objects to any statement, the objection and statement being objected to must be filed with the Court by 2:00 p.m. on Friday, June 24, 2022. Any statements to which the parties do not object must be submitted to the Court by 5:00 p.m. on that same date. The Government is FURTHER ORDERED to confirm with the Court by noon tomorrow, June 22, 2022, that victims have been notified of the rights described in the CVRA, consistent with 18 U.S.C. § 3771(c)(1). (Signed by Judge Alison J. Nathan on 6/21/20221) (ap) (Entered: 06/21/2022) |
| 06/22/2022 | 669 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated June 22, 2022 re: CVRA Notice Document filed by USA. (Comey, Maurene) (Entered: 06/22/2022) |
| 06/22/2022 | 670 | SENTENCING SUBMISSION by USA as to Ghislaine Maxwell. (Moe, Alison) (Entered: 06/22/2022) |
| 06/24/2022 | 671 | ORDER as to Ghislaine Maxwell: The Government is ORDERED to provide its position on the proposed victim impact statements and the Defendant's objections and redaction requests by 5:00 p.m. today, June 24, 2022. The Government's letter should be docketed with any proposed redactions. Defense counsel is ORDERED to docket its letter regarding proposed victim impact statements and accompanying exhibits with any proposed redactions by 5:00 p.m. today, June 24, 2022. (Signed by Judge Alison J. Nathan on 6/24/2022) (ap) (Entered: 06/24/2022) |
| 06/24/2022 | 672 | LETTER MOTION addressed to Judge Alison J. Nathan from Bobbi C Sternheim dated 06/24/2022 re: 668 Order,,,,,,, 671 Order,, 665 Order,,,,,, re: Challenge to standing under CVRA . Document filed by Ghislaine Maxwell. (Sternheim, Bobbi) (Entered: 06/24/2022) |
| 06/24/2022 | 673 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated June 24, 2022 re: CVRA submissions Document filed by USA. (Rohrbach, Andrew) (Entered: 06/24/2022) |
| 06/24/2022 | 674 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Lara Pomerantz, Alison Moe, and Andrew Rohrbach dated June 24, 2022 re: Victim Impact Statements Document filed by USA. (Comey, Maurene) (Entered: 06/24/2022) |

| 06/24/2022 | 682 | ORDER as to Ghislaine Maxwell. The Crime Victims' Rights Act (CVRA) "guarantees to the victims of federal crimes an array of substantive and participatory rights, including the rights to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding, to confer with the attorney for the Government in the case, and to receive full and timely restitution as provided in law." United States v. Murillo–Bejerano (In re Rendon Galvis), 564 F.3d 170, 174 (2d Cir. 2009) (per curiam) (cleaned up). "In any court proceeding involving an offense against a crime victim, the court shall ensure that the crime victim is afforded th[ose] rights." 18 U.S.C. § 3771(b)(1). In accordance with the procedure required by this Court's prior order, Dkt. No. 671, the Government has provided statements from seven individuals asserting they are crime victims under the CVRA. As explained below, the Court will permit all seven individuals to provide statements and the Defendant's request for redactions is denied....[*** See this Order ***]... In sum, all seven written statements received by the Court are deemed part of the record. The Court will consider them only for what they permissibly may be considered. The Government shall promptly docket the written statements without redactions. Annie Farmer, Kate, and Virginia Giuffre may present an in–person statement at sentencing if they wish to do so. The Government shall provide copies of this Order to counsel for the seven individuals who submitted statements by no later than today, June 24, 2022. SO ORDERED. (Signed by Judge Alison J. Nathan on 6/24/22, United States Circuit Judge, Sitting by Designation)(bw) (Entered: 06/27/2022) |
| 06/25/2022 | 675 | NOTICE of Motion to be Heard at Sentencing as to Ghislaine Maxwell re: 668 Order,,,,,,. (Attachments: # 1 Affidavit Declaration of RYL ISO Motion, # 2 Exhibit Victim Impact Statement of Sarah Ransome, # 3 Exhibit Victim Impact Statement of Elizabeth Stein)(Marsh, James) (Entered: 06/25/2022) |
| 06/25/2022 | 676 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Bobbi C Sternheim dated 06/25/2022 re: Opposition to Dkt 675 (Sternheim, Bobbi) (Entered: 06/25/2022) |
| 06/25/2022 | 677 | LETTER by Ghislaine Maxwell addressed to Judge Alison J. Nathan from Bobbi C Sternheim dated 06/25/2022 re: Notice of Possible Request for Adjournment of Sentencing (Sternheim, Bobbi) (Entered: 06/25/2022) |
| 06/25/2022 | 683 | ORDER as to Ghislaine Maxwell. The parties are ORDERED to submit their positions on Ms. Ransome and Ms. Stein's motion, Dkt. No. 675, which the Court received for the first time today, by 10:00 a.m. tomorrow, June 26, 2022. SO ORDERED. (Signed by Judge Alison J. Nathan on 6/25/2022, United States Circuit Judge, Sitting by Designation)(bw) (Entered: 06/27/2022) |
