# U.S. District Court

## New York Southern - Manhattan

Receipt Date: Jul 7, 2022 11:56AM

BOBBI C. STERNHEIM FBO GHISLAINE MAXWELL

| Rcpt. No: 2280 | | Trans. Date: Jul 7, 2022 11:56AM | | | Cashier ID: #ST |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 203 | Notice of Appeal/Docketing Fee | | 1 | 505.00 | 505.00 |

| **CD** | **Tender** | **Amt** |
|---|---|---|
| CC | Credit Card | $505.00 |
| | Total Due: | $505.00 |
| | Total Tendered: | $505.00 |
| | Total Cash Received: | $0.00 |
| | Cash Change Amount: | $0.00 |

**Comments**: 20CR330-1 AJN

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.