# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: United States v. Maxwell                Docket No.: 22-1426

**Substitute, Additional, or Amicus Counsel's Contact Information** is as follows:

Name: Andrew Rohrbach

Firm: United States Attorney's Office for the Southern District of New York

Address: One St. Andrew's Plaza

Telephone: (212) 637-2345                Fax:

E-mail: Andrew.Rohrbach@usdoj.gov

Appearance for: United States of America/Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: Won S. Shin/U.S. Attorney's Office for the Southern District of New York)
(name/firm)

☐ Amicus (in support of : _____)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on December 3, 2019                OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Andrew A. Rohrbach

Type or Print Name: Andrew A. Rohrbach