# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007  Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-1426

**Caption [use short title]:** USA v. MAXWELL

**Motion for:** continued counsel to be relieved

**Set forth below precise, complete statement of relief sought:**
for relief of Bobbi C. Sternheim, Esq. as continued counsel on appeal

**MOVING PARTY:** Ghislaine Maxwell
**OPPOSING PARTY:** United States

- [ ] Plaintiff
- [✔] Defendant
- [✔] Appellant/Petitioner
- [ ] Appellee/Respondent

**MOVING ATTORNEY:** Bobbi C. Sternheim
**OPPOSING ATTORNEY:** AUSA Maurene Comey, AUSA Andrew Rohrbach

[name of attorney, with firm, address, phone number and e-mail]

Law Offices of Bobbi C. Sternheim
225 Broadway, Suite 715, NY, NY 10007
212-243-1100, bcsternheim@mac.com

U.S. Attorney for the Southern District of New York
One Saint Andrew's Plaza, New York, NY 10007
212-673-2324, maurene.comey@usdoj.gov; 212-637-0926, andrew.rohrbach@usdoj.gov

**Court- Judge/ Agency appealed from:** SDNY - Hon. Alison J. Nathan

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✔] Yes  [ ] No (explain):

Opposing counsel's position on motion:
[ ] Unopposed  [ ] Opposed  [✔] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [✔] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  [ ] Yes [ ] No
Has this relief been previously sought in this court?  [ ] Yes [ ] No
Requested return date and explanation of emergency:

Is oral argument on motion requested?  [ ] Yes  [✔] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes  [✔] No  If yes, enter date:

**Signature of Moving Attorney:**
*Bobbi C. Sternheim*  **Date:** 7/15/2022  **Service by:** [✔] CM/ECF  [✔] Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
---------------------------------------------------------x
UNITED STATES OF AMERICA,

    -v.-                                                                         DECLARATION
                                                                                        22-1426

GHISLAINE MAXWELL,

                Defendant-Appellant.
---------------------------------------------------------x

      BOBBI C. STERNHEIM, ESQ. declares under penalty of perjury, pursuant to 28 U.S.C. §1746, as follows:

      1. I am the attorney assigned by the Court to continue representation of appellant Ghislaine Maxwell on appeal and make this declaration in support of a motion to be relieved.

      2. I was retained to represent Ms. Maxwell in the United States District Court for the Southern District of New York in connection with Indictment No. 20 Cr. 330 (AJN). Following jury trial, Ms. Maxwell was convicted of violations of 18 U.S.C. 371, 1591, and 2423.

      3. On June 28, 2022, the district court sentenced Ms. Maxwell to a term of imprisonment of 20 years, followed by a five-year term of supervised release, and imposed a fine of $750,000.00. Detained since the date of arrest, Ms. Maxwell is presently serving her sentence.

1

4. I represented Ms. Maxwell throughout prosecution of her district court case, including jury trial and sentencing. On July 7, 2022, I timely filed her Notice of Appeal. (*See* Exhibit A.)

5. I have not been retained to represent Ms. Maxwell on appeal, as indicated on the Notice of Appeal. (*See Id*.)

6. I am informed that Hon. John M. Leventhal (Ret.) of Aidala, Bertuna & Kamins, PC has been retained to represent Ms. Maxwell on appeal and will be filing notice of appearance today.

7. Since new counsel has been retained to represent Ms. Maxwell on appeal, I move to be relieved.

WHEREFORE, it is respectfully requested that the Court relieve Bobbi C. Sternheim, Esq. as continued counsel on appeal for appellant Ghislaine Maxwell.

I declare under penalty of perjury that the foregoing is true and correct. Executed on: July 15, 2022.

*Bobbi C. Sternheim*
BOBBI C. STERNHEIM

# **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing motion with exhibit was served on the following:

> AUSA Maurene Comey
> AUSA Andrew Rohrbach
> One Saint Andrew's Plaza
> New York, NY 10007
> maurene.comey@usdoj.gov
> andrew.rohrbach@usdoj.gov
> (*via email*)
>
> Ghislaine Maxwell
> 02879-509
> (Defendant-Appellant)
> MDC-Brooklyn
> Metropolitan Detention Center
> PO Box 329002
> Brooklyn, NY 11232
> (*via U.S. mail*- postage prepaid)
>
> Hon. John M. Leventhal (Ret.)
> Aidala, Bertuna & Kamins PC
> 546 5th Avenue
> New York, NY 10036
> judgeleventhal@aidalalaw.com
> (*via email*)

Dated: New York, NY
     July 15, 2022

/s/
_____
BOBBI C. STERNHEIM

3

**EXHIBIT A**

**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

**United States District Court**

Southern District of New York

DOCUMENT ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/2022

Caption:

United States of America,
v.
Ghislaine Maxwell

Docket No. S2 20 Cr. 330
Alison J. Nathan (SBD)
(District Court Judge)

Notice is hereby given that Ghislaine Maxwell appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ☐ _____
(specify)
entered in this action on 6/29/2022.
(date)

This appeal concerns: Conviction only ☐ Sentence only ☐ Conviction & Sentence ✓ Other ☐

Defendant found guilty by plea ☐ trial ✓ N/A ☐ .

Offense occurred after November 1, 1987? Yes ✓ No ☐ N/A ☐

Date of sentence: 6/28/2022 N/A ☐

Bail/Jail Disposition: Committed ✓ Not committed ☐ N/A ☐

Appellant is represented by counsel? Yes ✓* No ✓** If yes, provide the following information:

Defendant's Counsel: Bobbi C. Sternheim, Law Offices of Bobbi C. Sternheim

Counsel's Address: 225 Broadway, Suite 715
New York, NY 10007

Counsel's Phone: 212-243-1100

Assistant U.S. Attorney: Maurene Comey

AUSA's Address: One Saint Andrew's Plaza
New York, NY 10007

AUSA's Phone: 212-637-2324

\* **FOR FILING OF NOTICE OF APPEAL *ONLY***
\*\* ***NOT RETAINED*** **FOR REPRESENTATION ON APPEAL**

Signature

Generated: Jul 7, 2022 11:56AM                                                                                           Page 1/1

# U.S. District Court

## New York Southern - Manhattan

Receipt Date: Jul 7, 2022 11:56AM

BOBBI C. STERNHEIM FBO GHISLAINE MAXWELL

| Rcpt. No: 2280 | | Trans. Date: Jul 7, 2022 11:56AM | | | Cashier ID: #ST |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 203 | Notice of Appeal/Docketing Fee | | 1 | 505.00 | 505.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CC | Credit Card | | | | $505.00 |
| | | | | Total Due: | $505.00 |
| | | | | Total Tendered: | $505.00 |
| | | | | Total Cash Received: | $0.00 |
| | | | | Cash Change Amount: | $0.00 |

**Comments**: 20CR330-1 AJN

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.