# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **USA v MAXWELL**  Docket No.: **22-1426**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **John M. Leventhal**

Firm: **Aidala, Bertuna & Kamins, PC**

Address: **546 Fifth Avenue, Sixth Floor, New York, New York 10036**

Telephone: **212-486-0011**   Fax: **917-261-4832**

E-mail: **judgeleventhal@aidalalaw.com**

Appearance for: **Ghislaine Maxwell**
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☑ Substitute counsel (replacing other counsel: **Bobbi C. Sternheim, Esq.** )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **05/04/2021**   OR

☐ I applied for admission on _____ .

Signature of Counsel: *[signed] John M. Leventhal*

Type or Print Name: **John M. Leventhal**