# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of July, two thousand twenty-two.

_____

United States of America,

    Appellee,

v.

Ghislaine Maxwell, AKA Sealed Defendant 1,

    Defendant - Appellant.
_____

**ORDER**

Docket No. 22-1426

    Bobbi C. Sternheim moves to be relieved as counsel because Appellant has retained new counsel for this appeal.

    IT IS HEREBY ORDERED that the motion to be relieved is GRANTED.


For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

