# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of August, two thousand twenty-two.

Before:      José A. Cabranes,
                *Circuit Judge,*

_____

| | |
|---|---|
| United States of America, | **ORDER** |
|         Appellee, | Docket No. 22-1426 |
| v. | |
| Ghislaine Maxwell, AKA Sealed Defendant 1, | |
|         Defendant - Appellant. | |

_____

Appellant filed a scheduling notification pursuant to Local Rule 31.2(a)(1)(D), requesting an extended briefing deadline of January 30, 2023.

The scheduling request is GRANTED. Further extensions of time will be disfavored.

                                             For the Court**:**
                                             Catherine O'Hagan Wolfe,
                                             Clerk of Court