# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: USA v. Maxwell   Docket No.: 22-1426

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Arthur L. Aidala

Firm: Aidala, Bertuna & Kamins, P.C.

Address: 546 Fifth Avenue, 6th Floor

Telephone: (212) 486-0011   Fax: (718) 921-3292

E-mail: aidalaesq@aidalalaw.com

Appearance for: Ghislaine Maxwell / Defendant-Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: John M. Leventhal / Aidala, Bertuna & Kamins, P.C. )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46 1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: *[signature]*

Type or Print Name: Arthur L. Aidala