UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** USA v Maxwell

**DOCKET NUMBER:** 22-1426

**COUNSEL'S NAME:** Arthur L. Aidala

**COUNSEL'S ADDRESS:** 546 Fifth Avenue, 6th Floor
New York, New York 10036

**COUNSEL'S PHONE:** (212) 486-0011

**QUESTIONNAIRE**

___ I am ordering a transcript

✓ I am not ordering a transcript     Reason     ___ Daily copy available     ___ U S Atty placed order
___ Other (attach explanation)

**TRANSCRIPT ORDER**

Prepare transcript of

___ Pre-trial proceedings _____
(Description & Dates)

___ Trial _____
(Description & Dates)

___ Sentencing _____
(Description & Dates)

___ Post-trial proceedings _____
(Description & Dates)

I,_____, hereby certify that I will make satisfactory arrangements with
(counsel's name)

the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b)

Method of payment ___ Funds ___ CJA Form 24

_____     1/05/2023
Counsel's Signature          Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

**ACKNOWLEDGMENT**

Date order received _____     Estimated Number of Pages _____

Estimated completion date _____

_____     _____
Court Reporter's Signature     Date

**Attorney(s):** Send completed form to the U.S. District Court as that court may require and send copies to the Court of Appeals, U.S Attorney's Office, and Court Reporter.
**Court Reporter(s).** Send completed acknowledgement to the Court of Appeals Clerk.