# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-1426

**Caption [use short title]**

**Motion for:** Extension of time to file Appellant's brief

Set forth below precise, complete statement of relief sought:

Appellant seeks permission to file her brief, currently due on January 30, 2023, to be filed on or beofre February 28, 2023.

United States of America v. Ghislaine Maxwell

**MOVING PARTY:** Ghislaine Maxwell  **OPPOSING PARTY:** United States of America

☐ Plaintiff  ☐ Defendant
☑ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** John M. Leventhal  **OPPOSING ATTORNEY:** Lara Pomerantz

*[name of attorney, with firm, address, phone number and e-mail]*

John M. Leventhal, Aidala, Bertuna & Kamins, P.C.  Lara Pomerantz, United States Attorney's Office
546 Fifth Avenue, 6th Floor  One St. Andrew's Plaza
New York, New York 10036  New York, New York 10007

**Court- Judge/ Agency appealed from:** _____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain): _____

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes ☑ No
Has this relief been previously sought in this court?  ☐ Yes ☑ No
Requested return date and explanation of emergency:
We respectfully request the return date be as soon as possible for the court. The emergency is that Appellant needs additional time to perfect her appeal due to unforeseen circumstances not known at the time of entering into the scheduling order.

Is oral argument on motion requested?  ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes ☑ No  If yes, enter date: _____

**Signature of Moving Attorney:**

/s/ John M. Leventhal  **Date:** 1/12/23  **Service by:** ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
SECOND CIRCUIT
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                        Appellee,

- against -

GHISLAINE MAXWELL,

                        Defendant-Appellant.
-----------------------------------------------------------------X

Docket No.: 22-1426

**AFFIRMATION IN SUPPORT OF DEFENDANT-APPELLANT'S MOTION TO EXTEND TIME TO FILE BRIEF**

      **JOHN M. LEVENTHAL**, an attorney duly admitted to practice law in the State of New York and a partner of the law firm of **AIDALA, BERTUNA & KAMINS PC.**, attorneys for Defendant-Appellant, **GHISLAINE MAXWELL**, hereby affirms the following statements, under penalties of perjury:

      1.     That I am a partner at the law firm of AIDALA, BERTUNA & KAMINS P.C., attorneys for Defendant-Appellant, Ghislaine Maxwell (hereinafter "Appellant"), and as such, am fully familiar with the facts and circumstances of this action.

      3.     On July 15, 2022, I filed a Notice of Appearance in this matter so that trial counsel could withdraw.

      4.     On July 28, 2022, I filed a scheduling request asking that Appellant's brief be due on January 30, 2023, based on the size of the record.

      5.     Soon after this Court granted our scheduling request, we were notified that the New York Court of Appeals had granted us leave on another matter which also involved a voluminous record and several issues of law which required substantial time and resources.

      6.     The work of our small team of experienced appellate attorneys has been divided between these two cases. In addition, one of our appellate attorneys is dealing with a serious health condition. This has impacted his ability to work on the case.

      7.     Another factor that has affected our ability to complete this brief by the current

1

deadline of January 30, 2023, is the difficulty we have had communicating with our client who is incarcerated in Tallahassee, Florida, with limited phone access.

8. We have been working diligently on this case and have identified several issues that we believe merit appellate review. However, there is still considerable work to be done. We find that we need an additional month beyond the current deadline to complete this important work responsibly.

9. We believe that the above represents extraordinary circumstances that justify the relief sought. Denial of this application would cause irreparable harm to our client.

10. Assistant United States Attorney Andrew Rohrbach informed me today that Respondent United States Attorney's Office of the Southern District of New York does not object to the Court granting our motion for an additional one-month extension of time to file Appellant's brief.

11. We respectfully request that the Court extend our time to file our brief to February 28, 2023. We are cognizant that the Court warned that "[f]urther extensions of time will be disfavored." For this reason, we request only the additional time that we believe is absolutely necessary in order to effectively represent our client.

**WHEREFORE**, it is respectfully requested that this Court issue an Order granting Appellant's motion in its entirety, and for such other and further relief as this Court deems just and proper.

Dated: January 12, 2023
New York, New York

Respectfully Submitted,

**AIDALA, BERTUNA & KAMINS, PC**

By: _____
JOHN M. LEVENTHAL, ESQ. (Ret.)
*Attorney for Defendant-Appellant*

546 5th Avenue, 6th Floor
New York, New York 10036