# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-1426

**Caption [use short title]**

**Motion for:** Oversized Brief

**Set forth below precise, complete statement of relief sought:**

Appellant requests that the Court grant her permission to file an oversized brief. Specifically, Appellant requests permission to file a brief containing no more than 20,000 words. Appellant makes this request so that her attorneys can fully brief the issues they intend to raise on appeal.

U.S.A. v. Ghislaine Maxwell

**MOVING PARTY:** Gislaine Maxwell     **OPPOSING PARTY:** United States of America

[ ] Plaintiff     [ ] Defendant
[✔] Appellant/Petitioner     [ ] Appellee/Respondent

**MOVING ATTORNEY:** John M. Leventhal     **OPPOSING ATTORNEY:** Lara Pomerantz

[name of attorney, with firm, address, phone number and e-mail]

Aidala, Bertuna & Kamins, PC
546 Fifth Avenue, New York, New York 10036
judgeleventhal@aidalalaw.com  212-486-0011

United States Attorney's Office for the Southern District of NY
One St. Andrews Plaza
212-637-2343 Lara.Pomerantz@usdoj.gov

**Court- Judge/ Agency appealed from:** _____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✔] Yes   [ ] No (explain): _____

Opposing counsel's position on motion:
[ ] Unopposed  [ ] Opposed  [✔] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [✔] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?  [ ] Yes [✔] No
Has this relief been previously sought in this court?  [ ] Yes [✔] No
Requested return date and explanation of emergency: As soon as possible, unless this Court grants our pending motion for an extension of time to file Appellant's brief. If the Court grants our motion for an extension of time to file our brief, then Appellant requests a return date of January 30, 2023.

Is oral argument on motion requested?  [ ] Yes [✔] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes [✔] No  If yes, enter date: _____

**Signature of Moving Attorney:**
/s/ John M. Leventhal  **Date:** January 16, 2023  **Service by:** [✔] CM/ECF  [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
SECOND CIRCUIT
------------------------------------------------------------X          Docket No.: 22-1426
UNITED STATES OF AMERICA,

       Appellee,        **AFFIRMATION IN
                         SUPPORT OF
  - against -              DEFENDANT-
                         APPELLANT'S
GHISLAINE MAXWELL,          MOTION TO FILE
                         AN OVERSIZED
        Defendant-Appellant.     BRIEF**

------------------------------------------------------------X

   **JOHN M. LEVENTHAL**, an attorney duly admitted to practice law in the State of New York and a partner of the law firm of **AIDALA, BERTUNA & KAMINS PC.**, attorneys for Defendant-Appellant, **GHISLAINE MAXWELL**, hereby affirms the following statements, under penalties of perjury:

1.  That I am a partner at the law firm of AIDALA, BERTUNA & KAMINS P.C., attorneys for Defendant-Appellant, Ghislaine Maxwell (hereinafter "Appellant"), and as such, am fully familiar with the facts and circumstances of this action.

3.  On July 15, 2022, I filed a Notice of Appearance in this matter.

4.  On July 28, 2022, I filed a scheduling request asking that Appellant's brief be due on January 30, 2023, based on the size of the record.

5.  On January 12, 2023, I filed a motion to extend time to file Appellant's brief to February 28, 2023, to which Appellee United States Attorney's Office for the Southern District of New York had no objection. This motion is still pending.

6.  Pursuant to Local Rule 32.1(a)(4), Appellant's principal brief must be no longer than 14,000 words.

7.  Pursuant to Local Rule 27.1(e)(2), a party seeking to file an oversized brief must state the requested length and the reasons for exceeding this Court's limitations.

1

8. We request that the Court permit us to file a brief of no more than 20,000 words for the following reasons.

9. We plan to raise issues concerning evidentiary rulings by the trial court that we believe were erroneous. The rulings at issue require a detailed discussion of the evidence. The transcript is over 3000 pages and contains the allegations of multiple complainants. The legal issues cannot be raised by reference to a few discrete pages of the transcript; rather they go to cumulative prejudice resulting from the trial court's erroneous application of the Federal Rules of Evidence to the case.

10. In addition, we plan to raise issues pertaining to juror misconduct. This issue involves an exposition of facts and legal analysis pertaining to a juror questionnaire, voir dire, and a post-verdict hearing. It is, in itself, its own mini-trial.

11. We also intend to raise issues pertaining to a non-prosecution agreement; certain instructions to the jury; and sentencing.

12. A motion to file an oversized brief must be made no less than 14 days before the brief is due. Local Rule 27.1(e)3. Thus, we make this motion now, although our motion to extend time to file our brief is pending.

13. We have notified Appellee United States Attorney's Office for the Southern District of New York today, by email to Assistant United States Attorneys Andrew Rohrbach, Lara Pomerantz, Alison Moe, and Maureen Comey, that we are making this motion and have asked their position and if they intend to file a response. We have not received a reply as of the time of filing.

14. For the reasons stated, we respectfully request that the Court permit us to file a principal brief of no more than 20,000 words and would consent to Appellee filing a brief of

the same length.

**WHEREFORE**, it is respectfully requested that this Court issue an Order granting Appellant's motion in its entirety, and for such other and further relief as this Court deems just and proper.

Dated: January 16, 2023
New York, New York

Respectfully Submitted,

**AIDALA, BERTUNA & KAMINS, PC**

By: *[signature]*
JOHN M. LEVENTHAL, ESQ.
*Attorney for Defendant-Appellant*
546 5th Avenue, 6th Floor
New York, New York 10036