# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of January, two thousand twenty-three.

Before:     José A. Cabranes,
              *Circuit Judge*,
_____

United States of America,

      Appellee,

v.

Ghislaine Maxwell, AKA Sealed Defendant 1,

      Defendant - Appellant.
_____

**ORDER**

Docket No. 22-1426

      Appellant moves for an extension of time to February 28, 2023 to file her brief and appendix.

      IT IS HEREBY ORDERED that the motion is GRANTED, absent objection.

      For the Court:
      Catherine O'Hagan Wolfe,
      Clerk of Court

