# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of January, two thousand twenty-three.

Before:     Michael H. Park,
               *Circuit Judge,*

_____

| | |
|---|---|
| United States of America, | **ORDER** |
|     Appellee, | Docket No. 22-1426 |
| v. | |
| Ghislaine Maxwell, AKA Sealed Defendant 1, | |
|     Defendant - Appellant. | |

_____

     Appellant moves for leave to file an oversized principal brief of up to 20,000 words.

     IT IS HEREBY ORDERED that the motion is GRANTED.

                                              For the Court:
                                              Catherine O'Hagan Wolfe,
                                              Clerk of Court

