# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **USA v Maxwell**  Docket No.: **22-1426**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Diana Fabi Samson**

Firm: **Aidala, Bertuna & Kamins, P.C.**

Address: **546 Fifth Avenue, 6th Floor**

Telephone: **(212) 486-0011**  Fax: **(718) 921-3292**

E-mail: **diana@aidalalaw.com**

Appearance for: **Ghislaine Maxwell / Defendant-Appellant**
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: **John M. Leventhal, Arthur L. Aidala / Aidala, Bertuna & Kamins, P.C.**)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: *Diana Fabi Samson*

Type or Print Name: **Diana Fabi Samson**