UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

CASE NAME: USA v. Maxwell

DOCKET NUMBER: 22-1426

COUNSEL'S NAME: Diana Fabi Samson

COUNSEL'S ADDRESS: 546 Fifth Avenue, 6th Floor, New York, New York 10036

COUNSEL'S PHONE: (212) 486-0011

## QUESTIONNAIRE

☐ I am ordering a transcript

✓ I am not ordering a transcript    Reason    ☐ Daily copy available    ☐ U S Atty placed order
☐ Other (attach explanation)

## TRANSCRIPT ORDER

Prepare transcript of

☐ Pre-trial proceedings _____
(Description & Dates)

☐ Trial _____
(Description & Dates)

☐ Sentencing _____
(Description & Dates)

☐ Post-trial proceedings _____
(Description & Dates)

I, _____, hereby certify that I will make satisfactory arrangements with
(counsel's name)
the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b)

Method of payment    ☐ Funds    ☐ CJA Form 24

_Diana Fabi Samson_            2/22/2023
Counsel's Signature            Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

## ACKNOWLEDGMENT

Date order received _____    Estimated Number of Pages _____

Estimated completion date _____

_____            _____
Court Reporter's Signature            Date

**Attorney(s):** Send completed form to the U.S. District Court as that court may require and send copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.
**Court Reporter(s):** Send completed acknowledgement to the Court of Appeals Clerk.