# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of February, two thousand twenty-three.

Before:     Michael H. Park,
                *Circuit Judge,*

_____

| | |
|---|---|
| United States of America, | **ORDER** |
|     Appellee, | Docket No. 22-1426 |
| v. | |
| Ghislaine Maxwell, AKA Sealed Defendant 1, | |
|     Defendant - Appellant. | |

_____

    Appellant moves for leave to file an oversized principal brief of up to 35,000 words.

    IT IS HEREBY ORDERED that the motion is DENIED.

                                                     For the Court:

                                                   Catherine O'Hagan Wolfe,
                                                   Clerk of Court