**UNITED STATES COURT OF APPEALS**
for the
**SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of March, two thousand twenty-three,

_____

| | |
|---|---|
| United States of America, | **ORDER** |
| Appellee, | Docket No: 22-1426 |
| v. | |
| Ghislaine Maxwell, AKA Sealed Defendant 1, | |
| Defendant - Appellant. | |

_____

Counsel for APPELLEE United States of America has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting May 30, 2023 as the brief filing date.

It is HEREBY ORDERED that Appellee's brief must be filed on or before May 30, 2023.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court