UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007  Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-1426

**Caption [use short title]**

**Motion for:** Permission to file an oversized brief and extension of time to file the appellee's brief and appellant's reply brief

Set forth below precise, complete statement of relief sought:

(1) permission to file a brief of no more than 20,000 words; (2) 30-day extension of time to file the appellee's brief, until June 29, 2023; and (3) if that extension is granted, an extension of time for the appellant to file the reply brief until July 27, 2023.

United States v. Ghislaine Maxwell

**MOVING PARTY:** United States of America  **OPPOSING PARTY:** Ghislaine Maxwell

☐ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☑ Appellee/Respondent

**MOVING ATTORNEY:** Damian Williams, U.S. Attorney, Southern District of New York  **OPPOSING ATTORNEY:** Diana Samson

[name of attorney, with firm, address, phone number and e-mail]

By: Andrew Rohrbach, Assistant U.S. Attorney | Aidala, Bertuna, & Kamins PC
One Saint Andrew's Plaza, New York, NY 10007 | 546 Fifth Avenue - Sixth Floor, New York, NY 10036
(212) 637-2345; Email: Andrew.Rohrbach@usdoj.gov | (212) 486-0011, Email: diana@aidalalaw.com

**Court- Judge/ Agency appealed from:** The Honorable Alison J. Nathan, United States Circuit Judge, sitting by designation

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date:_____

**Signature of Moving Attorney:**
_/s/ Andrew A. Rohrbach_  **Date:** 4/26/23  **Service by:** ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

------------------------------------- x
                                             :

UNITED STATES OF AMERICA,         :     **AFFIRMATION**
           *Appellee*,                             :

                                             :     Docket No. 22-1426
          - v. -                                   :

                                             :
GHISLAINE MAXWELL,              :
          *Defendant-Appellant*.         :
                                             :
------------------------------------- x

STATE OF NEW YORK               )
COUNTY OF NEW YORK           :   ss.:
SOUTHERN DISTRICT OF NEW YORK  )

      ANDREW A. ROHRBACH, pursuant to 28 U.S.C. § 1746, hereby affirms under penalty of perjury:

      1.     I am an Assistant United States Attorney in the Office of Damian Williams, United States Attorney for the Southern District of New York. I am one of the attorneys representing the Government in this appeal.

      2.     I respectfully submit this Affirmation in support of the Government's unopposed motion (1) to file an oversized brief of no more than 20,000 words in order to respond adequately to the arguments raised in the brief of defendant-appellant Ghislaine Maxwell, which uses approximately 19,950 words, and (2) for a 30-day extension of time to file its brief from May 30, 2023, until June 29, 2023,

and a related extension of the deadline for Maxwell to file her reply brief until July 27, 2023.

3. Maxwell appeals from a judgment of conviction entered on June 29, 2022, in the United States District Court for the Southern District of New York, by the Honorable Alison J. Nathan, United States Circuit Judge, sitting by designation, following a four-and-a-half-week jury trial.

4. Superseding Indictment S2 20 Cr. 330 (AJN) (the "Indictment") was filed on March 29, 2021, in eight counts. Count One charged Maxwell with conspiracy to entice minors to travel to engage in illegal sex acts, in violation of 18 U.S.C. § 371. Count Two charged Maxwell with enticement of a minor to engage in illegal sex acts, in violation of 18 U.S.C. §§ 2422 and 2. Count Three charged Maxwell with conspiracy to transport minors to engage in criminal sexual activity, in violation of 18 U.S.C. § 371. Count Four charged Maxwell with transportation of a minor with intent to engage in criminal sexual activity, in violation of 18 U.S.C. §§ 2423(a) and 2. Count Five charged Maxwell with sex trafficking conspiracy, in violation of 18 U.S.C. § 371. Count Six charged Maxwell with sex trafficking of a minor, in violation of 18 U.S.C. §§ 1591(a), (b)(2), and 2. Counts Seven and Eight charged Maxwell with perjury, in violation of 18 U.S.C. § 1623. The charges related to Maxwell's facilitation and participation in the sexual abuse of minor girls over the course of a decade.

5. Maxwell's trial on Counts One through Six commenced on November 29, 2021 and ended on December 29, 2021, when Maxwell was convicted on Counts One and Three through Six, and acquitted on Count Two.

