# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of April, two thousand twenty-three.

Before:     Raymond J. Lohier, Jr.,
              *Circuit Judge,*

_____

| United States of America, | **ORDER** |
|---|---|
|     Appellee, | Docket No. 22-1426 |
| v. | |
| Ghislaine Maxwell, AKA Sealed Defendant 1, | |
|     Defendant - Appellant. | |

_____

      The Government moves for leave to file an oversized opposition brief of no more than 20,000 words and for an extension of the briefing schedule for the opposition and reply briefs.

      IT IS HEREBY ORDERED that the motion is GRANTED. The Government's brief is due June 29, 2023, and Appellant's reply brief is due July 27, 2023.

                                For the Court:

                                Catherine O'Hagan Wolfe,
                                Clerk of Court

