

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 7, 2023

**BY CM/ECF**

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    **United States v. Maxwell**
             **Docket No. 22-1426-cr**

Dear Ms. Wolfe,

    Please be advised that I am leaving the United States Attorney's Office for other employment. Accordingly, please remove me as counsel of record in this case.

    Thank you very much for the Court's consideration.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney
                Southern District of New York


                /s/ Andrew Rohrbach
                Andrew Rohrbach
                Assistant U.S. Attorney
                (212) 637-2345