**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: December 11, 2023<br>Docket #: 22-1426cr<br>Short Title: United States of America v. Maxwell | DC Docket #: 1:20-cr-330-1<br>DC Court: SDNY (NEW YORK CITY)<br>DC Judge: Nathan |

### NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8628.