UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

ROBERT MENENDEZ et al.,

Defendants.

Case No. S2 23-cr-490 (SHS)

**UNDER SEAL**

---

# DECLARATION OF ADAM FEE
# IN SUPPORT OF SENATOR ROBERT MENENDEZ'S PRETRIAL MOTIONS

I, Adam Fee, declare as follows:

1. I am an attorney licensed to practice law before this Court. I am a Partner in the law firm of Paul Hastings LLP, counsel for Defendant Senator Robert Menendez in this matter. I make this Declaration in Support of Senator Menendez's Pretrial Motions. Unless otherwise stated, the following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of a document originally produced to the government by ██████████████████████████████████████████ ██████████████████████████████████████████████████████ The document comprising Exhibit A was produced by the Government in discovery in this matter with Bates Number SDNY_R04_05754534.

3. Attached hereto as **Exhibit B** is a true and correct copy of a letter dated December 28, 2023 from counsel for the Government to counsel for Senator Menendez in this matter.

4. Attached hereto as **Exhibit C** is a true and correct copy of ████████████████ ██████████████████████████████████████████████████████ The document

comprising Exhibit C was produced by the Government in discovery in this matter with Bates Numbers SDNY_00056795-96.

5. Attached hereto as **Exhibit D** is a true and correct copy of a letter dated December 12, 2023 from counsel for Senator Menendez in this matter to counsel for the Government.

6. Attached hereto as **Exhibit E** is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ was produced by the Government in discovery at Bates Number SDNY_R17_00001606.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this Declaration on January 15, 2024.

By: */s/ Adam Fee*
Adam Fee