# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 14, 2025

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

    Re:  Ghislaine Maxwell
           v. United States
           No. 24-1073
           (Your No. 22-1426)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on April 10, 2025 and placed on the docket April 14, 2025 as No. 24-1073.

Sincerely,

**Scott S. Harris**, Clerk

by

Katie Heidrick
Case Analyst