| 06/25/2022 | 685 | ORDER as to Ghislaine Maxwell. Immediately upon receipt of the Defendant's letter, Dkt. No. 677, the Court directly contacted the Warden for MDC. He informed the Court that after meeting with defense counsel today, the Defendant was permitted to retain legal documents and a writing implement, to which she has had continuous access. Further, the Warden represented to the Court that first thing tomorrow morning (Sunday, June 26) he will confirm that the Defendant has access to requested legal materials to prepare for sentencing. The Government is ORDERED to confer with the Warden for MDC or MDC Legal Counsel as follow–up to the Court's conversation and to provide an update to the Court by 2:00 p.m. tomorrow, June 26, 2022. SO ORDERED. (Signed by Judge Alison J. Nathan on 6/25/2022, United States Circuit Judge, Sitting by Designation)(bw) (Entered: 06/27/2022) |
| 06/26/2022 | 678 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan re: CVRA. Document filed by USA. (Moe, Alison) (Entered: 06/26/2022) |
| 06/26/2022 | 679 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Lara Pomerantz, Alison Moe, and Andrew Rohrbach dated June 26, 2022 re: Update from MDC Document filed by USA. (Comey, Maurene) (Entered: 06/26/2022) |
| 06/26/2022 | 680 | Sentencing Letter by Ghislaine Maxwell addressed to Honorable Alison J. Nathan from Bobbi C Sternheim dated 06/26/2022 re: Supplemental Exhibit to Dkt. 663. (Sternheim, Bobbi) (Entered: 06/26/2022) |

| 06/26/2022 | 681 | LETTER by USA as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from AUSAs Maurene Comey, Alison Moe, Lara Pomerantz, and Andrew Rohrbach dated June 26, 2022 re: Kate Motion Document filed by USA. (Attachments: # 1 Exhibit Kate Motion)(Pomerantz, Lara) (Entered: 06/26/2022) |
|---|---|---|
| 06/26/2022 | 684 | ORDER as to Ghislaine Maxwell. The Defendant's letter in response to the Court's order regarding the CVRA references a motion by Kate's attorney that accompanied her impact statement. Dkt. No. 672 at 2 n.1. The Court is not in receipt of this motion. The Government is ORDERED to docket the motion referenced by the Defendant as soon as possible but no later than midnight tonight, June 26, 2022. SO ORDERED. (Signed by Judge Alison J. Nathan on 6/26/2022, United States Circuit Judge, Sitting by Designation)(bw) (Entered: 06/27/2022) |
| 06/27/2022 | 686 | ORDER as to Ghislaine Maxwell. The Court has now received and docketed the full set of submissions related to victim impact statements that were filed in accordance with this Court's prior order. Dkt. No. 668. The Court received statements from Annie Farmer, Kate, Virginia Giuffre, Maria Farmer, Sarah Ransome, Teresa Helm, Juliette Bryant, and Elizabeth Stein. As indicated in its prior order, the Court will exercise its discretion to permit all of these individuals to be heard in writing. Dkt. No. 682. The Court also denied the Defendants redaction requests. Id. All unredacted statements are now part of the record. Dkt. Nos. 674, 675–1. Also as previously indicated in its order, the Court will permit Annie Farmer, Kate, and Virginia Giuffre to make an oral statement at sentencing if they wish to do so. Dkt. No. 682. Further, having now reviewed the full set of requests, and having heard from the Government that it does not object, Dkt. No. 678, the Court deems it feasible to exercise its discretion to permit the remaining individuals who seek to themselves make an oral statement at sentencing to do so. They are: Teresa Helm, Sarah Ransome, and Elizabeth Stein. In order to feasibly accomplish this in light of the anticipated length of the sentencing proceeding, while ensuring fairness and avoiding delay of sentencing, each individual speaking orally may read a shortened version of their previously submitted written statement. The Court deems counsel for the individuals to be responsible for ensuring that anticipated statements conform to this requirement. The Government shall promptly provide copies of this order to counsel for the eight individuals who submitted statements. SO ORDERED. (Signed by Judge Alison J. Nathan on 6/27/2022, United States Circuit Judge, sitting by designation)(bw) (Entered: 06/27/2022) |