6. On June 29, 2022, Judge Nathan sentenced Maxwell principally to 60 months' imprisonment on Count Three, 120 months' imprisonment on Count Four, 240 months' imprisonment on Count Six, all to run concurrently, as well as a $750,000 fine.

7. Maxwell is serving her sentence.

8. On July 7, 2022, Maxwell filed a notice of appeal from the judgment of conviction.

9. On July 28, 2022, Maxwell requested an extended deadline for her opening brief of January 30, 2023 (instead of the ordinary 91-day deadline of October 14, 2022), which this Court granted on August 1, 2022.

10. On January 12, 2023, Maxwell filed an unopposed motion for an extension of time to file her opening brief from January 30, 2023, until February 28, 2023, which this Court granted on January 17, 2023.

11. On January 16, 2023, Maxwell filed a motion to file an oversized brief of no more than 20,000 words, which this Court granted on January 18, 2023.

12. On February 14, 2023, Maxwell filed a motion to file an oversized brief of no more than 35,000 words, which this Court denied on February 22, 2023.

3

13. On February 28, 2023, Maxwell filed her opening brief on appeal, which contains approximately 19,950 words.

14. Maxwell's brief raises at least five issues: (1) whether the indictment should have been dismissed pursuant to a nonprosecution agreement signed by Jeffrey Epstein and the U.S. Attorney's Office for the Southern District of Florida; (2) whether all counts were barred by the applicable statute of limitations; (3) whether a juror's misstatements during *voir dire* deprived Maxwell of her right to a fair and impartial jury; (4) whether the District Court constructively amended two counts of the indictment when responding to a jury note; and (5) whether the District Court improperly applied an aggravating role adjustment when calculating the applicable U.S. Sentencing Guidelines range.

15. As the foregoing summary reflects, there is factual and legal complexity in the issues raised by Maxwell, and the Government's responses to these arguments require in-depth factual and legal analysis. Although the Government is endeavoring to limit the size of its brief, a complete and useful response to Maxwell's brief cannot reasonably be accomplished in fewer than 20,000 words.

16. The Government is requesting the 30-day extension due to an unavoidable scheduling conflict. Specifically, I am the attorney with primary responsibility for drafting the Government response brief in this appeal. On April 18, 2023, trial for another matter in which I am counsel was scheduled to begin on

4

May 22, 2023. *See United States v. Kenneth Wynder & Andrew Brown*, 20 Cr. 470 (PKC) (S.D.N.Y.). Accordingly, in the remaining weeks prior to the current deadline for the Government's brief in this appeal, I will need to prepare for and conduct a trial in another matter. A 30-day extension will permit the Government to fulfill its obligations both to this Court and the district court by allowing the Government time to prepare its response to Maxwell's brief without interfering with the preparation for and conduct of the *Wynder & Brown* trial. As noted above, Maxwell sought and received permission to file her opening brief at the end of February, more than four months after it ordinarily would have been due under this Court's rules. Accordingly, the comparatively modest adjournment requested by the Government will not substantially prejudice Maxwell.

17.  On April 19, 2023, the Government conferred by email with Diana Samson, Esq., counsel for Maxwell, and she reported that Maxwell would not oppose this motion if the Government also were to request that Maxwell receive an extension of time to file her reply brief from July 20, 2023, to July 27, 2023. Assuming the Government receives its requested extension to June 29, 2023, the Government consents to the requested extension of time to file Maxwell's reply brief to July 27, 2023.

18.  For the foregoing reasons, the Government respectfully requests (1) leave to file an oversized brief of no more than 20,000 words, which is the

5

approximate length of the brief to which it must respond in this appeal, and (2) an extension of time to file its brief until June 29, 2023, and, if that extension is granted, an extension of the time for Maxwell to file her reply brief until July 27, 2023.

19.    I affirm under penalties of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated:    New York, New York
April 26, 2023

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Andrew A. Rohrbach
Assistant United States Attorney
Tel: (212) 637-2345

6

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), the undersigned counsel hereby certifies that this motion complies with the type-volume limitation of the Federal Rules of Appellate Procedure. As measured by the word processing system used to prepare this motion, there are 1135 words in this motion.

                                  DAMIAN WILLIAMS
                                  United States Attorney for the
                                  Southern District of New York

By:   Andrew A. Rohrbach
       Assistant United States Attorney
       (212) 637-2345