| 06/27/2022 | 687 | ENDORSED LETTER as to Ghislaine Maxwell addressed to Judge Alison J. Nathan from Sigrid S. McCawley dated June 27, 2022 re: I am in receipt of the Court's Order, Dkt. No. 686. As explained in our submission, due to a medical issue, Ms. Giuffre is not able to be present physically in the courtroom, but has asked that I be able to read her statement at the hearing. I seek clarification of Your Honor's Order that I will be allowed to read a portion of Ms. Giuffre's statement at the hearing. ENDORSEMENT: The Court anticipates permitting counsel for CVRA victim Virginia Giuffre to read a shortened version of Ms. Giuffre's previously submitted written statement. SO ORDERED. (Signed by Judge Alison J. Nathan on 6/27/2022, U.S. Circuit Judge, Sitting by designation)(bw) (Entered: 06/28/2022) |
| 06/28/2022 | | Minute Entry for proceedings held before Judge Alison J. Nathan: Sentencing held on 6/28/2022 for Ghislaine Maxwell (1) Count 1ss,3ss,4ss,5ss,6ss. Defendant Ghislaine Maxwell present with attorney Bobbi Sternheim and Christian Everdell. AUSA Lara Pomerantz, Maurene Comey, Alison Moe and Andrew Rohrbach for the government. Court Reporters Alena Lynch and Kristen Carannante. See transcript. (jw) Modified on 6/29/2022 (jw). (Entered: 06/29/2022) |
| 06/29/2022 | 688 | MEMO ENDORSEMENT as to Ghislaine Maxwell on re: 583 LETTER filed by Ghislaine Maxwell addressed to Judge Alison J. Nathan from David E. McCraw dated 1/24/2022 re: Letter by the NY Times Company. ENDORSEMENT: The motion to unseal the questionnaires of the twelve seated jurors is GRANTED. The motion to unseal the Defendant's motion for a new trial is moot as the Defendant's motion for a new trial is docketed at Dkt. No. 613. SO ORDERED. (Signed by Judge Alison J. Nathan on 6/29/2022)(bw) (Entered: 06/29/2022) |
| 06/29/2022 | 689 | ORDER as to Ghislaine Maxwell. As a post–trial house–keeping matter, the Court has determined that a few miscellaneous court orders failed to be docketed during trial: – November 19, 2021 Memorandum Opinion & Order re Witness–3 (Kate); – |

| | | |
|---|---|---|
| | | November 22, 2021 Memorandum Opinion & Order re Expert Witness Gershman; – November 22, 2021 Memorandum Opinion & Order re Expert Witness Hall; – November 30, 2021 Scheduling Order re Pseudonym Conferral; – December 15, 2021 Order re Response Schedule. The Court is now docketing those items. In order to ensure a complete docket, the parties are ORDERED to confer and determine whether any letters or briefing submitted to the Court without a redaction or sealing request remain to be docketed. The Court has determined, for example, that the parties failed to file on the docket their December 15 letter briefing and December 16 joint letter regarding witness prior inconsistent statements. Any outstanding items, including any proposed redactions, must be filed on ECF by July 12, 2022. SO ORDERED. (Signed by Judge Alison J. Nathan on 6/29/2022, United States Circuit Judge, Sitting by Designation)(bw) (Entered: 06/29/2022) |
| 06/29/2022 | 695 | SEALED DOCUMENT placed in vault. (jus) (Entered: 06/29/2022) |
| 06/29/2022 | 696 | JUDGMENT In A Criminal Case (S2 20–Cr–330). Date of Imposition of Judgment: 6/29/2022. Defendant Ghislaine Maxwell (1) was found guilty on Count(s) 1ss, 3ss, 4ss, 5ss, 6ss (judgment not entered on 1 & 5 as multiplicitous, Dkt. No. 657), after a plea of not guilty. The defendant has been found not guilty on Count(s) 2ss. Count(s) 7ss–8ss, and underlying indictments are dismissed on the motion of the United States. IMPRISONMENT: The Defendant is sentenced to a term of 240 Months. Count 3 a sentence of 60 Months. Count 4 a sentence of 120 Months. Count 6 a sentence of 240 Months. All Counts to run concurrently. – Defendant was notified of her right to Appeal. – The court makes the following recommendations to the Bureau of Prisons: Defendant to be considered for designation to FCI Danbury. Defendant to be considered for enrollment in FIT program. SUPERVISED RELEASE: 3 Years on Counts 3 and 4. 5 Years on Count 6 to run concurrently. Standard Conditions of Supervision (See page 5 of Judgment). Special Conditions of Supervision (See page 6 of Judgment). ASSESSMENT: $300.00, due immediately. FINE: $750,000.00. Schedule of Payments (See page 8 of Judgment). (Signed by Judge Alison J. Nathan on 6/29/2022)(bw) (Entered: 06/29/2022) |
| 06/29/2022 | | DISMISSAL OF COUNTS on Government Motion as to Ghislaine Maxwell (1) Count 1s,1,2s,2,3s,3,4s,4,5s–6s,5–6,7ss–8ss. (bw) (Entered: 06/29/2022) |
| 07/07/2022 | 697 | NOTICE OF APPEAL by Ghislaine Maxwell from 696 Judgment. Filing fee $ 505.00, receipt number 2280. (nd) (Entered: 07/07/2022) |
| 07/07/2022 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet as to Ghislaine Maxwell to US Court of Appeals re: 697 Notice of Appeal – Final Judgment. (nd) (Entered: 07/07/2022) |
| 07/07/2022 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files as to Ghislaine Maxwell re: 697 Notice of Appeal were transmitted to the U.S. Court of Appeals. (nd) (Entered: 07/07/2022) |